# Exhibit A



**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 24 2020

Sherri R. Carter, Executive Officer/Clerk of Court

By_____, Deputy
Steven Drew

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Amguard Insurance Company, a Pennsylvania company, and Does 1 through 20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Plan Check Downtown III, LLC, a California limited liability company and others similarly situated

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: *(El nombre y dirección de la corte es):* Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* 20STCV23053 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Hecht Partners LLP - Kathryn Lee Boyd - 125 Park Ave. 25th Flr, New York, NY 10017, 212-851-6821

| DATE: *(Fecha)* JUN 24 2020 | Sherri R. Carter, Clerk | Clerk, by *(Secretario)* STEVEN DREW | , Deputy *(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served
[SEAL]
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☑ on behalf of *(specify):* Amguard Insurance Company, A Pennsylvania Company
   under: ☐ CCP 416.10 (corporation)   ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☑ by personal delivery on *(date)* 7/01/20

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[Print this form] [Save this form] [Clear this form]

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | Reserved for Clerk's File Stamp |
|---|---|
| COURTHOUSE ADDRESS:<br>Spring Street Courthouse<br>312 North Spring Street, Los Angeles, CA 90012 | **FILED**<br>Superior Court of California<br>County of Los Angeles<br>**06/16/2020**<br>Sherri R. Carter, Executive Officer / Clerk of Court<br>By: _____ S. Drew _____ Deputy |
| **NOTICE OF CASE ASSIGNMENT**<br><br>**UNLIMITED CIVIL CASE** | |
| Your case is assigned for all purposes to the judicial officer indicated below. | CASE NUMBER:<br>20STCV23053 |

### THIS FORM IS TO BE SERVED WITH THE SUMMONS AND COMPLAINT

| | ASSIGNED JUDGE | DEPT | ROOM | | | ASSIGNED JUDGE | DEPT | ROOM |
|---|---|---|---|---|---|---|---|---|
| ✔ | Yvette M. Palazuelos | 9 | | | | | | |

Given to the Plaintiff/Cross-Complainant/Attorney of Record    Sherri R. Carter, Executive Officer / Clerk of Court

on 06/18/2020
   (Date)
                               By S. Drew _____, Deputy Clerk

LACIV 190 (Rev 6/18)
LASC Approved 05/06      **NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

## INSTRUCTIONS FOR HANDLING UNLIMITED CIVIL CASES

The following critical provisions of the California Rules of Court, Title 3, Division 7, as applicable in the Superior Court, are summarized for your assistance.

### APPLICATION
The Division 7 Rules were effective January 1, 2007. They apply to all general civil cases.

### PRIORITY OVER OTHER RULES
The Division 7 Rules shall have priority over all other Local Rules to the extent the others are inconsistent.

### CHALLENGE TO ASSIGNED JUDGE
A challenge under Code of Civil Procedure Section 170.6 must be made within 15 days after notice of assignment for all purposes to a judge, or if a party has not yet appeared, within 15 days of the first appearance.

### TIME STANDARDS
Cases assigned to the Independent Calendaring Courts will be subject to processing under the following time standards:

### COMPLAINTS
All complaints shall be served within 60 days of filing and proof of service shall be filed within 90 days.

### CROSS-COMPLAINTS
Without leave of court first being obtained, no cross-complaint may be filed by any party after their answer is filed. Cross-complaints shall be served within 30 days of the filing date and a proof of service filed within 60 days of the filing date.

### STATUS CONFERENCE
A status conference will be scheduled by the assigned Independent Calendar Judge no later than 270 days after the filing of the complaint. Counsel must be fully prepared to discuss the following issues: alternative dispute resolution, bifurcation, settlement, trial date, and expert witnesses.

### FINAL STATUS CONFERENCE
The Court will require the parties to attend a final status conference not more than 10 days before the scheduled trial date. All parties shall have motions in limine, bifurcation motions, statements of major evidentiary issues, dispositive motions, requested form jury instructions, special jury instructions, and special jury verdicts timely filed and served prior to the conference. These matters may be heard and resolved at this conference. At least five days before this conference, counsel must also have exchanged lists of exhibits and witnesses, and have submitted to the court a brief statement of the case to be read to the jury panel as required by Chapter Three of the Los Angeles Superior Court Rules.

### SANCTIONS
The court will impose appropriate sanctions for the failure or refusal to comply with Chapter Three Rules, orders made by the Court, and time standards or deadlines established by the Court or by the Chapter Three Rules. Such sanctions may be on a party, or if appropriate, on counsel for a party.

**This is not a complete delineation of the Division 7 or Chapter Three Rules, and adherence only to the above provisions is therefore not a guarantee against the imposition of sanctions under Trial Court Delay Reduction. Careful reading and compliance with the actual Chapter Rules is imperative.**

### Class Actions
Pursuant to Local Rule 2.3, all class actions shall be filed at the Stanley Mosk Courthouse and are randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be a class action it will be returned to an Independent Calendar Courtroom for all purposes.

### *Provisionally Complex Cases
Cases filed as provisionally complex are initially assigned to the Supervising Judge of complex litigation for determination of complex status. If the case is deemed to be complex within the meaning of California Rules of Court 3.400 et seq., it will be randomly assigned to a complex judge at the designated complex courthouse. If the case is found not to be complex, it will be returned to an Independent Calendar Courtroom for all purposes.

**NOTICE OF CASE ASSIGNMENT – UNLIMITED CIVIL CASE**

1  Kathryn Lee Boyd (SBN 189496)
   lboyd@hechtpartners.com
2  Janine F. Cohen (SBN 203881)
   jcohen@hechtpartners.com
3  Hecht Partners LLP
   125 Park Ave. 25th Floor
4  New York, NY 10017
   Telephone: 212-851-6821
5  Facsimile: 646-492-5111

6  Attorneys for Plaintiff Plan Check Downtown
   III, LLC, and others similarly situated,

7

   **CONFORMED COPY**
   **ORIGINAL FILED**
   Superior Court of California
   County of Los Angeles

   **JUN 16 2020**

   Sherri R. Carter, Executive Officer/Clerk of Court
   By: Kristina Vargas, Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| PLAN CHECK DOWNTOWN III, LLC, a California limited liability company and others similarly situated,<br><br>   *Plaintiff,*<br><br>   *v.*<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania company, and DOES 1 through 20,<br><br>   *Defendants.* | Civil Action No: **20STCV23053**<br><br>**COMPLAINT FOR:**<br><br>(1) **DECLARATORY JUDGMENT**<br>(2) **BREACH OF CONTRACT**<br>(3) **BREACH OF IMPLIED COVENANT OF GOOD FAITH AND FAIR DEALING**<br>(4) **UNFAIR BUSINESS PRACTICES UNDER BUS. & PROF. CODE § 17200, ET SEQ.**<br><br>[Demand for Jury Trial] |

COMPLAINT

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Kathryn Lee Boyd (SBN 189496)
Hecht Partners LLP
125 Park Avenue, 25th Floor New York, NY 10017

TELEPHONE NO.: 212-851-6821    FAX NO. *(Optional):* 646-492-5111
ATTORNEY FOR *(Name):* Plaintiff Plan Check Downtown III, LLC

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** LOS ANGELES
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS: 111 N. Hill St.
CITY AND ZIP CODE: Los Angeles, California 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
Plan Check Downtown III, LLC v. Amguard Insurance Company, et. al.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 16 2020

Sherri R. Carter, Executive Officer/Clerk of Court

By: Kristina Vargas, Deputy

RECEIVED
JUN 16 2020
Filing Window

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [x] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000) | [ ] Counter | [ ] Joinder | **20STCV23053** |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: |
| | | | | DEPT.: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[ ] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Rule 3.740 collections (09)
[ ] Other collections (09)
[x] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[ ] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [x] is [ ] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [x] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [x] monetary b. [x] nonmonetary; declaratory or injunctive relief c. [x] punitive
4. Number of causes of action *(specify):*
5. This case [x] is [ ] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 06/16/2020

Kathryn Lee Boyd
_____
(TYPE OR PRINT NAME)                           ▶                           (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; |
|---|---|---|
| Judicial Council of California | | Cal. Standards of Judicial Administration, std. 3.10 |

| SHORT TITLE: Plan Check Downtown III, LLC v. Amguard Insurance Company, et. al. | CASE NUMBER | 20STCV23053 |
|---|---|---|

## CIVIL CASE COVER SHEET ADDENDUM AND
## STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)



This form is required pursuant to Local Rule 2.3 in all new civil case filings in the Los Angeles Superior Court.

**Step 1:** After completing the Civil Case Cover Sheet (Judicial Council form CM-010), find the exact case type in Column A that corresponds to the case type indicated in the Civil Case Cover Sheet.

**Step 2:** In Column B, check the box for the type of action that best describes the nature of the case.

**Step 3:** In Column C, circle the number which explains the reason for the court filing location you have chosen.

| Applicable Reasons for Choosing Court Filing Location (Column C) |
|---|

1. Class actions must be filed in the Stanley Mosk Courthouse, Central District.
2. Permissive filing in central district.
3. Location where cause of action arose.
4. Mandatory personal injury filing in North District.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office.
11. Mandatory filing location (Hub Cases – unlawful detainer, limited non-collection, limited collection, or personal injury).

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons<br>See Step 3 Above |
|---|---|---|---|
| **Auto Tort** | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1, 4, 11 |
| **Other Personal Injury/ Property Damage/Wrongful Death Tort** | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 1, 11 |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 1, 11 |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1, 4, 11 |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1, 4, 11 |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1, 4, 11 |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1, 4, 11 |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc.) | 1, 4, 11 |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1, 4, 11 |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1, 4, 11 |

LASC CIV 109 Rev. 12/18
For Mandatory Use

CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION

Local Rule 2.3
Page 1 of 4

1   Kathryn Lee Boyd (SBN 189496)
    lboyd@hechtpartners.com
2   Janine F. Cohen (SBN 203881)
    jcohen@hechtpartners.com
3   Hecht Partners LLP
    125 Park Ave. 25th Floor
4   New York, NY 10017
    Telephone: 212-851-6821
5   Facsimile: 646-492-5111

6   *Attorneys for Plaintiff Plan Check Downtown*
    *III, LLC, and others similarly situated,*

7

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUN 16 2020

Sherri R. Carter, Executive Officer/Clerk of Court

By: Kristina Vargas, Deputy

8                SUPERIOR COURT OF THE STATE OF CALIFORNIA

                      FOR THE COUNTY OF LOS ANGELES

9

10  PLAN CHECK DOWNTOWN III, LLC, a          Civil Action No: **20STCV23053**
    California limited liability company and
11  others similarly situated,                 **COMPLAINT FOR:**
                                                 (1) **DECLARATORY JUDGMENT**
12              *Plaintiff,*                     (2) **BREACH OF CONTRACT**
                                                 (3) **BREACH OF IMPLIED**
13          v.                                       **COVENANT OF GOOD FAITH**
                                                     **AND FAIR DEALING**
14  AMGUARD INSURANCE COMPANY, a               (4) **UNFAIR BUSINESS PRACTICES**
    Pennsylvania company, and DOES 1 through       **UNDER BUS. & PROF. CODE §**
15  20,                                            **17200, ET SEQ.**

16              *Defendants.*

17                                              [Demand for Jury Trial]

18

19

20

21

22

23

24

25

26

27

28

                                    COMPLAINT

Plaintiff Plan Check Downtown III, LLC ("Plaintiff"), by its attorneys Hecht Partners LLP, individually and on behalf of all others similarly situated, for its complaint against defendant AmGUARD Insurance Company ("Defendant"), alleges as follows:

## I.    NATURE OF ACTION

1.    This is an action to recover Business Income insurance coverage owed by Defendant AmGuard under a policy it issued to Plaintiff.   Plaintiff, like thousands of restauranteurs in Los Angeles, and indeed across the United States, was forced to close its doors to sit-down service as a result of government quarantining orders relating to the novel coronavirus pandemic.

2.    Business Income coverage is an optional insurance benefit available to businesses to minimize their risk and sustain them when a suspension of business operations causes a loss of business income. This coverage allows businesses to pay continuing operating expenses and additional expenses incurred because of the suspension, and to supplement their lost business income.

3.    Plaintiff paid for this coverage to protect itself against a situation like this one:  a closure of its business imposed on it through no fault of its own.  As California Insurance Commissioner Ricardo Lara stated in a notice on April 14, 2020 to all admitted and non-admitted insurance companies in California, "Many small and large California businesses purchase Business Interruption insurance to protect against the loss of income and other losses caused by an interruption to the normal operations of the business" (Exhibit A).

4.    Yet instead of providing the support it bargained for, Defendant has chosen to issue blanket denials to all of its insureds affected by the closures without so much as an investigation.  Plaintiff now seeks to vindicate its rights under the Policy, and those of similarly-situated businessowners thrust into the cold by Defendant.

## II.    JURISDICTION AND VENUE

5.    This is a class action brought pursuant to Section 382 of the California Code of Civil Procedure.  The damages sought exceed the minimal jurisdictional limits of this Court and will be established at trial.

6.      This Court has personal jurisdiction over Defendant because Defendant does business in the State of California and has availed itself of the laws of the State of California.

7.      Venue is proper in this Court because, upon information and belief, Plaintiff accepted the offer of the contract with Defendant at issue in this action in Los Angeles County.

## III.    PARTIES

8.      Plaintiff is, and at all relevant times was, a California corporation, with its principal place of business in Los Angeles, California.

9.      Plaintiff operates two restaurants in Los Angeles, one on Wilshire Blvd. and one on Sawtelle Ave. These are family-style restaurants that serve food and alcoholic beverages.

10.      Defendant is a Pennsylvania company, one of Berkshire Hathaway's subsidiary "Guard Insurance" companies. Defendant is headquartered in Wilkes-Barre, Pennsylvania, and at all relevant times was conducting business in the State of California as a licensed insurer.

11.      Plaintiff is ignorant of their names but is informed and believes, and based thereupon alleges, that each of the defendants designated herein as a DOES 1 through 20, was responsible negligently, wrongfully, or in some other actionable manner, for the events and happenings herein referred to which proximately caused the damages to Plaintiffs as hereinafter alleged, either through said Defendant's own negligence or through the conduct of its agents, servants, employees or representatives in some other manner.

12.      Plaintiff is further informed and believes and thereupon alleges that at all times mentioned herein the Defendants and each of them were the agents, servants, employees, representatives and/or joint venturers of their co-defendants and were as such acting within the course, scope and authority of said agency, services, employment, representation and/or joint venture in that each and every defendant, as aforesaid when acting as principal, was negligent in the selection and hiring of each and every other defendant as an agent, servant, employee, representative and/or joint venturer.

13.      Plaintiff is further informed and believes and based thereupon alleges that at all times mentioned herein each of the defendants, including Defendant DOES 1 through 20, inclusive, and each of them, were the agents, servants, employees, representatives of each of the

1    remaining defendants and were at all times material hereto acting within the authorized course

2    and scope of said agency, service, employment and/or representation, and/or that all of said acts,

3    conduct and omissions were subsequently ratified by their respective principals and the benefits

4    thereof accepted by such principals.

5    **IV.   INSURANCE**

6    14.   Plaintiff purchased, timely paid all premiums for, and performed all duties

7    required of it to be performed under a "Businessowner's" commercial property and general

8    liability insurance policy issued by Defendant, Policy No. PLBP159547 (the "Original Policy").

9    A true and correct copy of the Original Policy is attached hereto as Exhibit B. That policy was

10   later amended; the amended policy is attached hereto as Exhibit C. Though the original and

11   amended policy reflect the purchase of Businessowner's insurance, the Businessowner's

12   Coverage Form was not attached to the policy materials provided by Defendant to Plaintiff. That

13   form was retrieved from Defendant's website and is attached hereto as Exhibit D. The Original

14   Policy, amended policy, and Businessowner's Coverage Form shall be referred to collectively

15   herein as the "Policy."

16   15.   In exchange for payment of the premiums Defendant agreed to provide the

17   insurance coverage described in the Policy. The premium totaled $52,120.00.[1]

18   16.   All risks of physical loss or damage are covered under the Businessowner's Policy

19   unless expressly subject to one of the Policy's exclusions or limitations. Stated differently, all

20   non-excluded perils are covered.

21   17.   The Policy provides coverage from February 27, 2020 to February 27, 2021

22   (Exhibit B, p. 5, ¶ 3).

23   18.   The Policy provides coverage for, among other things, the loss of business income

24   due to the necessary suspension of business operation caused by physical loss of or damage to

25   the premises.

26

27

28

---

[1] This amount was later adjusted pursuant to the amended policy attached as Exhibit C.

19.     Specifically, Section I.A.5.f.(1)(a) of the Policy, 'Business Income,' provides in relevant part that:

> We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration." The suspension must be caused by direct physical loss of or damage to property at the described premises.  The loss or damage must be caused by or result from a Covered Cause of Loss. (Exhibit C).

20.     "Suspension" is defined in the Policy to include a partial slowdown of business. Section I.A.5.f.(3) provides that "With respect to this coverage provided in this Additional Coverage, suspension means:  (a) The partial slowdown or complete cessation of your business activities; or (b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies." Exhibit C.  California case law holds that "suspension" means a suspension of all business absent a contrary definition, but given this provision that case law does not seem relevant.

21.     With the closure of its restaurants on the order of the Mayor and Governor, Plaintiff suffered a direct physical loss of or damage to its properties causing a "suspension" of its "operations," as those terms are defined in the Policy.

22.     In addition, Section I.A.5.i of the Policy, "Civil Authority" provides in relevant part that:

> When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises. (Exhibit C).

23.     The Policy included a "Business Income, Extra Expense and Related Coverages Limit Of Insurance" endorsement (form BP 99 41 08 16), which sets a coverage limit of $500,000 for each restaurant site in the event of a covered loss.

## V.      FACTUAL BACKGROUND

### A.      The COVID-19 Pandemic Begins, But Does Not In Itself Cause Plaintiff To Suspend Operations.

24.      The novel coronavirus originated in China in late 2019, spread to Europe, and eventually came to the United States.

25.      It has been widely reported that the novel coronavirus, and COVID-19, the illness it causes, have their origins in Wuhan, China. The first public reports were on December 31, 2019 of an "outbreak of respiratory illness."

26.      By January 8, 2020, the United States Centers for Disease Control and Prevention ("CDC") issued warnings to American travelers going to China for a "pneumonia of unknown etiology" (https://emergency.cdc.gov/han/han00424.asp, last accessed May 19, 2020).

27.      Starting January 17, 2020, the CDC and the United States Department of Homeland Security's Customs and Border Protection implemented enhanced health screenings for passengers who came from or connected through Wuhan, China (https://www.cdc.gov/media/releases/2020/p0117-coronavirus-screening.html, last accessed May 19, 2020).

28.      On January 20, 2020, the W.H.O. reported the first confirmed cases outside mainland China in Japan, South Korea and Thailand (https://www.nytimes.com/article/coronavirus-timeline.html, last accessed May 19, 2020). The following day, on January 21, 2020, the first American COVID-19 case was confirmed in the State of Washington (https://www.cdc.gov/media/releases/2020/p0121-novel-coronavirus-travel-case.html, last accessed May 19, 2020).

29.      According to news reports, shortly thereafter, by January 26, 2020, the CDC confirmed the first COVID-19 case in California (https://web.archive.org/web/20200128205456/https://www.cdph.ca.gov/Programs/CID/DCDC/Pages/Immunization/ncov2019.aspx, last accessed May 19, 2020).

1    30.    On January 30, 2020, the W.H.O declared a "public health emergency of

2  international concern." The following day, on January 31, 2020, certain travel from China to the

3  United States was blocked.

4    31.    Although COVID-19 was present in California by late January 2020, all

5  businesses and restaurants, including Plaintiff's, were allowed to remain open throughout

6  February and the first half of March.

7    32.    During February, COVID-19 began spreading rapidly throughout Europe, with

8  Italy initially becoming the most impacted country. That same month, an increasing number of

9  cases were being reported in the United States, with the largest concentration of cases in the

10  Seattle area of Washington State. The first cluster of COVID-19 cases was reported at a nursing

11  home in Kirkland, Washington in late February, where the first COVID-19 death was announced

12  on February 28, 2020.

13    33.    COVID-19 also continued to spread throughout California during February 2020.

14  In early February, several COVID-19 cases were announced in Northern California. During

15  February, the number of reported COVID-19 cases in California increased. On February 26,

16  2020, the CDC announced the first reported California COVID-19 case resulting from

17  community spread (https://www.cdc.gov/media/releases/2020/s0226-Covid-19-spread.html, last

18  accessed May 19, 2020).

19    34.    On March 4, 2020, the first COVID-19 fatality was reported in California.

20    35.    As COVID-19 cases continued to increase in certain areas of the United States,

21  on March 4, 2020 Congress passed emergency funding of $8.3 billion to aid in the immediate

22  health response to COVID-19.

23    36.    On March 11, 2020, travel from Europe to the United States was restricted, and

24  the W.H.O. declared COVID-19 a pandemic.

25    37.    On March 13, 2020, the President of the United States declared a national

26  emergency.

27    38.    Throughout this entire period, from December 2019 until March 15, 2020,

28  Plaintiff had not suffered an interruption of its thriving business despite the pandemic.

**B.**     **Orders of the State of California and City of Los Angeles Force Plaintiff to Close Its Doors, Resulting in a Suspension of Business.**

39.     On March 15, 2020, more than ten weeks after the first reported COVID-19 case, Los Angeles Mayor Eric Garcetti limited social interactions by issuing a "Public Order under City of Los Angeles Emergency Authority" (the "March 15, 2020 Order," attached as Exhibit E) effective at midnight that evening which, among other things, prohibited restaurants from serving individuals food and alcohol on their premises where individuals would not be socially distanced:

> 3. All restaurants and retail food facilities in the City of Los Angeles shall be prohibited from serving food for consumption on premises. Restaurants and retail food facilities may continue to operate for purposes of preparing and offering food to customers via delivery service, to be picked up or for drive-thru. For those establishments offering food pickup options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up (Exhibit E).

40.     On March 19, 2020, governor of the State of California Gavin Newsom, issued an order requiring residents to stay in their homes (the "Stay at Home Order"). (See Exhibit F). Mayors of cities throughout California, including Los Angeles, issued similar stay-at-home orders all of which required restaurants to close to in-person dining (See Exhibit G). (Exhibits E through G shall be referred to collectively herein as the "Orders").

41.     The Orders effectively caused the loss of business income from Plaintiff's restaurants and others similarly situated, by excluding individuals from on-premises dining, and caused a "suspension" of its "operations," as those terms are defined in the Policy.

42.     The Orders were the predominant cause of Plaintiff's loss.

43.     After imposition of the Orders, Plaintiff suspended all operations at its Downtown Los Angeles location. Plaintiff's West Los Angeles location closed until May 1, 2020 at which time it re-opened for take-out and delivery only, severely restricting it ability to serve customers and drastically reducing its income.

44.     On May 30, 2020, restaurants were permitted to serve customers on-site but only with modifications restricting individuals' distances resulting in limited capacity seating. Accordingly, Plaintiff's restaurants continue to lose income as a result of non-use.

**C.     Plaintiff Submits Its Insurance Claim and Defendant Denies It Without Justification or Proper Investigation.**

45.     Engaging in the business of insurance in California imposes upon insurers the legal obligation to promptly conduct fair, balanced and thorough investigations of all bases of claims for benefits made by their insureds, with a view toward honoring the claims. As part of these obligations, an insurance company is obligated to diligently search for and consider evidence that supports coverage of the claimed loss, and in doing so must give at least as much consideration to the interests of its insured as it gives to its own interests.

46.     During the COVID-19 Pandemic, Commissioner Lara issued a notice after the California Department of Insurance "ha[d] received numerous complaints from businesses, public officials, and other stakeholders asserting that certain insurers, agents, brokers, and insurance company representatives [we]re attempting to dissuade policyholders from filing a notice of claim under its Business Interruption insurance coverage, or refusing to open and investigate these claims upon receipt of a notice of claim" (Exhibit A, p. 1, emphasis added).

47.     The Commissioner's notice reminded insurers facing these claims of the importance of complying with their obligations, citing the California Fair Claims Settlement Practices Regulations (Cal. Code Regs., tit. 10, §§ 2695.1 et seq. ("Regulations")). His notice went on to state, "Therefore, Insurance Commissioner Ricardo Lara finds it necessary to issue this Notice to ensure that all agents, brokers, insurance companies, and other licensees accept, forward, acknowledge, and fairly investigate all business interruption insurance claims submitted by businesses" (Exhibit A, p. 1-2, emphasis added). The Commissioner stated that "every insurer is required to conduct and diligently pursue a thorough, fair, and objective investigation of the reported claim" (Id. at 2).

48.     Amongst other information provided to insurers, the Commissioner further reminded them that "[i]f the claim is denied in whole or in part, the insurer is required to

communicate the denial in writing to the policyholder listing all the legal and factual bases for such denial. (Regulations, § 2695.7(b)(1).) Where the denial of a first party claim is based on a specific statute, applicable law or policy provision, condition, or exclusion, the written denial must include reference to and provide an explanation of the application of the statute, applicable law, or policy provisions, condition, or exclusion to the claim…Regulations, § 2695.7(b)(1)" (Exhibit A, p. 3, emphasis added).

49.  Consistent with all of these well-established and non-controversial California insurance claims handling standards, Plaintiff had the right to rely on Defendant to handle its insurance claim for business income losses in a manner consistent with these standards of good faith and fair dealing.

50.  Upon suspending its operations beginning March 16, 2020, on March 18, 2020, Plaintiff submitted a claim to Defendant via telephone for the income lost as a result of the Orders.

51.  In making its claim, Plaintiff did not limit its claim to any particular insuring agreement.  Rather, Plaintiff sought coverage under the Policy for whichever insurance(s) would apply to its situation.

52.  On April 8, 2020, Defendant responded by letter denying coverage on several grounds. A copy of the letter is attached hereto as Exhibit H.  The denial incorrectly assumed the claim was being made based solely on the Civil Authority provision of the Policy.  Based in large part on this incorrect assumption, Defendant concluded that a virus exclusion precluded the claim despite the proximate cause of the claim being the State and City's Orders, rather than the virus itself.

53.  Pursuant to § 2695.7(b)(1) of the Regulations, Defendant was required to state in its April 1, 2020 denial letter all the factual, contractual, and legal grounds for denying the claim, thus forfeiting the right to raise additional grounds to attempt to justify its denial of Plaintiff's claim.

54.     Defendant's denial letter, on information and belief, appears to be a form letter sent in response to business income claims arising from the Orders.  It is clear from the letter that there was no investigation of Plaintiff's claim prior to the denial.

55.     Defendant's denial is contrary to the terms and conditions of the Policy and applicable law, which gives effect to plain language, construes ambiguity in favor of coverage, and narrowly construes exclusions, the applicability of which insurers have the burden of proving.

56.     As a result of the Stay at Home Order and related local orders, Plaintiff has incurred and continues to incur a substantial loss of business income and additional expenses covered under the policy.

57.     In order to obtain the benefits promised under its Policy and required by California law, Plaintiff was compelled to retain counsel and institute this lawsuit to pursue all available legal and equitable remedies available to it and obtain the benefits promised under the Policy.

58.     Plaintiff thus brings this action, on behalf of itself and other California restaurants similarly situated, seeking declaratory relief, insurance coverage owed under Defendant's policy, and damages.

## VI.     CLASS ALLEGATIONS

59.     Plaintiff re-alleges and incorporates by reference herein all of the allegations contained above.

60.     Business insurance policies purchased by small businesses like restaurants are not individually negotiated. At most, the prospective policyholder may elect to add specialized coverage options to a basic business insurance policy. But the substantive terms are set unilaterally by the insurer. These are contracts of adhesion.

61.     Plaintiff's Policy includes common terms and phrases widely used by the insurance industry. The insurance industry typically hews closely to standardized insurance policy forms in addressing property and liability risks, and Defendant did so here.

62.     Moreover, it is evident from the Policy that all Businessowner's Policies issued by AmGuard contain the same operative language at issue in Plaintiff's claim.  The basic

1    Businessowners Coverage Form (form BP 00 03 01 10) contains the insuring agreements for the

2    policy, including for the Business Income coverage, and related definitions, limitations and

3    exclusions (Exhibit B). Plaintiff's policy incorporates widely-used forms and is not a manuscript

4    policy written specifically for Plaintiff. Legal and factual issues concerning the applicability of

5    coverage issued by AmGuard to business owners under the circumstances of the uniform closure

6    of restaurants in Los Angeles by Mayor Garcetti and Governor Newsom thus can be decided

7    uniformly.

8         63.    As the impact of the COVID-19 pandemic is emerging, leading insurance industry

9    associations have publicly stated that such standard business insurance policies do not provide

10   any coverage for the business losses related to public health orders like the Stay at Home Order

11   imposed by California. The denial letter received by Plaintiff—issued without any investigation

12   at the restaurant shortly after a claim was filed—appears to be a form letter that, on information

13   and belief, is sent automatically to any such business with comprehensive business insurance that

14   files a claim at this time.

15        64.    Plaintiff brings this action pursuant to Section 382 of the California Code of Civil

16   Procedure on behalf of a proposed class of persons (the "Class") defined as: All restaurants in

17   California that purchased comprehensive business insurance coverage from Defendant which

18   includes coverage for business income, filed a claim for lost business income following

19   California's Stay at Home Order, and were denied coverage by Defendant on the same or similar

20   grounds.

21        65.    Excluded from the Class are Defendant, any entity in which Defendant has a

22   controlling interest, and Defendant's officers, directors, legal representatives, successors,

23   subsidiaries, and assigns. Also excluded from the Class are any judge, justice, or judicial officer

24   presiding over this matter and the members of their immediate families and judicial staff.

25        66.    This action has been brought and may properly be maintained as a class action as

26   it satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority

27   requirements.

28

67.     Plaintiff reserves the right to amend the Class definition if discovery and further investigation reveal that the Class should be expanded, divided into subclasses, or modified in any other way.

68.     Although the precise number of members of the Class is unknown and can only be determined through appropriate discovery, Plaintiff believes, and on that basis alleges, that the members of the proposed Class are so numerous that joinder of all members would be impracticable. There are thousands of restaurants in California which are governed by the Stay at Home Order and attendant statewide and local restrictions, and public reporting reveals that many have filed for coverage but have been denied.

69.     Questions of law and fact common to the Class exist that predominate over questions affecting only individual members, including inter alia:

a) Whether Defendant's comprehensive business insurance policies cover claims for lost business income under the circumstances present here;

b) Whether the terms, definitions, and exclusions that Defendant has relied on to deny coverage reasonably can be construed in the manner Defendant claims, or are otherwise unenforceable as a basis for Defendant's denials or, instead, must be construed to provide coverage under California law;

c) More specifically, whether Plaintiff's and the class's loss of Business Income arises from a Covered Cause of Loss under the Policy;

d) Whether the Orders were the predominant cause of the loss of Plaintiff's and the class's loss of Business Income;

e) Whether the Virus or Bacteria exclusion in the Policy applies where the Orders were the proximate cause of the loss of Business Income;

f) Whether Defendant breached the implied covenant of good faith and fair dealing by engaging in unreasonable conduct in its handling of the claim;

g) Whether Defendant acted unreasonably and in bad faith in denying claims for lost business income without investigation or due consideration of those claims; and

1     h) Whether the declaratory judgment sought is appropriate.

2  70.  Plaintiff is a member of the putative Class. The claims asserted by the Plaintiff in

3 this action are typical of the claims of the members of the putative Class as the claims arise from

4 the same course of conduct by Defendant and the relief sought is common.

5  71.  Plaintiff will fairly and adequately represent and protect the interests of the

6 members of the putative Class, as its interests coincide with, and are not antagonistic to, the other

7 members of the Class. Plaintiff has retained counsel competent and experienced in both consumer

8 protection, insurance coverage, and class-action litigation.

9  72.  Certification of the Class is appropriate pursuant to Section 382 of the California

10 Code of Civil Procedure because:

11     a) Questions of law or fact common to the respective members of the Class

12     predominate over questions of law or fact affecting only individual members.

13     This predominance makes class litigation superior to any other method available

14     for the fair and efficient adjudication of these claims including consistency of

15     adjudications. Absent a class action it would be highly unlikely that the

16     members of the Class would be able to protect their own interests because the

17     cost of litigation through individual lawsuits might exceed the expected

18     recovery;

19     b) A class action is a superior method for the adjudication of the controversy in

20     that it will permit a large number of claims to be resolved in a single forum

21     simultaneously, efficiently, and without the unnecessary hardship that would

22     result from the prosecution of numerous individual actions and the duplication

23     of discovery, effort, expense, and the burden of the courts that individual actions

24     would create; and

25     c) The benefits of proceeding as a class action, including providing a method for

26     obtaining redress for claims that would not be practical to pursue individually,

27     outweigh any difficulties that might be argued with regard to the management of

28     the class action.

73.     The Class should also be certified pursuant to Section 382 of the California Code of Civil Procedure because:

a) The prosecution of separate actions by the individual members of the proposed class would create a risk of inconsistent adjudications, which could establish incompatible standards of conduct for Defendant;

b) The prosecution of individual actions could result in adjudications, which as a practical matter, would be dispositive of the interests of non-party class members or which would substantially impair their ability to protect their interests; and

c) Defendant has acted or refused to act on grounds generally applicable to the proposed Class, thereby making appropriate final and injunctive relief with respect to the members of the proposed Class as a whole.

74.     Likewise, particular issues are appropriate for certification under Section 382 of the California Code of Civil Procedure because such claims present only particular, common issues, the resolution of which would advance the disposition of this matter and the parties' interests therein. Such particular issues include, but are not limited to:

a) Whether the comprehensive business insurance policies issued by Defendant cover class members' direct physical loss of property and lost business income following California's Stay at Home Order;

b) Whether the coverages for direct physical loss of property and lost business income provided by the comprehensive business insurance policies are precluded by exclusions or other limitations in those policies;

c) Whether Defendant breached contracts by denying comprehensive business insurance coverage to Plaintiff and Class members;

d) Whether summary denial of claims for direct physical loss of property and lost business income, including by invoking an exclusion for viruses, without any investigation or inquiry constitutes bad faith and therefore a breach of the implied covenant of good faith and fair dealing to act in good faith and with

reasonable efforts to perform their contractual duties and not to impair the rights of other parties to receive the rights, benefits, and reasonable expectations under the contracts;

e) Whether the handling of the claim with the knowledge that Defendant would not provide coverage for business income losses associated with public health measures such as California's Stay at Home Order constitutes a breach of the implied covenant of good faith and fair dealing; and

f) Whether Plaintiff and Class members are entitled to actual damages and/or injunctive relief as a result of Defendant's wrongful conduct.

## FIRST CLAIM FOR RELIEF

### Declaratory Judgment

75. Plaintiff re-alleges the paragraphs 1 through 74 above as if fully set forth herein.

76. Plaintiff purchased a comprehensive business insurance policy from Defendant.

77. Plaintiff paid all premiums required to maintain its comprehensive business insurance policy in full force.

78. The comprehensive business insurance policy includes provisions that provide coverage for the direct physical loss of or damage to the premises, including for suspension of business operations at the property, as well as actual loss of business income and extra expenses sustained during the suspension of operations as a result of such loss or damage.

79. On or about March 19, 2020, California issued the Stay at Home Order, mandating that all Californians remain at home, with certain exceptions. This mandate required restaurants to cease all on-premises dining. This mandate also applied to neighboring businesses, thus causing widespread closures surrounding Plaintiff's business premises. As set forth herein, similar orders were issued by the City of Los Angeles.

80. As a result of the Orders, the covered property of Plaintiff lost some or all of its functionality and/or became useless or uninhabitable, resulting in substantial loss of business income.

81. Plaintiff contends that these losses are insured losses under several provisions of Plaintiff's Policy including business income and expense coverage, and coverage for civil authority orders.

82. Plaintiff further contends that there are no applicable, enforceable or unambiguous exclusions or definitions in the Policy that preclude coverage for these losses.

83. Defendant contends that the losses claimed by Plaintiff are not covered by the Policy.

84. Accordingly, an actual and justiciable controversy exists as to whether the Policy covers claims for lost business income resulting from the Orders of state and local authorities.

85. WHEREFORE, Plaintiff seeks a declaration for itself and similarly situated restaurants that its business income losses are covered and not precluded by exclusions or other limitations in its comprehensive business insurance policy.

## SECOND CLAIM FOR RELIEF

### Breach of Contract

86. Plaintiff re-alleges paragraphs 1 through 85 above as if fully set forth herein.

87. Plaintiff purchased the Policy from Defendant to insure against all risks (unless specifically excluded) a business might face including losses resulting from a necessary suspension of its operations and losses associated with Civil Authority orders. This Policy was a binding contract that afforded Plaintiff comprehensive business insurance under the terms and conditions of the Policy.

88. Plaintiff met all or substantially all of its contractual obligations, including paying all the premiums required by Defendant.

89. On or about March 19, 2020, California issued the Stay at Home Order, mandating that all Californians remain at home, with certain exceptions. This mandate required restaurants, including those owned by Plaintiff, to cease all on-premises dining. As set forth herein, similar Orders were issued by the City of Los Angeles. These Orders also applied to neighboring businesses throughout the City of Los Angeles, thus causing widespread closures surrounding Plaintiff's business premises.

90.     Beginning on March 16, 2020, and continuing through the date of the filing of this Complaint, Plaintiff suffered the direct physical loss of property and lost business income following California's Stay at Home Order—losses which were covered under the Policy purchased from Defendant.

91.     There are no exclusions in Plaintiff's Policy that expressly preclude coverage.

92.     Plaintiff made a timely demand to Defendant for payment under the Policy to cover its business income losses.

93.     Defendant breached its contract by denying coverage to Plaintiff and by failing to adequately investigate its claim prior to issuing the denial.

94.     As a direct and proximate result of Defendant's denial of comprehensive business insurance coverage to Plaintiff, Plaintiff suffered damages.

95.     WHEREFORE, Plaintiff seeks damages and prejudgment interest for itself and similarly situated restaurants that incurred as a result of Defendants' breach of the insurance contract.

### THIRD CLAIM FOR RELIEF

### Bad Faith Breach of Implied Covenant of Good Faith and Fair Dealing

96.     Plaintiff re-alleges paragraphs 1 through 95 above as if fully set forth herein.

97.     Plaintiff purchased the Policy from Defendant to insure against all risks (unless specifically excluded) a business might face including losses resulting from a necessary suspension of its business operations and losses associated with Civil Authority orders. This policy was a binding contract that afforded Plaintiff comprehensive business insurance under the terms and conditions of the Policy.

98.     This contract was subject to an implied covenant of good faith and fair dealing that all parties would act in good faith and with reasonable efforts to perform their contractual duties—both explicit and fairly implied—and not to impair the rights of other parties to receive the rights, benefits, and reasonable expectations under the contracts. These included the covenant that Defendant would act fairly and in good faith in carrying out its contractual obligations to provide Plaintiff with comprehensive business insurance.

99.     Plaintiff met all or substantially all of its contractual obligations, including by paying all the premiums required by Defendant.

100.    Beginning on March 16, 2020, and continuing through the date of the filing of this Complaint, Plaintiff suffered the direct physical loss of property, including suspension of business operations at the property, and lost business income following California's Stay at Home order and related local orders—losses which were covered under the Policy purchased from Defendant.

101.    Plaintiff made a timely demand to Defendant for payment under the Policy to cover its business income losses. Defendant acted unreasonably by denying coverage to Plaintiff and by failing to adequately investigate its claim prior to issuing the denial.

102.    Defendant's conduct breached the implied covenant of good faith and fair dealing by:

a. Selling policies that appear to provide liberal coverage for loss of property and lost business income with the intent of interpreting undefined or poorly defined terms, undefined terms, and ambiguously written exclusions to deny coverage under circumstances foreseen by Defendant;

b. Denying coverage for loss of property and lost business income unreasonably, and without proper cause, by applying undefined, ambiguous, and contradictory terms contrary to applicable rules of policy construction and the plain terms and purpose of the policy;

c. Denying Plaintiff's claim for loss of property and loss of business income unreasonably and without conducting a fair, unbiased and thorough investigation or inquiry, arbitrarily and capriciously, and/or with knowledge that the denial was unreasonable under the policy; and

e. Compelling policyholders, including Plaintiff, to initiate litigation to recover policy benefits to which they are entitled.

103.    Defendant's failure to act in good faith in providing comprehensive business insurance coverage to Plaintiff denied Plaintiff the full benefit of its bargain.

104.   Defendant's conduct alleged herein is immoral, unethical, oppressive, unscrupulous, unconscionable, fraudulent, malicious, and/or substantially injurious to Plaintiff and the Class.

105.   Accordingly, Plaintiff has been injured as a result of Defendant's breach of the covenant of good faith and fair dealing and is entitled to damages in an amount to be proven at trial.

106.   WHEREFORE, Plaintiff seeks compensatory damages, punitive damages and prejudgment interest for itself and similarly situated restaurants that incurred damages as a result of Defendants' breach of the insurance contract.

## FOURTH CLAIM FOR RELIEF

### Unfair Business Practices Under Bus. & Prof. Code § 17200, et seq.

107.   Plaintiff re-alleges paragraphs 1 through 106 above as if fully set forth herein.

108.   By its conduct alleged herein, Defendant has engaged in unlawful, unfair, and fraudulent business practices in violation of California Business & Professions Code §§ 17200 *et seq.* ("UCL").

109.   Defendant's conduct alleged herein violates the "unlawful" prong of the UCL because it violated the letter and spirit of California's Insurance Code, including California Insurance Code section 790, *et seq.* because, *inter alia*, Defendant failed or refused to perform a fair, objective, and thorough investigation of the Plaintiff's and class members' claims. As alleged herein, Defendant denied Plaintiff's and the class members' claims as part of Defendant's policy of categorically denying all or at least the vast majority of business income claims related to the novel coronavirus, and ignored other California requirements concerning the proper and fair evaluation of claims and interpretations of its policies.

110.   Defendant's conduct alleged herein violates the "unfair" prong of the UCL, including but not limited to Defendant's: (a) categorical and wrongful denial of Plaintiff's and the class members' claims under the circumstances described in this complaint; (b) failure and refusal to perform a fair, objective, good-faith, and thorough investigation of the claims as directed by the California Insurance Code; (c) denial of Plaintiff's and the class members' claims

1   as part of a policy of categorically denying claims related to the novel coronavirus; and (d) and

2   failing to interpret its policies in an equitable manner and/or up to the standards required by

3   California law (including but not limited to Cal. Ins. Code section 790 et seq.).

4       111.   Defendant's conduct alleged herein is immoral, unethical, oppressive,

5   unscrupulous, unconscionable, fraudulent, malicious, unfair, unlawful and/or substantially

6   injurious to Plaintiff and the Class. There is no utility to Defendant's conduct, and even if there

7   were any utility, it would be significantly outweighed by the gravity of the harm to consumers

8   caused by Defendant's conduct alleged herein.

9       112.   Defendant's conduct alleged herein also violates California public policy,

10  including as such policy is reflected in Cal. Ins. Code § 790 et seq. and elsewhere in the California

11  Insurance Code.

12      113.   Defendant's conduct alleged herein violates the "fraudulent" prong of the UCL.

13  Among other things, Defendant: (a) promised Plaintiff and the class coverage that was not

14  provided and that Defendant had no intention of providing; (b) promised to evaluate each claim

15  individually, reasonably, and in good faith, which Defendant did not do with respect to Plaintiff's

16  and the class members' claims; falsely and misleadingly indicated to Plaintiff and class that it

17  was investigating in good faith (and had investigated in good faith) their claims which Defendant

18  did not do and knew that it did not do. Defendant collected Plaintiff's and the class members'

19  premiums in exchange for coverage that was not provided, induced those premiums by promising

20  to evaluate each claim individually reasonably, and in good faith and did not, and denied

21  Plaintiff's and the class members' claim as part of a policy of categorically denying claims related

22  to the novel coronavirus as part of a strategy to reduce its total insurance payments related to the

23  novel coronavirus.

24      114.   Defendant's fraudulent and deceptive conduct alleged herein was false and

25  misleading had a tendency to deceive reasonable insureds, and did deceive Plaintiff and the class.

26  Plaintiff and the class members reasonably relied on Defendant's deceptions and omissions

27  alleged herein, including but not limited to by paying premiums to Defendant.

28

115.    By reason of Defendant's unlawful, unfair, and fraudulent conduct in violation of the UCL, Plaintiff and the class members have lost the benefits for which they bargained, as well as the premiums they have paid to Defendant.

116.    Plaintiff and the class are entitled to restitution from Defendant (with interest thereon), to disgorgement of all Defendant's profits arising out of its violations of the UCL (with interest thereon), and to be paid benefits due to Plaintiff and the class members that Defendant has wrongfully retained by means of its violations of the UCL.  There is no adequate remedy at law.

117.    Pursuant to California Code of Civil Procedure section 1021.5, Plaintiff is entitled to recover its reasonable attorney's fees.

118.    WHEREFORE, Plaintiff seeks: (a) a judgment for itself and similarly situated restaurants that Defendant violated the UCL; and (b) restitution and reasonable attorney's fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests, on behalf of itself and the Class, that the Court enter a judgment awarding the following relief:

a. An order certifying this action as a class action under Section 382 of the California Code of Civil Procedure, defining the Class as requested herein, appointing Hecht Partners LLP, as Class Counsel, and finding that Plaintiff is a proper representative of the Class requested herein.

b. A declaration that Plaintiff's and Class members' losses are covered under the Policy;

c. Plaintiff also requests compensatory damages, punitive damages, restitution, disgorgement, attorney's fees and costs, and such other and further relief as is just and proper as compensation for Defendant's breach of contract, breach of the implied covenant of good faith and fair dealing, and violations of UCL.

## JURY DEMAND

Plaintiff demands a trial by jury for all issues so triable under the law.

Dated: June 16, 2020                           Hecht Partners LLP

                                               By: _____

                                               Kathryn Lee Boyd (SBN 189496)
                                               lboyd@hechtpartners.com
                                               125 Park Ave. 25th Floor
                                               New York, NY 10017
                                               Telephone: 212-851-6821
                                               Facsimile: 646-492-5111

                                               *Attorneys for Plaintiff Plan Check Downtown*
                                               *III, LLC, and others similarly situated,*

# Exhibit A



# RICARDO LARA
CALIFORNIA INSURANCE COMMISSIONER

## ·NOTICE

**TO:**  **All Admitted and Non-Admitted Insurance Companies, All Licensed Insurance Adjusters and Producers, and Other Licensees and Interested Parties**

**FROM:**  **Insurance Commissioner Ricardo Lara**

**DATE:**  **April 14, 2020**

**RE:**  **Requirement to Accept, Forward, Acknowledge, and Fairly Investigate All Business Interruption Insurance Claims Caused by the COVID-19 Pandemic**

To help combat the spread of the COVID-19 virus, various federal, state, and local government officials have issued emergency public health orders and "shelter-in-place" directives. The COVID-19 pandemic has severely curtailed activities of policyholders in both personal and commercial lines, causing significant and widespread economic loss in California.

Business Interruption insurance is an optional coverage that may be purchased as part of a comprehensive multi-peril commercial policy, business owners' policy, or on a stand-alone basis. Many small and large California businesses purchase Business Interruption insurance to protect against the loss of income and other losses caused by an interruption to the normal operations of the business.

The California Department of Insurance (Department) continues to encourage businesses to review their policies, including policy exclusions, coverage limits, and applicable deductibles, and contact their insurance companies to determine what their policies cover as each insurance policy is different and the coverage varies. However, despite the Department's on-going guidance to businesses statewide during the COVID-19 pandemic, it has received numerous complaints from businesses, public officials, and other stakeholders asserting that certain insurers, agents, brokers, and insurance company representatives are attempting to dissuade policyholders from filing a notice of claim under its Business Interruption insurance coverage, or refusing to open and investigate these claims upon receipt of a notice of claim.

Therefore, Insurance Commissioner Ricardo Lara finds it necessary to issue this Notice to ensure that all agents, brokers, insurance companies, and other licensees accept,

Notice on Requirement to Accept, Forward, Acknowledge, and Fairly Investigate All Business Interruption
Insurance Claims Caused by the COVID-19 Pandemic

Page 2
April 14, 2020

forward, acknowledge, and fairly investigate all business interruption insurance claims
submitted by businesses.

Commissioner Lara hereby notifies all agents, brokers, insurance companies, and other
Department licensees that they are required to comply with their contractual, statutory,
regulatory, and other legal obligations, including but not limited to, the obligations set
forth in the California Fair Claims Settlement Practices Regulations (Cal. Code Regs. tit.
10; sections 2695.1 et seq.) (the "Regulations") in connection with all California insurance
claims including, but not limited to, Business Interruption insurance claims, event
cancellation claims, and other related claims filed by California businesses.

The Regulations require, among other things, that all insurers, insurance agents, brokers,
insurance company representatives, and other Department licensees accept any
communication from the policyholder or its representative indicating that the policyholder
desires to make a claim against a policy that reasonably suggests that a response is
expected as a notice of claim. (Regulations, section 2695.5(b).) Upon receipt of a notice
of claim, every Department licensee is required to transmit such notice of claim to the
insurer immediately. (Regulations, section 2695.5(d).)

Upon receipt of a notice of claim, subject to certain exceptions, every insurer is required
to acknowledge the notice of claim immediately, but in no event more than 15 calendar
days after receipt of the notice of claim. (Regulations, section 2695.5(e).) If the
acknowledgment of a claim is not in writing, a written acknowledgment of the receipt and
date of the notice of claim must be made in the claim file of the insurer. (Regulations,
section 2695.5(e)(1).) Failure of an insurance agent or claims agent to transmit a notice
of claim to the insurer promptly will be imputed to the insurer, except where the subject
policy was issued pursuant to the California Automobile Assigned Risk Program.
(Regulations, section 2695.5(e)(1).)

Upon receipt of a notice of claim, the insurer is required to provide the policyholder with
the necessary forms, instructions, and reasonable assistance, including but not limited
to, specifying the information the policyholder must provide in connection with the proof
of claim and begin any necessary investigation of the claim. (Regulations, section
2695.5(e)(2).) Thereafter, every insurer is required to conduct and diligently pursue a
thorough, fair, and objective investigation of the reported claim, and is prohibited from
seeking information not reasonably required for or material to the resolution of a claim
dispute before determining whether the claim will be accepted or denied, in whole or in
part. (Regulations, section 2695.7(d).)

After conducting a thorough, fair, and objective investigation of the claim, the insurer must
accept or deny the claim, in whole or in part, immediately, but in no event more than 40
days after receipt of the proof of claim. The amount of the claim accepted or denied by
the insurer must be clearly documented in the claim file unless the claim has been denied
in its entirety. (Regulations, section 2695.7(b).)

Notice on Requirement to Accept, Forward, Acknowledge, and Fairly Investigate All Business Interruption
Insurance Claims Caused by the COVID-19 Pandemic

Page 3
April 14, 2020

If the claim is denied in whole or in part, the insurer is required to communicate the denial
in writing to the policyholder listing all the legal and factual bases for such denial.
(Regulations, section 2695.7(b)(1).)  Where the denial of a first party claim is based on a
specific statute, applicable law or policy provision, condition, or exclusion, the written
denial must include reference to and provide an explanation of the application of the
statute, applicable law, or policy provision, condition, or exclusion to the claim.  Lastly,
every insurer that denies or rejects a third party claim, in whole or in part, or disputes
liability or damages must do so in writing.  (Regulations, section 2695.7(b)(1).)

Based on the foregoing, every insurer, insurance agent, broker, insurance company
representative, and other Department licensees is required to comply with their
contractual, statutory, regulatory, and other legal obligations in connection with all
California insurance claims, including but not limited to, Business Interruption insurance
claims, event cancellation claims, and other related claims filed by California businesses.
Additionally, no insurer, insurance agent, broker, insurance company representative, or
other Department licensee shall dissuade policyholders from filing a notice of claim under
its Business Interruption insurance coverage, or refuse to open and investigate such
claims upon receipt of a notice of claim.

# Exhibit B

Plan Check Downtown III, LLC
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

# IMPORTANT INFORMATION ABOUT YOUR BUSINESSOWNER'S POLICY COVERAGE AND PROTECTIVE SAFEGUARDS

## Commercial Insurance Policy Coverage Disclosure Summary

**THIS NOTICE IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT AMEND, EXTEND, OR ALTER THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS AND OBLIGATIONS.**

**\*\*READ YOUR INSURANCE POLICY
FOR COMPLETE POLICY TERMS AND CONDITIONS\*\***

When you elected to get your Businessowner's Policy coverage, you indicated that you had the following protective safeguards in place:

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable |
|-----------|-----------|------------------------------------------|
| 001 | 001 | P-9G, Automatic Commercial Cooking Extinguishing System (a/k/a Ansul system) |
| 003 | 001 | P-9G, Automatic Commercial Cooking Extinguishing System (a/k/a Ansul system) |

As a condition of this insurance, you MUST maintain the protective devices or services shown above and listed on the Protective Safeguards endorsement attached to your policy.  You should also be prepared to supply proof of proper maintenance upon request

**Since proper maintenance of any protective safeguards you claimed is a requirement of this coverage and failure to do so could result in denial of a claim under the policy, we suggest you read your Protective Safeguards endorsement very carefully and confirm that you are in compliance with its terms and conditions.** If you do not have one of the devices or services listed in the endorsement or if any of the devices or services is not operational, then you should immediately notify us by calling 570-825-9900 or e-mailing us at CSR@guard.com.  If we do not hear from you, we will assume that you have confirmed that all safeguards are being maintained in accordance with the terms of the endorsement


**Berkshire Hathaway
GUARD** Insurance Companies
www.guard.com

In cooperation with
**PROFESSIONAL
INSURANCE
ASSOCIATES INC.**

**Plan Check Downtown III,
LLC
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017**

# A Warm Welcome From Berkshire Hathaway GUARD And PROFESSIONAL INSURANCE ASSOCIATES INC.! Thanks For Selecting Us.

PROFESSIONAL INSURANCE ASSOCIATES INC. and Berkshire Hathaway GUARD Insurance Companies are pleased to have the opportunity to serve you by providing the quality products and attentive customer service you deserve.  If you have a question about your Businessowner's Policy, our combined professional staff will be available to assist you.

**Contact Your Agent for:**
- Coverage changes and issues
- Policy features
- Endorsement issues

Phone:   650-592-7333
FAX:      650-590-1171
Available during regular business hours

**Contact Berkshire Hathaway GUARD
Insurance Companies for:**
- Billing Inquiries
- Claims questions
- Loss control services.

Phone:   800-673-2465
FAX:      570-823-2059
E-mail:   csr@GUARD.com
Monday through Friday; 8:00 AM  to 7:30 PM EST
(E-mail and voice mail after hours)

*To report a claim,* call us at *888-NEW-CLMS — 24/7.*  The information below will be needed by you to complete this process.  Specific instructions on reporting claims are included in the enclosed policy packet.
- Your **Policy Number** Is PLBP159547
- Your **Insurance Carrier** Is AmGUARD Insurance Company
- Your Policy **Effective Date** Is 02/27/2020

*To report fraud,* contact our Fraud Investigative Unit at 800-673-2465.

**Use our Policyholder Service Center at www.guard.com** to quickly and easily:
- Make and track payments
- Secure Certificate of Insurances
- View important policy information.
- Check the status of a claim

We appreciate your business and look forward to the opportunity to serve your insurance needs. Please keep a copy of this letter with your Berkshire Hathaway GUARD Insurance Companies policy for future reference.

enclosed:  Businessowner's Policy # *PLBP159547*

HQ: CA/
BP
DECTO 1

*Berkshire Hathaway GUARD*
*The Security You Need.  The Name You Trust.*



**BUSINESSOWNER'S POLICY DECLARATIONS**

## AmGUARD Insurance Company
### A Stock Company

Issued: 02/25/2020

Policy No.:
PLBP159547

Renewal of: PLBP062367

## POLICY INFORMATION PAGE

**[1]** **Named Insured and Mailing Address**
Plan Check Downtown III, LLC
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017

**Additional Names of Insured**
DBA Plan Check
Plan Check Santa Monica IV, LLC

**[2]** **Agency**
PROFESSIONAL INSURANCE ASSOCIATES INC.
PO Box 1266
San Carlos, CA 94070

**[3]** **Policy Period**
From February 27, 2020 to February 27, 2021, 12:01 AM, standard time at the insured's mailing address.

**[4]** **Description of Business**
Full-Service Restaurants

**[5]** **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and Endorsements (IIT SF 01 05).**

**[6]** **Premium**
The premium shown below may be subject to adjustment.

| | |
|---|---|
| Certified Acts of Terrorism | $1,807.00 |
| TOTAL POLICY PREMIUM | $52,120.00 |
| TOTAL PAYABLE | $52,120.00 |

**[7]** **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy, we agree with you to provide insurance as stated in this policy.



IIT DS 01 05

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                          Effective Date: 02/27/2020

## SECTION I – PROPERTY COVERAGES AND LIMITS OF INSURANCE

**LOCATION: 001   BUILDING: 001**
**1111 Wilshire Blvd Ste 103**
**Los Angeles, CA 90017-1999**
**Los Angeles County**

**Property Deductible: $5,000**
**Wind/Hail Deductible: N/A**
**Optional Coverages/Glass Deductible: $500**
**Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales**

**COVERAGES:**

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Business Personal Property Coverage** | |
| Limit | $119,100 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |
| **Tenants Improvements and Betterments** | |
| Limit | $561,400 |
| **Liability** | |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $2,000,000 |
| Limit | Included |
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | 25,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Equipment Breakdown Coverage (HSB)** | |
| Inspection Contact Name | Brittany Kidder |
| Phone Number | 818-938-1631 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |

IIT DS 01 05                                    **Page 2 of 8**

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

| Policy No.: PLBP159547 | Effective Date: 02/27/2020 |

**Restaurant Coverage**

| | |
|---|---|
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |

**Valuable Papers and Records**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |

**Water Back-up and Sump Overflow**

| | |
|---|---|
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

LOCATION: 002   BUILDING: 001
1401 Ocean Ave Ste 104
Santa Monica, CA 90401-2106
Los Angeles County

Property Deductible: $5,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales

**COVERAGES:**

**Awnings Coverage**

| | |
|---|---|
| Limit | $2,500 |

**Business Personal Property Coverage**

| | |
|---|---|
| Limit | $100,000 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |

**Tenants Improvements and Betterments**

| | |
|---|---|
| Limit | $800,000 |

**Liability**

| | |
|---|---|
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $2,200,000 |
| Limit | Included |

**Accounts Receivable**

| | |
|---|---|
| On-Premises Limit | $25,000 |
| Off-Premises Limit | 25,000 |

**Debris Removal**

| | |
|---|---|
| Limit | 25%/$10,000 |

**Equipment Breakdown Coverage (HSB)**

| | |
|---|---|
| Inspection Contact Name | Brittany Kidder |
| Phone Number | 818-938-1631 |

IIT DS 01 05

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                          Effective Date: 02/27/2020

| | |
|---|---|
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

LOCATION: 003   BUILDING: 001
1800 Sawtelle Blvd
Los Angeles, CA 90025-5516
Los Angeles County

Property Deductible: $5,000
Wind/Hail Deductible: N/A
Optional Coverages/Glass Deductible: $500
Classification: 09661 - Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales

COVERAGES:

| | |
|---|---|
| **Awnings Coverage** | |
| Limit | $2,500 |
| **Business Personal Property Coverage** | |
| Limit | $129,000 |
| Seasonal Increase Percent | 25 |
| Valuation | Replacement Cost |
| **Tenants Improvements and Betterments** | |
| Limit | $631,000 |
| **Liability** | |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |
| Gross Sales at this Location | $2,200,000 |

IIT DS 01 05                                                    Page 4 of 8

**BUSINESSOWNER'S POLICY DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                                    Effective Date: 02/27/2020

| Limit | Included |
|---|---|
| **Accounts Receivable** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | 25,000 |
| **Business Income From Dependent Properties** | |
| Limit of Insurance | $15,000 |
| **Debris Removal** | |
| Limit | 25%/$10,000 |
| **Money and Securities** | |
| On Premises Limit | $5,000 |
| Off Premises Limit | $5,000 |
| **Ordinance or Law - Increased Cost Of Construction** | |
| Limit | $10,000 |
| **Outdoor Property** | |
| Limit | $10,000 |
| **Outdoor Signs - Optional Coverage** | |
| Limit | $5,000 |
| **Restaurant Coverage** | |
| Food contamination Limit | $10,000 |
| Advertising Expense Limit | $3,000 |
| Spoilage Per Occurrence Limit | $10,000 |
| Brands and Labels | BPP Limit |
| Delivery Errors and Omissions | $10,000 |
| Fine Arts | $25,000 |
| Reward Payment | $5,000 |
| Lock Replacement | $1,000 |
| Merchandise Withdrawal Expenses | $25,000 |
| Ordinance or Law - Equipment Coverage | Building/BPP Limit |
| Credit Card Slips | $10,000 |
| **Valuable Papers and Records** | |
| On-Premises Limit | $25,000 |
| Off-Premises Limit | $25,000 |
| **Water Back-up and Sump Overflow** | |
| Covered Property Limit | $5,000 |
| Business Income and Extra Expense Limit | $5,000 |

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                              **Effective Date:** 02/27/2020

### SECTION II – LIABILITY COVERAGES AND LIMITS OF INSURANCE

**Each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period.  Please refer to Section II – Liability in the Businessowners Coverage form and any attached endorsements.**

| Coverage | Limits of Insurance |
|---|---|
| Liability and Medical Expenses - Each Occurrence | $1,000,000 |
| General Aggregate (Other than Products and Completed Operations) | $2,000,000 |
| Personal & Advertising Injury | Included |
| Products & Completed Operations Aggregate | $2,000,000 |
| Medical Expenses (Each Person) | $5,000 |
| Liability Property Damage Deductible | None |
| Liability Deductible - Bodily Injury | None |

**IIT DS 01 05**                                              **Page 6 of 8**

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                                    Effective Date:  02/27/2020

## POLICY WIDE COVERAGES AND LIMITS OF INSURANCE

**Appurtenant Structures**
| Limit | $50,000 combined Building/BPP |

**Business Income & Extra Expense**
| Limit | Refer to form BP 99 41 |

**Damage To Premises Rented To You**
| Limit | $300,000 |

**Electronic Data**
| Limit | $10,000 |

**Employee Dishonesty**
| Limit | $10,000 |

**Fire Department Service Charge**
| Limit | $25,000 |

**Fire Extinguisher Systems Recharge Expense**
| Limit | $5,000 |

**Forgery or Alteration**
| Limit | $10,000 |

**Fungi, Wet Rot, Dry Rot & Bacteria (Mold)**
| Property Limit | $15,000 |
| Business Income/EE Number of Days | 30 |
| Liability Coverage Option | Exclude Coverage |

**Glass Expense**
| Limit | Actual Loss Sustained |

**Hired Automobile**
| Limit | Included in Liability Limit |

**Interruption of Computer Operations**
| Limit | $10,000 |

**Liquor Liability**
| Liquor Liability Option | Liquor Liability Coverage |
| Common Cause Limit | $1,000,000 |
| Aggregate Limit | $2,000,000 |
| Gross Annual Liquor Receipts | $1,300,000 |
| IMPORTANT NOTE | THIS COVERAGE IS RATED BASED ON AN ESTIMATE AND IS SUBJECT TO AUDIT |

**Loss by Theft of furs, fur garments, garments trimmed with fur**
| Limit | $2,500 |

**Loss by Theft of jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals**
| Limit | $5,000 |

**Loss by Theft of patterns, dies, molds and forms**
| Limit | $2,500 |

**Money Orders and "Counterfeit Money"**
| Limit | $1,000 |

**Newly Acquired Or Constructed Property - Buildings**
| Limit | 25% of Building Limit/Not more than $500,000/Bldg |

**Newly Acquired Or Constructed Property - Business Personal Property**
| Limit | $250,000 |

**Non-owned Automobile**
| Exposure | With Restaurant Delivery Service |

**Personal Effects**
| Limit | $5,000 |

IIT DS 01 05                                              Page 7 of 8

**BUSINESSOWNER'S POLICY
DECLARATIONS**

Issued: 02/25/2020

| Policy No.: PLBP159547 | Effective Date: 02/27/2020 |
|---|---|

**Personal Property Off Premises**

| Limit | $10,000 |
|---|---|

**Pollutant Clean Up and Removal**

| Limit | $10,000 |
|---|---|

**Preservation of Property**

| Limit | Within 30 Days |
|---|---|

**Terrorism**

| Certified Acts | Include Coverage |
|---|---|

**BUSINESSOWNERS POLICY
DECLARATIONS**

Issued: 02/25/2020

Policy No.: PLBP159547                    Effective Date: 02/27/2020

### SCHEDULE OF FORMS AND ENDORSEMENTS

| Form Number | Title |
|---|---|
| PN MU 01 06 17 | Protective Safeguards Policyholder Notice |
| BP WEL LET | Welcome Letter |
| IIT DS 01 05 | Businessowners Policy Declarations |
| BP 00 03 01 10 | Businessowners Coverage Form |
| BP IN 01 01 10 | Businessowners Coverage Form Index |
| END SCHD | Schedule Of Forms And Endorsements |
| IL 99 00 08 13 | Authorization and Attestation |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control ("OFAC") Advisory Notice To Policyholder |
| PN 99 MU 01 08 19 | Renewal Notice Regarding Exposure Basis |
| PRIV POL | Privacy Policy |
| BP 99 CA 09 16 | CA Policy Customizations |
| BP 01 55 12 19 | California Changes |
| BP 99 75 05 13 | California Changes -Cancellation Premium Due |
| BP 04 02 01 06 | Additional Insured - Managers or Lessors of Premises |
| BP 04 17 01 10 | Employment - Related Practices Exclusion |
| BP 04 47 01 06 | Additional Insured - Vendors |
| BP 04 48 01 06 | Additional Insured - Designated Person or Organization |
| BP 04 89 01 10 | Liquor Liability Coverage |
| BP 04 97 01 06 | Waiver Of Transfer Of Rights Of Recovery Against Others To Us |
| BP 05 01 07 02 | Calculation Of Premium |
| BP 05 15 01 15 | Disclosure Pursuant To Terrorism Risk Insurance Act |
| BP 05 23 01 15 | Cap On Losses From Certified Acts Of Terrorism |
| BP 05 38 01 15 | Exclusion Of Other Acts Of Terrorism Committed Outside The United States; Cap On Losses From Certified Acts Of Terrorism |
| BP 05 42 01 15 | Exclusion Of Punitive Damages Related To A Certified Act Of Terrorism |
| BP 06 86 05 17 | California Hired and Non-Owned Auto Liability |
| BP 99 01 01 13 | Restaurants |
| BP 99 04 01 10 | Equipment Breakdown Coverage |
| BP 99 188 06 16 | Deductible Endorsement - Property |
| BP 99 238 06 17 | Protective Safeguards - Fire |
| BP 99 332 02 18 | Cannabis Exclusion |
| BP 99 41 08 16 | Business Income, Extra Expense and Related Coverages Limit of Insurance |
| BP 99 60 03 12 | Water Back-up and Sump Overflow |

AUTHORIZATION
AND ATTESTATION
IL 99 00 08 13

**THIS ENDORSEMENT AUTHORIZES THE POLICY.**

# AUTHORIZATION AND ATTESTATION

This endorsement authorizes the insurance contract between you and the insurance company subsidiary listed on the DECLARATIONS PAGE of your insurance policy.

In Witness Whereof, this page executes and fully attests to this policy.  If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.

Authorizing signatures

Michael J. Dulin
General Counsel and Secretary

Sy Foguel, ACAS, FILAA
Chief Executive Officer and President

IL 99 00 08 13                                                                                        Page 1 of 1

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

IL P 001 01 04                 © ISO Properties, Inc., 2004                 **Page 1 of 1**



PN 99 MU 01 08 19

# Important Renewal Information for Policyholders Regarding Your Sales/Payroll figures

We have automatically adjusted the sales or payroll by 4% which was used to calculate your liability insurance premium in order to more accurately reflect your exposures.

Please review your policy, if you have a more accurate estimate of this year's sales or payroll please contact your agent to adjust accordingly.



**Berkshire Hathaway**
**GUARD** Insurance Companies

P.O. Box A-H
Wilkes-Barre, PA 18703-0020
570-825-9900
800-673-2465
www.guard.com

# PRIVACY POLICY

Rev. August, 2019

## WHAT DO BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES DO WITH YOUR PERSONAL INFORMATION?

| **FACTS** | Berkshire Hathaway GUARD Insurance Companies include:  AmGUARD Insurance Company, AZGUARD Insurance Company, EastGUARD Insurance Company, NorGUARD Insurance Company, WestGUARD Insurance Company, GUARDCo, Inc., (a medical management affiliate). |
|---|---|
| **Why?** | Financial Companies choose how they share your personal information.  Federal and State law gives consumers the right to limit some, but not all, sharing.  Federal law also requires us to tell you how we collect, share, and protect your personal information.  Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend upon the product or service you have with us. This information can include:<br>• **Social Security Number, date of birth, driving record, income**<br>• **Credit history, credit-based insurance scores, insurance claim history, payment history**<br>When you are no longer our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies may need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies share their customers' personal information; the reasons we choose to share; and whether you can limit this sharing. |

| REASONS WE CAN SHARE YOUR PERSONAL INFORMATION | Does Berkshire Hathaway GUARD share? | Can you limit this sharing? |
|---|---|---|
| **For our everyday business purposes–**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, comply with government agency examinations/procedures, or report your creditworthiness. | Yes | No |
| **For our marketing/processing purposes–**<br>to offer our products and services to you.<br>(We may also disclose information received from you with companies that perform services for us.) | Yes | No |
| **For our affiliates' everyday business purposes–**<br>information about your transactions and experiences. | Yes | No |
| **For our affiliates' everyday business purposes–**<br>information about your creditworthiness. | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | Yes | Yes |

| **To limit our sharing** | Call Customer Service at 1-800-673-2465 or visit us online at www.guard.com/privacy.<br><br>Please note: If you are a new customer, we can begin sharing your information 30 days from the date we provided this notice.  When you are no longer our customer, we continue to share your information as described in this notice in accordance with applicable law. However, you can contact us at any time to limit our sharing in accordance with the table above. |
|---|---|
| **Questions?** | Call Customer Service at 1-800-673-2465. |

Includes Copyrighted Material of the National Association of Insurance Commissioners

BHGIC-672-08-19

**PAGE 2**

| Who we are | |
|---|---|
| **Who is providing this notice?** | Berkshire Hathaway GUARD Insurance Companies (including property and casualty licensees AmGUARD Insurance Company, AZGUARD Insurance Company, NorGUARD Insurance Company, EastGUARD Insurance Company, and/or WestGUARD Insurance Company as well as GUARDCo, Inc.) is providing this notice. References in this form to "us", "we" or "our" refers to these companies. |

| What we do | |
|---|---|
| **How do we protect your personal information?** | To protect your personal information from unauthorized access and use, we implement security measures that comply with applicable law. These measures include computer safeguards and secured files and buildings. |
| **How do we collect your personal information?** | We collect your personal information, for example, when you:<br>• apply for insurance<br>• pay insurance premiums<br>• file an insurance claim<br>• give us your income information<br>• give us your contact information.<br><br>We also collect your personal information from others (such as credit bureaus, affiliates, or other companies) including, for example, from:<br>• your insurance agent or producer<br>• your transactions with our affiliates listed below or other consumer reporting agencies. |
| **Why can't I limit all sharing?** | Applicable law gives you the right to limit only:<br>• sharing for affiliates everyday business purposes – information about your creditworthiness and insurability<br>• affiliates from using your information to market to you<br>• sharing for non-affiliates to market to you. |
| **What happens when I limit sharing for a policy I hold jointly with someone else?** | Your choices will apply to everyone on your policy. |

| Definitions | |
|---|---|
| *Affiliates* | *Companies (other than the companies identified in "Facts" above) that are related to us by common ownership or control of Berkshire Hathaway Inc. Affiliates can be financial and nonfinancial companies.* |
| *Non-affiliates* | *Companies not related to us by common ownership or control, which can be financial and nonfinancial companies.* |
| *Marketing* | *The promotion or advertising of insurance products or services to you. Marketing partners may include, but are not limited to, insurance licensees such as insurance agents appointed by us or their affiliates.* |

| Other Important Information |
|---|
| **Important Information about Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. |
| **For California Residents:** If you opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account. |
| **For Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. |

Includes Copyrighted Material of the National Association of Insurance Commissioners                    BHGIC-672-08-19

BUSINESSOWNER'S
BP 99 CA 09 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CA POLICY CUSTOMIZATIONS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

The following is a summary of the coverages and limits provided by this endorsement.  For complete details on specific coverages, see the applicable coverage wording.  The limits of insurance stated in this endorsement apply unless higher limits are shown in the Declarations.

### SCHEDULE OF LIMIT CHANGES
#### Section I – Property

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Accounts Receivable | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |
| Appurtenant Structures | n/a | $50,000 |
| Awnings | Included in Building Limit | $2,500 |
| Employee Dishonesty | Optional | $10,000 |
| Fire Department Service Charge | $2,500 | $25,000 |
| Forgery Or Alteration | $2,500 | $10,000 |
| Loss or Damage by Theft | | |
|     Jewelry, Watches, etc. | $2,500 | $5,000 |
| Newly Acquired Or Constructed Property | | |
|     Buildings | $250,000 | 25% Buildings Limit/<br>$500,000 each Building |
|     Business Personal Property | $100,000 | $250,000 |
| Outdoor Property / any one tree, shrub or plant | $2,500 / $1,000 | $10,000 / $1,000 |
| Outdoor Signs | $1,000 attached to buildings only | $5,000 all outdoor signs |
| Personal Effects | $2,500 | $5,000 |
| Premises Boundary Increased | 100 feet | 1,000 feet |
| Valuable Papers And Records | $10,000 at premises<br>$5,000 not at premises | $25,000 at premises<br>$25,000 not at premises |

#### Section II – Liability

| Coverage | BP 00 03 Limit | Revised Limit |
|---|---|---|
| Supplementary Payments - Cost Of Bail Bonds | $250 | $1,000 |
| Supplementary Payments - Loss Of Earnings | $250 | $500/day |

CA POLICY CUSTOMIZATIONS

Any reference in **Section I — Property** of the Business-owner's Coverage Form to within 100 feet of the described premises is amended to read within 1,000 feet of the described premises.

**Section I – Property, A.1., Covered Property** is amended as follows:

1. The following is added to Paragraph **a.**

   **(7)** Building Glass, meaning glass that is part of a building or structure.

**Section I – Property, A.4., Limitations** is amended as follows:

1. Paragraph **b.(2)** is deleted.
2. Paragraph **c.** is deleted and replaced with the following:

   **c.** For loss or damage by theft, the following types of property are covered only up to the limits shown:

   **(1)** $2,500 for furs, fur garments and garments trimmed with fur.

   **(2)** $5,000 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $500 or less per item.

   **(3)** $2,500 for patterns, dies, molds and forms.

3. Paragraph **d.** is added:

   **d.** For loss or damage by any covered cause of loss, we will only pay up to $2,500 per occurrence for awnings.

**Section I – Property, A.5., Additional Coverages** is amended as follows:

1. Paragraph **c. Fire Department Service Charge** is replaced with the following:

   When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $25,000, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

   **(1)** Assumed by contract or agreement prior to loss; or

   **(2)** Required by local ordinance.

2. Paragraph **k. - Forgery Or Alteration** - Paragraph **(4)** is replaced with the following:

**(4)** The most we will pay for any loss, including legal expenses, under this Additional Coverage is $10,000, unless a higher Limit of Insurance is shown in the Declarations.

**Section I – Property, A.6., Coverage Extensions** is amended as follows:

1. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(1) Buildings** is replaced with the following:

   The most we will pay in any one occurrence for loss or damage under this Extension is 25% of the Limit of Insurance for Buildings shown in the Declarations, but not more than $500,000 at each building.

2. The last paragraph in Paragraph **a. – Newly Acquired Or Constructed Property** under **(2) Business Personal Property** is replaced with the following:

   The most we will pay for loss or damage under this Extension is $250,000 at each building.

3. The last sentence in Paragraph **b. – Personal Property Off-premises** is amended as follows:

   The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Personal Property Off-premises is shown in the Declarations.

4. Paragraph **c. - Outdoor Property** is replaced with the following:

   **c.** Outdoor Property
   You may extend the insurance provided by this policy to apply to your outdoor:

   **(1)** Fences, signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
   **(a)** Fire;
   **(b)** Lightning;
   **(c)** Explosion;
   **(d)** Riot or Civil Commotion; or
   **(e)** Aircraft.

   **(2)** Radio and television antennas (including satellite dishes), including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:
   **(a)** Fire;
   **(b)** Lightning;
   **(c)** Windstorm;
   **(d)** Ice, Snow, Sleet or Hail;
   **(e)** Explosion;

**CA POLICY CUSTOMIZATIONS**

**(f)** Riot or Civil Commotion; and
**(g)** Aircraft.
The most we will pay for loss or damage under this Extension is $10,000, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**5.** Paragraph **d. – Personal Effects** is replaced with the following:

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:
**(1)** Tools or equipment; or
**(2)** Loss or damage by theft.
The most we will pay for loss or damage under this Extension is $5,000 at each described premises.

**6.** Paragraph **e. – Valuable Papers And Records** Paragraph **(3)** is replaced with the following:

**(3)** The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

For "valuable papers and records" not at the described premises, the most we will pay is $25,000.

**7.** Paragraph **f. – Accounts Receivable** Paragraph **(2)** is replaced with the following:

**(2)** The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $25,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

For accounts receivable not at the described premises, the most we will pay is $25,000.

**8.** Paragraph **f. – Accounts Receivable** Paragraph **(3)** is replaced with the following:

**(3)** Paragraph **B. Exclusions in Section I – Property** does not apply to this Coverage Extension except for:
**(a)** Paragraph **B.1.c. Governmental Action;**

**(b)** Paragraph **B.1.d. Nuclear Hazard;**
**(c)** Paragraph **B.1.f. War And Military Action;**
**(d)** Paragraph **B.2.f. Dishonesty;**
**(e)** Paragraph **B.2.g. False Pretense;**
**(f)** Paragraph **B.2.o. Electrical Disturbance**
**(g)** Paragraph **B.3.;** and
**(h)** Paragraph **B.6. Accounts Receivable Exclusion.**

**9.** Paragraph **g. – Appurtenant Structures** is added:

**g.   Appurtenant Structures**

**(1)** When there is a Building Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to incidental appurtenant structures within 1,000 feet of the described premises.

**(2)** When there is a Business Personal Property Limit of Insurance shown in the Declarations at the described premises, you may extend the insurance provided by this Coverage Form to apply to direct physical loss or damage caused by or resulting from a Covered Cause of Loss to Business Personal Property within incidental appurtenant structures within 1,000 feet of the described premises.

**(3)** Incidental appurtenant structures include storage buildings, carports, garages and similar structures which have not been specifically described in the Declarations.

The most we will pay for loss or damage under this Coverage Extension in any one occurrence for any combination of loss or damage to Building and Business Personal Property is $50,000.

**Section I – Property, B. Exclusions 2.** is amended as follows:

**1.** Paragraph **q. Asbestos** is added:

**q.   Asbestos**
Any loss, damage or expense which would not have occurred in whole or in part but for the presence of asbestos.

---

**CA POLICY CUSTOMIZATIONS**

**Section I – Property, G. Optional Coverages** is amended as follows:

1. Paragraph **1. – Outdoor Signs** Paragraph **d.** is replaced with the following:

   The most we will pay for loss or damage in any one occurrence is $5,000, unless a higher Limit of Insurance for Outdoor Signs is shown in the Declarations.

2. Paragraph **3. – Employee Dishonesty** Paragraph **c.** is replaced with the following:

   The most we will pay for loss or damage in any one occurrence is $10,000, unless a higher Limit of Insurance for Employee Dishonesty is shown in the Declarations.

**Section II – Liability, A. Coverages** is amended as follows:

1. Under **Business Liability** Paragraph **f., Coverage Extension – Supplementary Payments,** Paragraph **(1)**, sections **(b), (c)** and **(d)** are replaced with the following:

   **(b)** Up to $1,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

   **(c)** The cost of appeal bonds or bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

   **(d)** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $500 a day because of time off from work.

**Section II – Liability, B. Exclusions** is amended as follows:

1. Under **1., Applicable To Business Liability Coverage,** Paragraph **a., Expected Or Intended Injury** is deleted and replaced with the following:

   **a. Expected Or Intended Injury**
   "Bodily injury" or "property damage" (including any unexpected or unintended portion thereof) if any "bodily injury" or "property damage" was expected or intended from the standpoint of any insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. Under **1., Applicable To Business Liability Coverage,** Paragraph **j., Professional Services (8)** and **(9)** are amended and **(10)** is added as follows:

   **(8)** Any body piercing services (not including ear lobe piercing), tattooing and similar services;

   **(9)** Services in the practice of pharmacy; and

   **(10)** Computer or software design, advice or consultation, programming services including virus protection, firewall or web site design.

3. Under **1., Applicable To Business Liability Coverage,** Paragraph **k., Damage To Property,** the following is added to the last paragraph:

   Paragraphs **(3)** and **(4)** of this exclusion do not apply to "property damage" to borrowed equipment while not being used to perform operations at a job site.

4. Under **1., Applicable To Business Liability Coverage,** Paragraph **m., Damage To Your Work,** the following is deleted:

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

5. Under **1., Applicable To Business Liability Coverage,** Paragraph **p., Personal And Advertising Injury,** Paragraph **(1)** is deleted and replaced with the following:

   **(1)** Caused by or at the direction of or with the consent or acquiescence of any insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

6. Under **1., Applicable To Business Liability Coverage,** Paragraph **p., Personal and Advertising Injury,** the following is added:

   **(14)** Arising out of:
   **(a)** Your placement of advertising for others on your web site or a link to or a reference to a web site or web address of others on your web site.
   **(b)** Your placement of content or company brand or product information from others on your web site or on any frame or border within your web site.
   **(c)** Software or programming related to your web site's design, appearance or functions.

**CA POLICY CUSTOMIZATIONS**

**(15)** Arising out of discrimination, harassment or humiliation by an officer, director, member or partner of the insured.

**(16)** Arising out of representations made by you or your agents regarding the value or suitability of any securities, or the fluctuation in value or price of any stocks, bonds or other securities.

**(17)** Violation of antitrust laws, state and federal laws governing restrictions on trade, unfair competition or deceptive advertising.

**7.** Under **1., Applicable To Business Liability Coverage,** Paragraph **r. Criminal Acts** is deleted and replaced with the following:

**r.   Criminal Acts**
"Bodily injury", "property damage", or "personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**8.** Under **1., Applicable To Business Liability Coverage,** Paragraphs **t., u. and v.** are added as follows:

**t.   Asbestos**
**(1)** "Bodily injury", "property damage" or "personal and advertising injury" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.
**(2)** Any damages, judgments, settlements, loss, costs or expenses that:
  **(a)** May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;
  **(b)** Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or
  **(c)** Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any

way responding to or assessing the effect of an asbestos presence.

**u.   Nuclear Hazard**
Nuclear reaction or radiation, or radioactive contamination, however caused. But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**v.   Fungi Or Bacteria**
**(1)** "Bodily Injury", "property damage" or "personal and advertising injury" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.
**(2)** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**Section II – Liability, D, Liability And Medical Expenses Limits Of Insurance** is amended as follows:

**1.** Paragraph **2.** is replaced with the following:

**2.** The most we will pay for the sum of all damages because of all:
  **a.** "Bodily injury", "property damage" and medical expenses, arising out of any one "occurrence" including "Bodily injury" and "property damage" under the "products-completed operations hazard"; and
  **b.** "Personal and advertising injury" sustained by any one person or organization;

CA POLICY CUSTOMIZATIONS

is the Liability and Medical Expenses –
Each Occurrence limit shown in the Decla-
rations. But the most we will pay for all med-
ical expenses because of "bodily injury" sus-
tained by any one person is the Medical
Expenses limit shown in the Declarations.

2. Paragraph 4. is replaced with the following:

4. **Aggregate Limits**
Regardless of the number of occurrences
and subject to the Liability and Medical Ex-
penses-Each Occurrence limit, the most we
will pay for:
a. All "bodily injury" and "property dam-
age" that is included in the "products-
completed operations hazard" is twice
the Liability and Medical Expenses-
Each Occurrence limit.   This limit is
shown in the declarations as "Products
and Completed Operations Aggregate".
b. All:
    (1) "Bodily injury" and "property dam-
    age" except damages because of
    "bodily injury" or "property damage"
    included in the "products-completed
    operations hazard";
    (2) Plus medical expenses;
    (3) Plus all "personal and advertising
    injury" caused by offenses commit-
    ted;

    is twice the Liability and Medical Ex-
    penses-Each Occurrence limit shown in
    the Declarations. This limit is shown in
    the declarations as "General Aggregate
    (other than Products and Completed
    Operations Aggregate)".

Subject to Paragraph a. or b. above, which-
ever applies, the Damage To Premises
Rented To You Limit is the most we will pay
for damages because of "property damage"
to any one premises, while rented to you, or
in the case of fire, while rented to you or
temporarily occupied by you with permission
of the owner.

The Limits of Insurance of Section II – Lia-
bility apply separately to each consecutive
annual period and to any remaining period
of less than 12 months, starting with the be-
ginning of the policy period shown in the
Declarations, unless the policy period is ex-
tended after issuance for an additional peri-
od of less than 12 months. In that case, the

additional period will be deemed part of the
last preceding period for purposes of deter-
mining the Limits of Insurance.

**Section II – Liability, E. Liability And Medical Ex-
pense General Conditions** is amended as follows:

1. Under **2., Duties In The Event Of Occurrence,
Offense, Claim Or Suit,** Paragraphs **e.** and **f.**
are added as follows:

    e. If we cover a claim or "suit" under this cov-
    erage that may also be covered by other in-
    surance available to an additional insured,
    such insurance if any, shall be primary, and
    such additional insured must submit such
    claim or suit to the other insurer for defense
    and indemnity.
    f. Paragraphs **a.** and **b.** apply to you or to any
    additional insured only when such "occur-
    rence," offense, claim or suit is known to
    you or any additional insured or your or any
    additional insured's partner, limited liability
    company manager, executive officer, trus-
    tee or political official if you or any addition-
    al insured is a political subdivision or agen-
    cy. This Paragraph **f.** applies separately to
    you and any additional insured.

2. Paragraph **5. Representations** is added as fol-
lows:

    5. **Representations**
    When You Accept This Policy
    By accepting this policy, you agree:
    a. The statements in the Declaration are
    accurate and complete;
    b. Those statements are based upon rep-
    resentations you made to us; and
    c. We have issued this policy in reliance
    upon your representations.

**Section II – Liability, F. Liability And Medical Ex-
pense Definitions** is amended as below:

1. Paragraph **23.** is added as below:

    23. "Fungi" means any type or form of fungus
    including mold or mildew and any mycotox-
    ins, spores, scents, or by-products produced
    or released by fungi.

BUSINESSOWNERS
BP 01 55 12 19

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM
INFORMATION SECURITY PROTECTION ENDORSEMENT

**A. Section I – Property** is amended as follows:

1. With respect to an "open policy", the following is added to any provision which uses the term actual cash value:

   **a.** In the event of a total loss to a building or structure, actual cash value is calculated as the Limit of Insurance applicable to that building or structure or the fair market value of the building or structure, whichever is less.

   **b.** In the event of a partial loss to a building or structure, actual cash value is calculated as **b.(1)** or **b.(2)**, whichever is less:

   **(1)** The amount it would cost to repair, rebuild or replace the property less a fair and reasonable deduction for physical depreciation of the components of the building or structure that are normally subject to repair or replacement during its useful life. Physical depreciation is based upon the condition of the property at the time of loss;

   **(2)** The Limit of Insurance applicable to the property.

   **c.** In the event of a partial or total loss to Covered Property other than a building or structure, actual cash value is calculated as **c.(1)** or **c.(2)**, whichever is less:

   **(1)** The amount it would cost to repair or replace the property less a fair and reasonable deduction for physical depreciation, based on the condition of the property at the time of loss;

   **(2)** The Limit of Insurance applicable to the property.

   **d.** An "open policy" is a policy under which the value of Covered Property is not fixed at policy inception, but is determined at the time of loss in accordance with policy provisions on valuation.

2. Paragraph **E.2. Appraisal** Property Loss Conditions is replaced by the following:

   **2. Appraisal**

   If we and you disagree on the value of the property or the amount of loss, either may make written request for an appraisal of the loss. If the request is accepted, each party will select a competent and impartial appraiser. Each party shall notify the other of the appraiser selected within 20 days of the request. The two appraisers will select an umpire. If they cannot agree within 15 days, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

   **a.** Pay its chosen appraiser; and

   **b.** Bear the other expenses of the appraisal and umpire equally.

   If there is an appraisal, we will still retain our right to deny the claim.

3. Paragraph **E.5.d.(1)(c)** of the **Loss Payment** Property Loss Conditions is deleted.

4. Paragraphs **E.5.d.(1)(d)** and **E.5.d.(5)** of the **Loss Payment** Property Loss Conditions are replaced as follows:

    **(d)** We will not pay on a replacement cost basis for any loss or damage until the lost or damaged property is actually repaired or replaced. Prior to such repair or replacement, we will pay the actual cash value of the lost or damaged property as described in Paragraph **A.1.** of this Endorsement. If the actual cash value does not exhaust the applicable Limit of Insurance, we will then pay the difference between the actual cash value and the replacement cost, provided that the repair or replacement is completed:

        **(i)** Within 12 months after we pay the actual cash value; or

        **(ii)** Within 36 months after we pay the actual cash value if the loss or damage relates to a state of emergency under California Law.

    The following provision applies to real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit:

    If you, acting in good faith and with reasonable diligence, encounter a delay or delays in approval for, or reconstruction of, the residence that are beyond your control, we shall provide one or more additional extensions of six months for good cause. Circumstances beyond your control include, but are not limited to:

        **(i)** Unavoidable construction permit delays;

        **(ii)** The lack of necessary construction materials; or

        **(iii)** The unavailability of contractors to perform the necessary work.

    Nothing in this Paragraph **(d)** constitutes a waiver of our right to deny the claim for any valid reason or to restrict payment in cases of suspected fraud.

    **(5)** Tenants' improvements and betterments at:

        **(a)** Replacement cost in accordance with the terms set forth in Paragraph **(d)** above.

        **(b)** A proportion of your original cost if the property is not repaired or replaced. We will determine the proportionate value as follows:

            **(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

            **(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

        If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

        **(c)** Nothing if others pay for repairs or replacement.

**B. Section III – Common Policy Conditions** is amended as follows:

    1. Paragraphs **A.2.** and **A.3. Cancellation** are replaced by the following:

        **2. All Policies In Effect For 60 Days Or Less**

        If this Policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this Policy by mailing or delivering to the first Named Insured at the mailing address shown in the Policy and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

        **a.** 10 days before the effective date of cancellation if we cancel for:

            **(1)** Nonpayment of premium; or

            **(2)** Discovery of fraud by:

                **(a)** Any insured or his or her representative in obtaining this insurance; or

                **(b)** You or your representative in pursuing a claim under this Policy.

        **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

   © Insurance Services Office, Inc., 2019

**3. All Policies In Effect For More Than 60 Days**

**a.** If this Policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this Policy only upon the occurrence, after the effective date of the Policy, of one or more of the following:

**(1)** Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

**(2)** Discovery of fraud or material misrepresentation by:

**(a)** Any insured or his or her representative in obtaining this insurance; or

**(b)** You or your representative in pursuing a claim under this Policy.

**(3)** A judgment by a court or an administrative tribunal that you have violated a California or federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

**(4)** Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

**(5)** Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

**(6)** A determination by the Commissioner of Insurance that the:

**(a)** Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

**(b)** Continuation of the policy coverage would:

**(i)** Place us in violation of California Law or the laws of the state where we are domiciled; or

**(ii)** Threaten our solvency.

**(7)** A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the Policy.

**b.** We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the Policy, and to the producer of record, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

**(2)** 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

**2.** The following provision is added to Paragraph **A. Cancellation:**

**7. Residential Property**

This provision applies to coverage on real property which is used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household personal property in a residential unit. If such coverage has been in effect for 60 days or less and is not a renewal of coverage we previously issued, we may cancel this coverage for any reason, except that we may not cancel this Policy solely because:

**a.** Corrosive soil conditions exist on the premises; or

**b.** The first Named Insured has:

**(1)** Accepted an offer of earthquake coverage; or

**(2)** Cancelled or did not renew a policy issued by the California Earthquake Authority (CEA) that included an earthquake policy premium surcharge.

However, we shall cancel this Policy if the first Named Insured has accepted a new or renewal policy issued by the CEA that includes an earthquake policy premium surcharge but fails to pay the earthquake policy premium surcharge authorized by the CEA.

If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not cancel this Policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred. However, we may cancel:

   a. When you have not paid the premium, at any time by letting you know at least 10 days before the date cancellation takes effect;

   b. If willful or grossly negligent acts or omissions by the named insured, or his or her representatives, are discovered that materially increase any of the risks insured against; or

   c. If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

3. Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following with respect to loss or damage caused by fire:

   We do not provide coverage to the insured who, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

   a. This Policy;

   b. The Covered Property;

   c. That insured's interest in the Covered Property; or

   d. A claim under this Policy.

4. Paragraph **C. Concealment, Misrepresentation Or Fraud** is replaced by the following with respect to loss or damage caused by a Covered Cause of Loss other than fire:

   This Policy is void if any insured, whether before or after a loss, has committed fraud or intentionally concealed or misrepresented any material fact or circumstance concerning:

   a. This Policy;

   b. The Covered Property;

   c. An insured's interest in the Covered Property; or

   d. A claim under this Policy.

5. Paragraph **H.1. Other Insurance** is replaced by the following (with respect to coverage provided under Section I – Property):

   If there is other insurance covering the same loss or damage, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance bears to the Limits of Insurance of all insurance covering on the same basis.

   We will not pay more than the applicable Limit of Insurance of Section I – Property.

6. The following paragraph is added and supersedes any provisions to the contrary:

   **M. Nonrenewal**

   1. Subject to the provisions of Paragraphs **2.** and **3.** below, if we elect not to renew this Policy, we will mail or deliver written notice stating the reason for nonrenewal to the first Named Insured shown in the Declarations and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

      We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the Policy.

   2. **Residential Property**

      This provision applies to coverage on real property used predominantly for residential purposes and consisting of not more than four dwelling units, and to coverage on tenants' household property contained in a residential unit.

      We may elect not to renew such coverage for any reason, except that we will not refuse to renew such coverage solely because:

      a. The first Named Insured has accepted an offer of earthquake coverage.

However, the following applies only to insurers who are associate participating insurers as established by Cal. Ins. Code Section 10089.16. We may elect not to renew such coverage after the first Named Insured has accepted an offer of earthquake coverage, if one or more of the following reasons applies:

(1) The nonrenewal is based on sound underwriting principles that relate to the coverages provided by this Policy and that are consistent with the approved rating plan and related documents filed with the Department of Insurance as required by existing law;

(2) The Commissioner of Insurance finds that the exposure to potential losses will threaten our solvency or place us in a hazardous condition. A hazardous condition includes, but is not limited to, a condition in which we make claims payments for losses resulting from an earthquake that occurred within the preceding two years and that required a reduction in policyholder surplus of at least 25% for payment of those claims; or

(3) We have:

    (a) Lost or experienced a substantial reduction in the availability or scope of reinsurance coverage; or

    (b) Experienced a substantial increase in the premium charged for reinsurance coverage of our residential property insurance policies; and

the Commissioner has approved a plan for the nonrenewals that is fair and equitable, and that is responsive to the changes in our reinsurance position.

b. The first Named Insured has cancelled or did not renew a policy, issued by the California Earthquake Authority that included an earthquake policy premium surcharge.

c. Corrosive soil conditions exist on the premises.

If a state of emergency under California Law is declared and the residential property is located in any ZIP Code within or adjacent to the fire perimeter, as determined by California Law, we may not nonrenew this Policy for one year, beginning from the date the state of emergency is declared, solely because the dwelling or other structure is located in an area in which a wildfire has occurred.

However, we may nonrenew:

a. If willful or grossly negligent acts or omissions by the named insured, or his or her representatives, are discovered that materially increase any of the risks insured against;

b. If losses unrelated to the postdisaster loss condition of the property have occurred that would collectively render the risk ineligible for renewal; or

c. If there are physical changes in the property insured against, beyond the catastrophe-damaged condition of the structures and surface landscape, which result in the property becoming uninsurable.

3. We are not required to send notice of nonrenewal in the following situations:

a. If the transfer or renewal of a policy, without any changes in terms, conditions or rates, is between us and a member of our insurance group.

b. If the Policy has been extended for 90 days or less, provided that notice has been given in accordance with Paragraph 1.

c. If you have obtained replacement coverage, or if the first Named Insured has agreed, in writing, within 60 days of the termination of the Policy, to obtain that coverage.

d. If the Policy is for a period of no more than 60 days and you are notified at the time of issuance that it will not be renewed.

e. If the first Named Insured requests a change in the terms or conditions or risks covered by the Policy within 60 days of the end of the policy period.

**f.** If we have made a written offer to the first Named Insured, in accordance with the timeframes shown in Paragraph **1.**, to renew the Policy under changed terms or conditions or at an increased premium rate, when the increase exceeds 25%.

**C.** The following changes apply only to Information Security Protection Endorsement **BP 15 07** if it is attached to this Policy:

**1.** Paragraph **(2)** of Insuring Agreement **d. Security Breach Liability** is replaced by the following:

**(2)** We will pay for "defense expenses" as a result of a "claim" in the form of a "regulatory proceeding" first made against the insured during the "policy period" or during the applicable Extended Reporting Period, in response to a "wrongful act" or a series of "interrelated wrongful acts" covered under Paragraph **d.(1)**.

**2.** Paragraph **d.** of the definition of "loss" in Paragraph **V.** is replaced by the following:

**d.** With respect to Insuring Agreements **d.** Security Breach Liability and **g.** Web Site Publishing Liability:

Compensatory damages, settlement amounts and costs awarded pursuant to judgments or settlements.

"Loss" does not include:

**(1)** Civil or criminal fines or penalties imposed by law;

**(2)** Punitive or exemplary damages;

**(3)** The multiplied portion of multiplied damages;

**(4)** Taxes;

**(5)** Royalties;

**(6)** The amount of any disgorged profits; or

**(7)** Matters that are uninsurable pursuant to law.

   © Insurance Services Office, Inc., 2019   BP 01 55 12 19

BUSINESSOWNER'S
BP 99 75 05 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION PREMIUM DUE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

Paragraph **A.5.** of **Section III – Common Policy Conditions** is amended as follows:

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. Final Premium will not be less than the pro rata share of the minimum premium.  If the first Named Insured cancels, the refund may be less than pro rata based on our other than pro rata cancellation factor and procedure. Final Premium will not be less than the full policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
BP 04 02 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| | |
|---|---|
| **A.** | **Designation Of Premises (Part Leased To You):**<br>1800 Sawtelle Blvd<br>Los Angeles, CA 90025-5516 |
| **B.** | **Name Of Person Or Organization (Additional Insured):**<br>Sawtelle Market, LLC<br>7772 Santa Monica Blvd<br><br>West Hollywood, CA 90046 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to Paragraph **C. Who Is An Insured in Section II – Liability:**

   **3.** The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule.

**B.** The following exclusions are added to **Section II – Liability:**

This insurance does not apply to:

   **1.** Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Schedule.

   **2.** Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Schedule.

BP 04 02 01 06          © ISO Properties, Inc., 2004          Page 1 of 1    ☐

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
BP 04 02 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – MANAGERS OR LESSORS OF PREMISES

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| | |
|---|---|
| **A.** | **Designation Of Premises (Part Leased To You):** |
| | 1111 Wilshire Blvd Ste 103 |
| | Los Angeles, CA 90017-1999 |
| **B.** | **Name Of Person Or Organization (Additional Insured):** |
| | Holland 1111 Wilshire Investors - Tom Warren |
| | 5000 E Spring St Suite #630 |
| | Long Beach, CA 90815 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to Paragraph **C. Who Is An Insured in Section II – Liability:**

    **3.** The person or organization shown in the Schedule is also an insured, but only with respect to liability arising out of the ownership, maintenance or use of that part of the premises leased to you and shown in the Schedule.

**B.** The following exclusions are added to **Section II – Liability:**

This insurance does not apply to:

    **1.** Any "occurrence" that takes place after you cease to be a tenant in the premises described in the Schedule.

    **2.** Structural alterations, new construction or demolition operations performed by or for the person or organization designated in the Schedule.

© ISO Properties, Inc., 2004

BUSINESSOWNERS
BP 04 17 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following exclusion is added to Paragraph **B.1. Exclusions – Applicable To Business Liability Coverage** in **Section II – Liability:**

This insurance does not apply to "bodily injury" or "personal and advertising injury" to:

**(1)** A person arising out of any:

**(a)** Refusal to employ that person;

**(b)** Termination of that person's employment; or

**(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" or "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraph **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraph **(a)**, **(b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

POLICY NUMBER:                                                    **BUSINESSOWNERS**
                                                                 **BP 04 47 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – VENDORS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s) (Vendor):**<br>Fooda, Inc. |
| **Your Products:** |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

3. Any person(s) or organization(s) (referred to throughout this endorsement as vendor) shown in the Schedule is also an additional insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business.

   However:

   a. The insurance afforded to such vendor only applies to the extent permitted by law; and

   b. If coverage provided to the vendor is required by a contract or agreement, the insurance afforded to such vendor will not be broader than that which you are required by the contract or agreement to provide for such vendor.

**B.** With respect to the insurance afforded to these vendors, the following additional exclusions apply:

1. The insurance afforded the vendor does not apply to:

   a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

   b. Any express warranty unauthorized by you;

   c. Any physical or chemical change in the product made intentionally by the vendor;

   d. Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

   e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**BP 04 47 07 13**          © Insurance Services Office, Inc., 2012          **Page 1 of 2**

f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

h. "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

   (1) The exceptions contained in Subparagraph d. or f.; or

   (2) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

2. This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container entering into, accompanying or containing such products.

C. With respect to the insurance afforded to these vendors, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the vendor is required by a contract or agreement, the most we will pay on behalf of the vendor is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012
**BP 04 47 07 13**

POLICY NUMBER:                                                                          **BUSINESSOWNERS**
                                                                                        **BP 04 47 07 13**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# ADDITIONAL INSURED – VENDORS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s) (Vendor):** <br> Fooda, Inc. |
| **Your Products:** <br>   |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** The following is added to Paragraph **C. Who Is An Insured:**

   **3.** Any person(s) or organization(s) (referred to throughout this endorsement as vendor) shown in the Schedule is also an additional insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business.

   However:

    **a.** The insurance afforded to such vendor only applies to the extent permitted by law; and

    **b.** If coverage provided to the vendor is required by a contract or agreement, the insurance afforded to such vendor will not be broader than that which you are required by the contract or agreement to provide for such vendor.

**B.** With respect to the insurance afforded to these vendors, the following additional exclusions apply:

   **1.** The insurance afforded the vendor does not apply to:

    **a.** "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

    **b.** Any express warranty unauthorized by you;

    **c.** Any physical or chemical change in the product made intentionally by the vendor;

    **d.** Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

    **e.** Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

**BP 04 47 07 13**                     © Insurance Services Office, Inc., 2012                     **Page 1 of 2**

f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

h. "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(1) The exceptions contained in Subparagraph d. or f.; or

(2) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

2. This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container. entering into, accompanying or containing such products.

C. With respect to the insurance afforded to these vendors, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the vendor is required by a contract or agreement, the most we will pay on behalf of the vendor is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

POLICY NUMBER:

**BUSINESSOWNERS
BP 04 47 07 13**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – VENDORS

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| |
|---|
| **Name Of Additional Insured Person(s) Or Organization(s) (Vendor):**<br>Fooda, Inc. |
| **Your Products:** |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

A. The following is added to Paragraph **C. Who Is An Insured:**

3. Any person(s) or organization(s) (referred to throughout this endorsement as vendor) shown in the Schedule is also an additional insured, but only with respect to "bodily injury" or "property damage" arising out of "your products" shown in the Schedule which are distributed or sold in the regular course of the vendor's business.

 However:

 a. The insurance afforded to such vendor only applies to the extent permitted by law; and

 b. If coverage provided to the vendor is required by a contract or agreement, the insurance afforded to such vendor will not be broader than that which you are required by the contract or agreement to provide for such vendor.

B. With respect to the insurance afforded to these vendors, the following additional exclusions apply:

1. The insurance afforded the vendor does not apply to:

 a. "Bodily injury" or "property damage" for which the vendor is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages that the vendor would have in the absence of the contract or agreement;

 b. Any express warranty unauthorized by you;

 c. Any physical or chemical change in the product made intentionally by the vendor;

 d. Repackaging, except when unpacked solely for the purpose of inspection, demonstration, testing or the substitution of parts under instructions from the manufacturer, and then repackaged in the original container;

 e. Any failure to make such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products;

© Insurance Services Office, Inc., 2012

f. Demonstration, installation, servicing or repair operations, except such operations performed at the vendor's premises in connection with the sale of the product;

g. Products which, after distribution or sale by you, have been labeled or relabeled or used as a container, part or ingredient of any other thing or substance by or for the vendor; or

h. "Bodily injury" or "property damage" arising out of the sole negligence of the vendor for its own acts or omissions or those of its employees or anyone else acting on its behalf. However, this exclusion does not apply to:

(1) The exceptions contained in Subparagraph d. or f.; or

(2) Such inspections, adjustments, tests or servicing as the vendor has agreed to make or normally undertakes to make in the usual course of business, in connection with the distribution or sale of the products.

2. This insurance does not apply to any insured person or organization from whom you have acquired such products, or any ingredient, part or container entering into, accompanying or containing such products.

C. With respect to the insurance afforded to these vendors, the following is added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

If coverage provided to the vendor is required by a contract or agreement, the most we will pay on behalf of the vendor is the amount of insurance:

1. Required by the contract or agreement; or

2. Available under the applicable Limits Of Insurance shown in the Declarations;

whichever is less.

This endorsement shall not increase the applicable Limits Of Insurance shown in the Declarations.

© Insurance Services Office, Inc., 2012

**BP 04 47 07 13**

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
BP 04 48 01 06

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON OR ORGANIZATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| City of Santa Monica |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability:**

3. Any person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf in the performance of your ongoing operations or in connection with your premises owned by or rented to you.

© ISO Properties, Inc., 2004

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
**BP 04 48 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# ADDITIONAL INSURED – DESIGNATED PERSON
# OR ORGANIZATION

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Name Of Additional Insured Person(s) Or Organization(s): |
|---|
| City of Los Angeles |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

The following is added to Paragraph **C. Who Is An Insured** in **Section II – Liability:**

**3.** Any person(s) or organization(s) shown in the Schedule is also an additional insured, but only with respect to liability for "bodily injury", "property damage" or "personal and advertising injury" caused, in whole or in part, by your acts or omissions or the acts or omissions of those acting on your behalf in the performance of your ongoing operations or in connection with your premises owned by or rented to you.

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
BP 04 89 01 10

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

## SCHEDULE

| |
|---|
| **A. Liquor Liability Aggregate Limit:**<br>    $ 2,000,000 |
| **B. Each Common Cause Limit:**<br>    $ 1,000,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |

**Section II – Liability** is amended as follows:

**A.** The insurance provided under Paragraph **A.1. Business Liability** also applies to all "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages.

**B.** For the insurance provided by this endorsement only, Paragraph **B. Exclusions** is amended as follows:

**1.** Paragraph **1. Applicable To Business Liability Coverages,** other than Exclusions **a. Expected Or Intended Injury, d. Workers' Compensation And Similar Laws** and **e. Employer's Liability,** does not apply.

**2.** The following exclusions are added:

This insurance does not apply to:

**a.** "Bodily injury" or "property damage" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

**b.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnities may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

**c.** Any "bodily injury" or "property damage" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the Limits of Insurance.

This exclusion does not apply if the other insurance responds to liability for "bodily injury" or "property damage" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**C.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

**D. Liability And Medical Expenses Limits Of Insurance**

**5.** The Liquor Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" as the result of the selling, serving or furnishing of alcoholic beverages.

6. Subject to the Liquor Liability Aggregate Limit, the Each Common Cause Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of alcoholic beverages to any one person.

Neither the Liability And Medical Expenses Limit of Insurance shown in the Declarations nor its aggregate limits apply to damages arising out of the selling, serving or furnishing of alcoholic beverages.

© Insurance Services Office, Inc., 2009

BP 04 89 01 10   □

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
**BP 04 97 01 06**

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WAIVER OF TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

**SCHEDULE**

| Name Of Person Or Organization: |
|---|
| The City of Santa Monica |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

Paragraph **K. Transfer Of Rights Of Recovery Against Others To Us in Section III – Common Policy Conditions** is amended by the addition of the following:

We waive any right of recovery we may have against the person or organization shown in the Schedule above because of payments we make for injury or damage arising out of your ongoing operations or "your work" done under a contract with that person or organization and included in the "products-completed operations hazard". This waiver applies only to the person or organization shown in the Schedule above.

BP 04 97 01 06                    © ISO Properties, Inc.,  2004                    Page 1 of 1        □

BUSINESSOWNERS
BP 05 01 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALCULATION OF PREMIUM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following is added:

The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation, or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

© ISO Properties, Inc.,  2001

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

**SCHEDULE**

| SCHEDULE – PART I | |
|---|---|
| Terrorism Premium (Certified Acts) | $1,807.00 |
| **Additional information, if any, concerning the terrorism premium:** | |

| SCHEDULE – PART II |
|---|
| **Federal share of terrorism losses**    80 %   Year: 2020 |
| (Refer to Paragraph **B.** in this endorsement.) |
| **Federal share of terrorism losses**    %   Year: 2021 |
| (Refer to Paragraph **B.** in this endorsement.) |

| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. |
|---|

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**BP 05 15 01 15**                    © Insurance Services Office, Inc., 2015                    **Page 1 of 2**

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015            **BP 05 15 01 15**

BUSINESSOWNERS
BP 05 23 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Policy and apply to Property and Liability Coverages:

**A. CAP ON CERTIFIED TERRORISM LOSSES**

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for loss or injury or damage that is otherwise excluded under this Policy.

BP 05 23 01 15 © Insurance Services Office, Inc., 2015 **Page 1 of 1**

BUSINESSOWNERS
BP 05 38 01 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property exceeds $25,000,000 (valued in U.S. dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

5. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

1. For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Form to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage" or "personal and advertising injury" as may be defined in any applicable Coverage Form.

© Insurance Services Office, Inc., 2015

2. "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   a. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

   b. The act resulted in damage:

      **(1)** Within the United States (including its territories and possessions and Puerto Rico); or

      **(2)** Outside of the United States in the case of:

         **(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

         **(b)** The premises of any United States mission; and

   c. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

3. "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

   Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

C. The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

D. If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015   **BP 05 38 01 15**

BUSINESSOWNERS
BP 05 42 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF PUNITIVE DAMAGES RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

The following provisions are added to the Businessowners Liability Coverage Form **BP 00 06** and **Section II – Liability** of the Businessowners Coverage Form **BP 00 03:**

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Policy.

© Insurance Services Office, Inc., 2015

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 06 86 05 17**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# CALIFORNIA – HIRED AUTO AND NON-OWNED AUTO LIABILITY

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| Coverage | Additional Premium |
|---|---|
| A.  Hired Auto Liability | $ $75.00 |
| B.  Non-owned Auto Liability | $ $448.00 |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** Insurance is provided only for those coverages for which a specific premium charge is shown in the Declarations or in the Schedule.

**1. Hired Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability in Section II – Liability** applies to "bodily injury" or "property damage" arising out of the maintenance or use of a "hired auto" by you or your "employees" in the course of your business.

**2. Non-owned Auto Liability**

The insurance provided under Paragraph **A.1. Business Liability in Section II – Liability** applies to "bodily injury" or "property damage" arising out of the use of any "non-owned auto" in your business by any person.

**B.** For insurance provided by this endorsement only:

**1.** The exclusions under Paragraph **B.1. Applicable To Business Liability Coverage** in Section II – Liability, other than Exclusions **a., b., d., f.** and **i.** and the Nuclear Energy Liability Exclusion, are deleted and replaced by the following:

**a.** "Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

© Insurance Services Office, Inc., 2016

(2) To any obligation to share damages with or repay someone else who must pay damages because of injury.

This exclusion does not apply to:

(1) Liability assumed by the insured under an "insured contract"; or

(2) "Bodily injury" arising out of and in the course of domestic employment by the insured unless benefits for such injury are in whole or in part either payable or required to be provided under any workers' compensation law.

**b.** "Property damage" to:

(1) Property owned or being transported by, or rented or loaned to the insured; or

(2) Property in the care, custody or control of the insured.

2. Paragraph **C. Who Is An Insured** in **Section II – Liability** is replaced by the following:

**1.** Each of the following is an insured under this endorsement to the extent set forth below:

**a.** You;

**b.** Any other person using a "hired auto" with your permission;

**c.** For a "non-owned auto":

(1) Any partner or "executive officer" of yours; or

(2) Any "employee" of yours;

but only while such "non-owned auto" is being used in your business; and

**d.** Any other person or organization, but only for their liability because of acts or omissions of an insured under **a., b.** or **c.** above.

**2.** None of the following is an insured:

**a.** Any person engaged in the business of his or her employer for "bodily injury" to any co-"employee" of such person injured in the course of employment, or to the spouse, child, parent, brother or sister of that co-"employee" as a consequence of such "bodily injury", or for any obligation to share damages with or repay someone else who must pay damages because of the injury;

**b.** Any partner or "executive officer" for any "auto" owned by such partner or officer or a member of his or her household;

**c.** Any person while employed in or otherwise engaged in duties in connection with an "auto business", other than an "auto business" you operate;

**d.** The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" or any agent or "employee" of any such owner or lessee; or

**e.** Any person or organization for the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

**C.** For the purposes of this endorsement only, Paragraph **H. Other Insurance** in **Section III – Common Policy Conditions** is replaced by the following:

This insurance is excess over any primary insurance covering the "hired auto" or "non-owned auto".

**D.** The following additional definitions apply:

**1.** "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos".

**2.** "Hired auto" means any "auto" you lease, hire, rent or borrow. This does not include any "auto" you lease, hire, rent or borrow from any of your "employees", your partners or your "executive officers" or members of their households.

**3.** "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow which is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or members of their households, but only while used in your business or your personal affairs.

© Insurance Services Office, Inc., 2016

BP 06 86 05 17

BUSINESSOWNER'S

BP 99 01 01 13

---

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# RESTAURANTS

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

Any references in the ISO Businessowner's manual or ISO forms, as adopted and modified by GUARD, that refer to the ISO Restaurants Endorsement BP 07 78 will apply to this form.

**A.** The following are added to Paragraph **A.5. Additional Coverages** of Section I – Property:

**a. Reward Payment**

**(1)** We will reimburse you for rewards paid as follows:

**(a)** Up to $5,000 to an eligible person for information leading to the arrest and conviction of any person or persons committing a crime resulting in loss of or damage to Covered Property from a Covered Cause of Loss. However, we will pay no more than the lesser of the following amounts:

**(i)** Actual cash value of the Covered Property at the time of loss or damage, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the Covered Property under the Loss Payment Condition.

**(b)** Up to $5,000 to an eligible person for the return of stolen Covered Property, when the loss is caused by theft. However, we will pay no more than the lesser of the following amounts:

**(i)** Actual cash value based on the condition of the Covered Property at the time it is returned, but not more than the amount required to repair or replace it; or

**(ii)** The amount determined by the loss settlement procedure applicable to the returned Covered Property under the Loss Payment Condition.

**(2)** This Additional Coverage applies subject to the following conditions:

**(a)** An eligible person means that person designated by a law enforcement agency as being the first to voluntarily provide the information leading to the arrest and conviction or return of the stolen Covered Property, and who is not:

**(i)** You or any family member;

**(ii)** Your employee or any of his or her family members;

**(iii)** An employee of a law enforcement agency;

**(iv)** An employee of a business engaged in property protection;

**(v)** Any person who had custody of the Covered Property at the time the theft was committed; or

**(vi)** Any person involved in the crime.

**(b)** No reward will be reimbursed unless and until the person(s) committing the crime is (are) convicted or the Covered Property is returned.

**(c)** The lesser of the amount of the reward or $5,000 is the most we will reimburse for loss under this Additional Coverage in any one occurrence.

**b. Brands And Labels**

**(1)** If branded or labeled merchandise that is Covered Property is damaged by a Covered Cause of Loss, we may take all or any part of the property at an agreed or appraised value. If so, you may:

**(a)** Stamp the word salvage on the merchandise or its containers, if the stamp will not physically damage the merchandise; or

**(b)** Remove the brands or labels, if doing so will not physically damage the merchandise. You must relabel the merchandise or its containers to comply with the law.

---

**BUSINESSOWNER'S - Restaurant Endorsement**

(2) We will pay reasonable costs you incur to perform the activity described in Paragraph **(a)** or **(b)** above. But the total we pay for these costs and the value of the damaged property will not exceed the applicable Limit of Insurance on such property.

**c. Ordinance Or Law – Equipment Coverage**

(1) Subject to Paragraph **(2)**, if a Covered Cause of Loss occurs to equipment that is Covered Property, we will pay to repair or replace the equipment as required by law.

(2) If a Covered Cause of Loss occurs to refrigeration equipment that is Covered Property, we will pay:

(a) The cost to reclaim the refrigerant as required by law;

(b) The cost to retrofit the equipment to use a non-CFC refrigerant as required by the Clean Air Act of 1990, and any amendments thereto or any other similar laws; and

(c) The increased cost to recharge the system with a non-CFC refrigerant.

(3) The terms of this coverage apply separately to each piece of covered equipment.

(4) We will not pay under this Additional Coverage for the costs associated with the enforcement of any ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungi", wet rot or dry rot.

(5) Loss to the equipment will be determined as follows:

(a) If the equipment is repaired or replaced, on the same or another premises, we will not pay more than the lesser of:

(i) The amount you actually spend to repair the equipment, but not for more than the amount it would cost to replace the equipment with equipment of the same kind and quality; or

(ii) The Limit of Insurance shown in the Declarations as applicable to the covered Building or Business Personal Property.

(b) If the equipment is not repaired or replaced, we will not pay more than the lesser of:

(i) The actual cash value of the equipment at the time of loss; or

(ii) The Limit of Insurance shown in the Declarations as applicable to the Building or Business Personal Property.

(c) We will not pay for loss due to any ordinance or law that:

(i) You were required to comply with before the loss, even if the equipment was undamaged; and

(ii) You failed to comply with.

**d. Lock Replacement**

(1) We will pay for the cost to repair or replace locks at the described premises due to theft or other loss to keys.

(2) The most we will pay under this Additional Coverage for all loss or damage in any one occurrence is $1,000.

(3) A per occurrence deductible of $100 will apply.

**e. Spoilage Coverage**

If endorsement BP 99 72 Spoilage Coverage is attached to the policy, this coverage does not apply to those buildings for which a limit of insurance is scheduled on the Spoilage Coverage endorsement.

(1) We will pay for the loss of "perishable stock" caused by:

(a) A change in temperature or humidity resulting from mechanical breakdown or failure of refrigeration, cooling or humidity control apparatus or equipment, only while such apparatus or equipment is at the described premises;

(b) Contamination by a refrigerant; and

(c) Power outage, meaning change in temperature or humidity resulting from complete or partial interruption of electrical power, either on or off the described premises, due to conditions beyond your control.

(2) The most we will pay for loss in any one occurrence under this Additional Coverage is $10,000 at each described premises.

(3) The value of the "perishable stock" will be the actual cash value, as if no loss or damage had occurred.

---

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.       **BP 99 01 01 13**

**BUSINESSOWNER'S - Restaurant Endorsement**

(4) We will not pay for spoilage caused directly or indirectly by any of the following. Such spoilage is excluded from coverage regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

(a) Earth movement;

(b) Governmental action;

(c) Nuclear hazard;

(d) War and military action;

(e) Water;

(f) The disconnection of any refrigerating, cooling or humidity control system from the source of power;

(g) The deactivation of electrical power caused by the manipulation of any switch or other device used to control the flow of electrical power or current;

(h) The purposeful and/or preemptive disconnection or deactivation of electrical power by an electrical utility.

(i) The inability of an electrical utility company or other power source to provide sufficient power due to:

(i) Lack of fuel; or

(ii) Governmental order;

(j) The inability of a power source at the described premises to provide sufficient power due to lack of generating capacity to meet demand; and

(k) Breaking of any glass that is a permanent part of any refrigerating, cooling or humidity control unit.

Exclusions (a) through (e) above shall have the same meaning as the Exclusions bearing those headings in Paragraph **B. Exclusions** under **Section I - Property** of the Businessowner's Coverage Form (BP 00 03). The full text of those Exclusions is expressly incorporated by reference into this paragraph.

(5) We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of that deductible, up to the applicable Limit of Insurance. No other deductible in this policy applies to the coverage provided by this Additional Coverage.

(6) You must maintain a refrigeration maintenance or service agreement. If you voluntarily terminate this agreement and do not notify us within 10 days, the spoilage coverage provided under Paragraphs (1)(a) and (1)(b) will be automatically suspended at the involved location.

However, coverage provided under Paragraphs (1)(a) and (1)(b) is restored upon:

(1) Reinstatement of the applicable refrigeration maintenance or service agreement; or

(2) Procurement of a replacement refrigeration maintenance or service agreement.

A refrigeration maintenance agreement means a written service contract, between you and the refrigeration service organization, which provides for regular periodic inspection of the refrigeration equipment at the insured location, and the servicing and repair of the equipment, including emergency response at the insured location.

**f. Food Contamination**

(1) If your business at the described premises is ordered closed by the Board of Health or any other governmental authority as a result of the discovery or suspicion of "food contamination", we will pay:

(a) Your expense to clean your equipment as required by the Board of Health or any other governmental authority;

(b) Your expense to replace food which is, or is suspected to be, contaminated;

(c) Your expense to provide necessary medical tests or vaccinations for your infected employees. However, we will not pay for any expense that is otherwise covered under a Workers' Compensation Policy;

(d) The loss of Business Income you sustain due to the necessary suspension of your "operations". The coverage for Business Income will begin 24 hours after you receive notice of closing from the Board of Health or any other governmental authority; and

(e) Additional advertising expenses you incur to restore your reputation.

(2) The definition of Business Income in the **Business Income Additional Coverage** also applies to this Food Contamination Additional Coverage.

(3) The most we will pay for all loss in any one occurrence under Paragraphs **(1)(a)** through **(1)(d)**, including Business Income, is $10,000, unless a higher Food Contamination Limit of Insurance is indicated in the Declarations.

The most we will pay for all loss in any one occurrence under Paragraph **(1)(e)** is $3,000, unless a higher Additional Advertising Expenses Limit of Insurance is indicated in the Declarations.

(4) We will not pay any fines or penalties levied against you by the Board of Health or any other governmental authority as a result of the discovery or suspicion of food contamination at the described premises.

(5) With respect to the coverage provided under this Paragraph **f.,** Exclusion **B.1.j. Virus Or Bacteria** in **Section I – Property** does not apply.

**g. Fine Arts Coverage**

(1) We will pay for direct loss of or damage to Fine Arts, whether owned by:

(a) You; or

(b) Others, and in your care, custody or control.

(2) Fine arts includes, but is not limited to, antiques, paintings, etchings, drawings, tapestries, sculptures and fragile property such as porcelains, china and marble.

(3) The most we will pay for loss in any one occurrence under this Additional Coverage is $25,000 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property. The amount payable under this Additional Coverage is additional insurance over the insurance available for Business Personal Property.

(4) The value of fine arts will be the least of the following amounts:

(a) The actual cash value of that property at the time of loss;

(b) The cost of reasonably restoring that property to its condition immediately before loss; or

(c) The cost of replacing that property with substantially identical property.

(5) In the event of loss, the value of property will be determined as of the time of loss.

(6) The following are added to **Paragraph E. Property Loss Conditions** under **Section I – Property:**

(a) In case of covered loss to a Fine Arts to any part of a pair or set we will:

(i) Repair or replace any part to restore the pair or set to its value before the loss; or

(ii) Pay the difference between the value of the pair or set before and after the loss.

(b) You must arrange for Fine Arts to be packed and unpacked by competent packers.

**h. Credit Card Slips**

We will pay for amounts you are unable to collect due to loss of or damage to credit card slips while located at the described premises as the result of a Covered Cause of Loss.

It is your responsibility to establish the amount of the loss under this Additional Coverage. If it is not possible, the amount of the loss will be determined as follows:

(1) If you have been in business for more than twelve months at the location of the loss, one-thirtieth (1/30) of the average monthly amount of credit card slips will be considered as average daily credit card slips for that location.

The twelve months immediately preceding the discovery of the loss will be used to determine the average monthly amount.

(2) If you have been in business for less than twelve months at the location of the loss, the average daily credit card slips shall be one-thirtieth (1/30) of the average monthly amount of credit card slips for the number of months you have been in business at that location.

(3) The average daily credit card slips will be multiplied by the number of days for which slips are lost to determine the amount of the loss subject to the maximum limit indicated below.

The most we will pay as a result of loss or damage to credit card slips under this Additional Coverage during each policy period is $10,000.

**B.** If the Employee Dishonesty Optional Coverage is shown as an applicable coverage in the Declarations, the following is added to Paragraph **3. Employee Dishonesty** of Paragraph **G. Optional Coverages** of **Section I – Property** and is subject to the provisions of that Paragraph:

**BUSINESSOWNER'S - Restaurant Endorsement**

**3. Employee Dishonesty**

We will also pay for loss of or damage to "money", "securities" and "other property" sustained by your customer resulting directly from theft committed by an identified employee, acting alone or in collusion with other persons.

The property covered under this coverage is limited to property:

**a.** That your customer owns or leases; or

**b.** That your customer holds for others.

Coverage applies only while the property is in a Covered Building at the premises described in the Declarations.

However, this insurance is for your benefit only. It provides no rights or benefits to any other person or organization, including your customer. Any claim for loss that is covered under this coverage must be presented by you.

**C.** For coverage provided under this endorsement the following definitions are added to Paragraph **H. Property Definitions** of **Section I – Property:**

**1.** "Food contamination" means an incidence of food poisoning to one or more of your customers as a result of:

**a.** Tainted food you purchased;

**b.** Food which has been improperly stored, handled or prepared; or

**c.** A communicable disease transmitted through one or more of your employees.

**2.** "Other property" means any tangible property other than "money" and "securities" that has intrinsic value but does not include any property specifically excluded under this policy.

**3.** "Perishable stock" means property:

**a.** Maintained under controlled temperature or humidity conditions for its preservation; and

**b.** Susceptible to loss or damage if the controlled temperature or humidity conditions change.

**D.** The following are added to Paragraph **A. Coverages** of **Section II – Liability:**

**1. Delivery Errors And Omissions Coverage**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of a failure to deliver or a misdelivery of items you hold for sale by you, any of your "employees" or by a concessionaire trading under your name. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for delivery errors and omissions to which this insurance does not apply. We may, at our discretion, investigate the circumstances of any misdelivery or failure to deliver and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Paragraph **1.e.** below;

**(2)** We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250. We will then pay the amount of loss or damage in excess of $250 up to the applicable Limit of Insurance for this coverage; and

**(3)** Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements under this Delivery Errors And Omissions Coverage.

**b.** This coverage applies only to errors in deliveries that take place or omissions of such deliveries that should have taken place in the "coverage territory" and during the policy period.

**c.** This coverage does not apply to:

**(1)** Intentional error or intentional misdelivery or failure to deliver "your product".

**(2)** "Bodily injury", "property damage" or "personal and advertising injury".

**(3)** Discrimination based on a customer's race, color, national origin, religion, gender, marital status, age, sexual orientation or preference, physical or mental condition or residence location.

**d.** The **Supplementary Payments** provision applicable to the Bodily Injury, Property Damage, and Personal And Advertising Injury Liability Coverages also applies to this **Delivery Errors And Omissions Coverage.**

**BUSINESSOWNER'S - Restaurant Endorsement**

e. The most we will pay for the sum of all damages under this coverage because of all failures or misdeliveries is $10,000 in any annual period starting with the beginning of the policy period shown in the Declarations. This limit applies separately to each premises described in the Declarations.

f. The following Condition replaces the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition under Paragraph **E. Liability And Medical Expenses General Conditions** of **Section II – Liability** for the **Delivery Errors Or Omissions Coverage:**

**Duties In The Event Of A Delivery Error Or Omission**

(1) You must see to it that we are notified as soon as practicable of an error or omission which may result in a claim. To the extent possible, notice should include:

(a) How, when and where the error or omission took place; and

(b) The name(s) and address(es) of the affected customer(s).

(2) If a claim is made or "suit" is brought against any insured, you must:

(a) Immediately record the specifics of the claim or "suit" and the date received; and

(b) Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

(3) You and any other involved insured must:

(a) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

(b) Authorize us to obtain records and other information;

(c) Cooperate with us in our investigation or settlement of the claim or defense against the "suit"; and

(d) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of error or omission to which this insurance may apply.

(4) No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

2. **Merchandise Withdrawal Expenses Coverage**

a. We will reimburse you for "merchandise withdrawal expenses" incurred because of "merchandise withdrawal" to which this insurance applies.

b. This insurance applies to a "merchandise withdrawal" only if the "merchandise withdrawal" is initiated in the "coverage territory" during the policy period because:

(1) You determine that the "merchandise withdrawal" is necessary; or

(2) An authorized government entity has ordered you to conduct a "merchandise withdrawal".

c. The initiation of a "merchandise withdrawal" will be deemed to have been made only at the earliest of the following times:

(1) When you first announced, in any manner, to the general public, your vendors or to your "employees" (other than those "employees" directly involved in making the determination) your decision to conduct or participate in a "merchandise withdrawal". This applies regardless of whether the determination to conduct a "merchandise withdrawal" is made by you or is requested by a third party; or

(2) When you first received, either orally or in writing, notification of an order from an authorized government entity to conduct a "merchandise withdrawal".

d. "Merchandise withdrawal expenses" incurred to withdraw "your products" which contain the same or substantially similar "defects" will be deemed to have arisen out of the same "merchandise withdrawal".

e. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds $250. We will then pay the amount of loss or damage in excess of $250 up to the applicable Limit of Insurance for this coverage.

f. This insurance does not apply to "merchandise withdrawal expense" arising out of:

(1) Any "merchandise withdrawal" initiated due to:

(a) The failure of "your product" to accomplish its intended purpose, including any breach of warranty of any kind, whether written or implied. This exclusion does not apply if such failure has caused or is reasonably expected to cause "bodily injury".

---

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.   **BP 99 01 01 13**

**BUSINESSOWNER'S - Restaurant Endorsement**

**(b)** Copyright, patent, trade secret, trade dress or trademark infringement.

**(c)** Transformation of a chemical nature, deterioration, or decomposition of "your product". This exclusion does not apply if it is caused by:

   **(i)** An error in manufacturing, design, or processing;

   **(ii)** Transportation of "your product"; or

   **(iii)** "Merchandise tampering".

**(d)** Expiration of the designated shelf life of "your product"; or

**(2)** A "defect" in "your product" known to exist by you or your "executive officers", prior to the date this endorsement was first issued to you or prior to the time "your product" leaves your control or possession.

**(3)** Recall of any specific product for which "bodily injury" or "property damage" is excluded under Paragraph **A. Coverages** of **Section II – Liability** by endorsement.

**(4)** Recall when "your product" or a component contained within "your product" has been:

   **(a)** Banned from the market by an authorized government entity prior to the policy period; or

   **(b)** Distributed or sold by you subsequent to any governmental ban.

**(5)** The defense of a claim or "suit" against you for liability arising out of a "merchandise withdrawal".

**(6)** The costs of regaining goodwill, market share, revenue or "profit" or the costs of redesigning "your product".

**g.** The most we will reimburse you for the sum of all "merchandise withdrawal expenses" incurred for all "merchandise withdrawals" initiated during the policy period is $25,000.

**h.** The following Condition replaces the **Duties In The Event Of Occurrence, Offense, Claim Or Suit** Condition under Paragraph **E. Liability And Medical Expenses General Conditions** of **Section II – Liability** for the **Merchandise Withdrawal Expenses Coverage:**

**Duties In The Event Of A Defect Or A Merchandise Withdrawal**

**(1)** You must see to it that we are notified as soon as practicable of any actual, suspected or threatened "defect" in "your product" or any governmental investigation, that may result in a "merchandise withdrawal". To the extent possible, notice should include:

**(a)** How, when and where the "defect" was discovered;

**(b)** The names and addresses of any injured persons and witnesses; and

**(c)** The nature, location and circumstances of any injury or damage arising out of use or consumption of "your product".

**(2)** If a "merchandise withdrawal" is initiated, you must:

**(a)** Immediately record the specifics of the "merchandise withdrawal" and the date it was initiated; and

**(b)** Notify us as soon as practicable.

You must see to it that we receive written notice of the "merchandise withdrawal" as soon as practicable.

**(3)** You must promptly take all reasonable steps to mitigate the expenses associated with a "merchandise withdrawal". Any "profit" that you receive from mitigating the expenses will be deducted from the amount of reimbursement that you will receive for "merchandise withdrawal expenses".

**(4)** You and any other involved insured must:

**(a)** Immediately send us copies of pertinent correspondence received in connection with the "merchandise withdrawal";

**(b)** Authorize us to obtain records and other information; and

**(c)** Cooperate with us in our investigation of the "merchandise withdrawal".

**E.** For coverage provided under this endorsement the following definitions are added to Paragraph **F. Liability And Medical Expenses Definitions** of **Section II – Liability:**

**1.** "Defect" means a defect, deficiency or inadequacy that creates a dangerous condition.

**2.** "Merchandise tampering" is an act of intentional alteration of "your product" which has caused or is reasonably expected to cause "bodily injury".

When "merchandise tampering" is known, suspected or threatened, a "merchandise withdrawal" will be limited to those batches of "your product" which are known or suspected to have been tampered with.

**3.** "Merchandise withdrawal" means the recall or withdrawal:

**a.** From the market; or

**b.** From use by any other person or organization;

**BUSINESSOWNER'S - Restaurant Endorsement**

of "your products" or products which contain "your products", because of known or suspected "defects" in "your product", or known or suspected "product tampering", which has caused or is reasonably expected to cause "bodily injury".

4. "Merchandise withdrawal expenses" means those reasonable and necessary extra expenses listed below, paid and directly related to a "merchandise withdrawal":

a. Costs of notification;

b. Costs of stationery, envelopes, production of announcements and postage or facsimiles;

c. Costs of overtime paid to your regular non-salaried employees and costs incurred by your employees including costs of transportation and accommodations;

d. Costs of computer time;

e. Costs of hiring independent contractors and other temporary employees;

f. Costs of transportation, shipping or packaging;

g. Costs of warehouse or storage space; or

h. Costs of proper disposal of "your products" or products that contain "your products" that cannot be reused, not exceeding your purchase price or your cost to produce the products.

5. "Profit" means the positive gain from business operation after subtracting for all expenses.

F. With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed in conjunction with the conduct of your restaurant operation, when conducted by you or on your behalf, Paragraph **a.** of the definition of "products-completed operations hazard" in Paragraph **F. Liability And Medical Expenses Definitions** of **Section II – Liability** is replaced by the following:

"Products-completed operations hazard":

a: Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

---

 Includes copyrighted material of the Insurance Services Office, Inc., used with its permission. **BP 99 01 01 13**

BUSINESSOWNER'S
BP 99 04 01 10

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EQUIPMENT BREAKDOWN COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

**A.** The following is added to **Paragraph A.3.** <u>Covered Causes of Loss</u> in **SECTION I – PROPERTY**:

**Additional Coverage– Equipment Breakdown**
The term Covered Cause of Loss includes the Additional Coverage Equipment Breakdown as described and limited below.

**1.** We will pay for direct physical damage to Covered Property that is the direct result of an "accident." As used in this Additional Coverage, "accident" means a fortuitous event that causes direct physical damage to "covered equipment." The event must be one of the following:

   **a.** mechanical breakdown, including rupture or bursting caused by centrifugal force;

   **b.** artificially generated electrical, magnetic or electromagnetic energy, including electric arcing, that damages, disturbs, disrupts or otherwise interferes with any electrical or electronic wire, device, appliance, system or network;

   **c.** explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control;

   **d.** loss or damage to steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment; or

   **e.** loss or damage to hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment.

**2.** Unless otherwise shown in a Schedule, the following coverages also apply to the direct result of an "accident." These coverages do not provide additional amounts of insurance.

   **a. Expediting Expenses**
   With respect to your damaged Covered Property, we will pay the reasonable extra cost to:
   **(1)** make temporary repairs; and
   **(2)** expedite permanent repairs or permanent replacement.
   The most we will pay for loss or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

   **b. Hazardous Substances**
   We will pay for the additional cost to repair or replace Covered Property because of contamination by a "hazardous substance." This includes the additional expenses to clean up or dispose of such property.

   This does not include contamination of "perishable goods" by refrigerant, including but not limited to ammonia, which is addressed in **2.c.(1)(b)** below. As used in this coverage, additional costs mean those beyond what would have been payable under this Equipment Breakdown Coverage had no "hazardous substance" been involved.

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

The most we will pay for loss, damage or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

c. **Spoilage**
   (1) We will pay:
      (a) for physical damage to "perishable goods" due to spoilage;
      (b) for physical damage to "perishable goods" due to contamination from the release of refrigerant, including but not limited to ammonia;
      (c) any necessary expenses you incur to reduce the amount of loss under this coverage to the extent that they do not exceed the amount of loss that otherwise would have been payable under this coverage.
   (2) If you are unable to replace the "perishable goods" before its anticipated sale, the amount of our payment will be determined on the basis of the sales price of the "perishable goods" at the time of the "accident," less discounts and expenses you otherwise would have had. Otherwise our payment will be determined in accordance with the Loss Payment condition.

The most we will pay for loss, damage or expense under this coverage is $25,000 unless otherwise shown in a Schedule.

d. **Data Restoration**
   We will pay for your reasonable and necessary cost to research, replace and restore lost "electronic data."

The most we will pay for loss or expense under this coverage, including actual loss of Business Income you sustain and necessary Extra Expense you incur, is $25,000 unless otherwise shown in a Schedule.

e. **Service Interruption**
   (1) Any insurance provided for Business Income, Extra Expense or Spoilage is extended to apply to your loss, damage or expense caused by the interruption of utility services. The interruption must result from an "accident" to equipment, including overhead transmission lines, that is owned by a utility, landlord, a landlord's utility or other supplier who provides you with any of the following services: electrical power, waste disposal, air conditioning, refrigeration, heating, natural gas, compressed air, water, steam, internet access, telecommunications services, wide area networks or data transmission. The equipment must meet the definition of "covered equipment" except that it is not Covered Property.

   (2) Unless otherwise shown in a Schedule, coverage for any loss of Business Income you sustain that results from the interruption of utility services will not apply unless the failure or disruption of service exceeds 24 hours immediately following the "accident." If the interruption exceeds 24 hours, coverage will begin at the time of the interruption and the deductible applicable to Business Income will apply.

   (3) The most we will pay in any "one accident" for loss, damage or expense under this coverage is the applicable limit for Business Income, Extra Expense or Spoilage, except that if a limit is shown in a Schedule for Service Interruption, that limit will apply to Business Income and Extra Expense loss under this coverage.

f. **Business Income and Extra Expense**
   Any insurance provided under this policy for Business Income or Extra Expense is extended to the coverage provided by this endorsement. However, if a deductible is shown in a Schedule, then as respects Equipment Breakdown coverage, the "period of restoration" will begin immediately after the "accident," and the deductible shown in the Schedule will apply.

The most we will pay for loss or expense under this coverage is the applicable limit for Business Income and Extra Expense, unless otherwise shown in a Schedule.

**B.** The following is added to **Paragraph B. Exclusions:**

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

**Equipment Breakdown Exclusions**
All exclusions in the Businessowners Coverage Form apply except as modified below and to the extent that coverage is specifically provided by this Additional Coverage Equipment Breakdown.

1. The following exclusions are modified:
   a. As respects this endorsement only, the next to the last paragraph in **Exclusion B.1.h.** is deleted and replaced with the following:
      However, if excluded loss or damage, as described in **Paragraph (1)** above results in an "accident," we will pay only for the loss, damage or expense caused by such "accident."

   b. As respects this endorsement only, the last paragraph of **Exclusion B.2.I.** is deleted and replaced with the following:
      But if an excluded cause of loss that is listed in 2.I.(1) through (7) results in an "accident," we will pay for the loss, damage or expense caused by that "accident."

   c. The following is added to **Exclusions B.2.m. and B.2.n.**:
      We will also pay for direct physical loss or damage caused by an "accident."

2. The following exclusions are added:
   a. We will not pay for loss, damage or expense caused by or resulting from:
      (1) a hydrostatic, pneumatic or gas pressure test of any boiler or pressure vessel, or an electrical insulation breakdown test of any type of electrical equipment; or
      (2) any of the following:
         (a) defect, programming error, programming limitation, computer virus, malicious code, loss of data, loss of access, loss of use, loss of functionality or other condition within or involving "electronic data" of any kind; or
         (b) misalignment, miscalibration, tripping off-line, or any condition which can be corrected by resetting, tightening, adjusting or cleaning, or by the performance of maintenance.
      However, if an "accident" results, we will pay for the resulting loss, damage or expense caused by that "accident."

   b. With respect to Service Interruption coverage, we will also not pay for an "accident" caused by or resulting from: fire; lightning; windstorm or hail; explosion (except as specifically provided in A.1.c. above); smoke; aircraft or vehicles; riot or civil commotion; vandalism; sprinkler leakage; falling objects; weight of snow, ice or sleet; freezing; collapse; flood or earth movement.

   c. With respect to Business Income, Extra Expense and Service Interruption coverages, we will also not pay for:
      (1) loss caused by your failure to use due diligence and dispatch and all reasonable means to resume business; or

      (2) any increase in loss resulting from an agreement between you and your customer or supplier.

**C. Deductibles**
The deductible in the Declarations applies unless a separate Equipment Breakdown deductible is shown in a Schedule. If a separate Equipment Breakdown deductible is shown, the following applies.

Only as regards Equipment Breakdown Coverage, provision **D. Deductibles** is deleted and replaced with the following:
1. **Deductibles for Each Coverage**

   a. Unless the Schedule indicates that your deductible is combined for all coverages, multiple deductibles may apply to any "one accident."

   b. We will not pay for loss, damage or expense under any coverage until the amount of the covered loss, damage or expense exceeds the deductible amount indicated for that coverage in the Schedule. We will then

---

BP 99 04 01 10          Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.          **Page 3 of 6**

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

pay the amount of loss, damage or expense in excess of the applicable deductible amount, subject to the applicable limit.

**c.** If deductibles vary by type of "covered equipment" and more than one type of "covered equipment" is involved in any "one accident," only the highest deductible for each coverage will apply.

**2.** **Direct and Indirect Coverages**

**a.** Direct Coverages Deductibles and Indirect Coverages Deductibles may be indicated in the Schedule.

**b.** Unless more specifically indicated in the Schedule:
   **(1)** Indirect Coverages Deductibles apply to Business Income and Extra Expense loss; and
   **(2)** Direct Coverages Deductibles apply to all remaining loss, damage or expense covered by this endorsement.

**3.** **Application of Deductibles**

**a.** **Dollar Deductibles**
   We will not pay for loss, damage or expense resulting from any "one accident" until the amount of loss, damage or expense exceeds the applicable Deductible shown in the Schedule. We will then pay the amount of loss, damage or expense in excess of the applicable Deductible or Deductibles, up to the applicable Limit of Insurance.

**b.** **Time Deductible**
   If a time deductible is shown in the Schedule, we will not be liable for any loss occurring during the specified number of hours or days immediately following the "accident." If a time deductible is expressed in days, each day shall mean twenty-four consecutive hours.

**c.** **Multiple of Average Daily Value (ADV)**
   If a deductible is expressed as a number times ADV, that amount will be calculated as follows:
   The ADV (Average Daily Value) will be the Business Income (as defined in any Business Income coverage that is part of this policy) that would have been earned during the period of interruption of business had no "accident" occurred, divided by the number of working days in that period. No reduction shall be made for the Business Income not being earned, or in the number of working days, because of the "accident" or any other scheduled or unscheduled shutdowns during the period of interruption. The ADV applies to the Business Income value of the entire location, whether or not the loss affects the entire location. If more than one location is included in the valuation of the loss, the ADV will be the combined value of all affected locations. For purposes of this calculation, the period of interruption may not extend beyond the "period of restoration". The number indicated in the Schedule will be multiplied by the ADV as determined above. The result shall be used as the applicable deductible.

**d.** **Percentage of Loss Deductibles**
   If a deductible is expressed as a percentage of loss, we will not be liable for the indicated percentage of the gross amount of loss, damage or expense (prior to any applicable deductible or coinsurance) insured under the applicable coverage. If the dollar amount of such percentage is less than the indicated minimum deductible, the minimum deductible will be the applicable deductible.

**D. Conditions**
The following conditions are in addition to the Conditions in the Businessowners Coverage Form.

**1.** **Suspension**
   Whenever "covered equipment" is found to be in, or exposed to, a dangerous condition, any of our representatives may immediately suspend the insurance against loss from an "accident" to that "covered equipment." This can be done by mailing or delivering a written notice of suspension to:

**a.** your last known address; or

BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement

    **b.** the address where the "covered equipment" is located.

    Once suspended in this way, your insurance can be reinstated only by an endorsement for that "covered equipment." If we suspend your insurance, you will get a pro rata refund of premium for that "covered equipment" for the period of suspension. But the suspension will be effective even if we have not yet made or offered a refund.

**2.** <u>Jurisdictional Inspections</u>
If any property that is "covered equipment" under this endorsement requires inspection to comply with state or municipal boiler and pressure vessel regulations, we agree to perform such inspection on your behalf. We do not warrant that conditions are safe or healthful.

**3.** <u>Environmental, Safety and Efficiency Improvements</u>
If "covered equipment" requires replacement due to an "accident," we will pay your additional cost to replace with equipment that is better for the environment, safer or more efficient than the equipment being replaced.

However, we will not pay more than 125% of what the cost would have been to replace with like kind and quality. This condition does not increase any of the applicable limits. This condition does not apply to any property to which Actual Cash Value applies.

**4.** <u>Coinsurance</u>
If a coinsurance percentage is shown in a Schedule for specified coverages, the following condition applies.

We will not pay for the full amount of your loss if the applicable limit is less than the product of the specified coinsurance percentage times the value of the property subject to the coverage at the time of the loss. Instead, we will determine what percentage this calculated product is compared to the applicable limit and apply that percentage to the gross amount of loss. We will then subtract the applicable deductible. The resulting amount, or the applicable limit, is the most we will pay. We will not pay for the remainder of the loss. Coinsurance applies separately to each insured location.

**E. The following definitions are added:**
  **1.** "Boilers and vessels" means:

    **a.** Any boiler, including attached steam, condensate and feedwater piping; and

    **b.** Any fired or unfired pressure vessel subject to vacuum or internal pressure other than the static pressure of its contents.

    This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

  **2.** "Covered equipment"

    **a.** "Covered equipment" means, unless otherwise specified in a Schedule, Covered Property:
      **(1)** that generates, transmits or utilizes energy, including electronic communications and data processing equipment; or
      **(2)** which, during normal usage, operates under vacuum or pressure, other than the weight of its contents.

    **b.** None of the following is "covered equipment":
      **(1)** structure, foundation, cabinet, compartment or air supported structure or building;
      **(2)** insulating or refractory material;
      **(3)** sewer piping, buried vessels or piping, or piping forming a part of a sprinkler or fire suppression system;
      **(4)** water piping other than boiler feedwater piping, boiler condensate return piping or water piping forming a part of a refrigerating or air conditioning system;
      **(5)** "vehicle" or any equipment mounted on a "vehicle";
      **(6)** satellite, spacecraft or any equipment mounted on a satellite or spacecraft;
      **(7)** dragline, excavation or construction equipment; or
      **(8)** equipment manufactured by you for sale.

**BUSINESSOWNER'S – Equipment Breakdown Coverage Endorsement**

3. "Hazardous substance" means any substance that is hazardous to health or has been declared to be hazardous to health by a governmental agency.

4. "One accident" means: If an initial "accident" causes other "accidents," all will be considered "one accident." All "accidents" that are the result of the same event will be considered "one accident."

5. "Perishable goods" means personal property maintained under controlled conditions for its preservation, and susceptible to loss or damage if the controlled conditions change.

6. "Production machinery" means any machine or apparatus that processes or produces a product intended for eventual sale. This includes all component parts of such machine or apparatus. This term does not appear elsewhere in this endorsement, but may appear in a Schedule.

7. "Vehicle" means, as respects this endorsement only, any machine or apparatus that is used for transportation or moves under its own power. "Vehicle" includes, but is not limited to, car, truck, bus, trailer, train, aircraft, watercraft, forklift, bulldozer, tractor or harvester.

   However, any property that is stationary, permanently installed at a covered location and that receives electrical power from an external power source will not be considered a "vehicle."

The most we will pay for loss, damage or expense under this endorsement arising from any "one accident" is the applicable Limit of Insurance in the Declarations unless otherwise shown in a Schedule. Coverage provided under this endorsement does not provide an additional amount of insurance.

BUSINESSOWNER'S
BP 99 188 06 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# DEDUCTIBLE ENDORSEMENT - PROPERTY

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

Paragraph **D.1. Deductibles** of **SECTION I – PROPERTY** is replaced with the following:

**D.  Deductibles**

1.  We will not pay for loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss as a result of one occurrence until the amount of such loss or damage exceeds the applicable Deductible shown in the Declarations or as set forth below.  We will then pay the amount of such loss or damage in excess of the Deductible up to the applicable Limit of Insurance of **Section 1 - Property**.  In the event of loss or damage to Covered Property caused by or resulting from a Covered Cause of Loss at one or more buildings at the same location, as a result of one occurrence, only the single largest deductible scheduled for loss at such building(s) will apply to all such loss or damage regardless of the number of buildings involved in the loss.  However, this Paragraph **D.1** does not apply to loss or damage from Earthquake or Windstorm or Hail causes of loss.

**EXAMPLES**

**Example 1** - Loss at multiple buildings, same location.

A fire damages Buildings 1 and 2 which results in a spoilage loss at Buildings 3 and 4 due to a power outage from the fire.

| | |
|---|---|
| Property Deductible – Building 1: | $250 |
| Property Deductible – Building 2: | $250 |
| Limit of Insurance – Building 1: | $60,000 |
| Limit of Insurance – Building 2: | $80,000 |
| Loss to Building 1: | $50,100 |
| Loss to Building 2: | $70,000 |

| | |
|---|---|
| Spoilage Deductible – Building 3<br>$500 | : |
| Spoilage Deductible – Building 4<br>$500 | : |
| Spoilage Limit of Insurance – Building 3:<br>$5,000 | |
| Spoilage Limit of Insurance – Building 4:<br>$2,000 | |
| Spoilage loss at Building 3: | $2,500 |
| Spoilage loss at Building 4: | $1,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible and will be subtracted from the total Loss Payable:

```
      $  50,100 – Building 1 loss
  +   $  70,000 – Building 2 loss
  +   $   2,500 – Spoilage loss at Building 3
  +   $   1,500 – Spoilage loss at Building 4
      $ 124,100 – Total loss
  -   $     500 – Largest deductible involved in loss
      $ 123,600 – Total loss payable
```

**Example 2** - Identical loss occurs but only at building 1, no loss at other buildings (same deductibles and limits)

| | |
|---|---|
| Property Deductible – Building 1: | $250 |
| Limit of Insurance – Building 1: | $60,000 |
| Loss to Building 1: | $50,100 |
| Spoilage Loss at Building 1: | $2,500 |

The largest deductible involved in the occurrence was the $500 spoilage deductible for Building 1 and will be subtracted from the total Loss Payable.

```
      $  50,100 - Building 1 loss
  +   $   2,500 - Spoilage loss at Building 1
      $  52,600 - Total Loss at Building 1
  -   $     500 - Largest deductible involved in loss
      $  52,100 - Total loss payable.
```

BUSINESSOWNER S
BP 99 238 06 17

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# PROTECTIVE SAFEGUARDS – FIRE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

### SCHEDULE

| Prem. No. | Bldg. No. | Protective Safeguards Symbols Applicable | Description Of "P-9" If Applicable: |
|---|---|---|---|
| 001 | 001 | P-9G | Automatic Commercial Cooking Extinguishing System (a/k/a Ansul system) |
| 003 | 001 | P-9G | Automatic Commercial Cooking Extinguishing System (a/k/a Ansul system) |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

**A.** The following is added to the **Property General Conditions** in **SECTION I – PROPERTY**:

**Protective Safeguards**

As a condition of this insurance, you are required to:

1. Maintain the protective safeguards listed in the Schedule, and over which you have control, in complete working order;

2. Actively engage and maintain in the "on" position and for "P-2" Automatic Fire Alarms also maintain the connection to a central station or public or private fire alarm station at all times any automatic fire alarm or other automatic system listed in the Schedule; and

3. Notify us if you know of any suspension of or impairment in any protective safeguard listed in the Schedule.

   However, if part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

**B.** The following is added to Paragraph **B. Exclusions** in **SECTION I – PROPERTY**:

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you failed to comply with any condition set forth in Paragraph **A.**

**C.** The protective safeguards to which this endorsement applies are identified by the symbols set forth below:  The term "Automatic" as used herein means that the device in the "on position" is activated by fire or smoke without the need for any further action by you.

**"P-1" Automatic Sprinkler System,** including related supervisory services.

Automatic Sprinkler System means:

   **a.** Any automatic fire protective or extinguishing system, including connected:

   **(1)** Sprinklers and discharge nozzles;

   **(2)** Ducts, pipes, valves and fittings;

   **(3)** Tanks, their component parts and supports; and

   **(4)** Pumps and private fire protection mains.

   **b.** When supplied from an automatic fire protective system:

   **(1)** Non-automatic fire protective systems; and

   **(2)** Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm,** protecting the entire building, that is:

   **a.** Connected to a central station; or

    **b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service,** with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-9G" Automatic Commercial Cooking Extinguishing System (a/k/a Ansul system)** consisting of wet chemical fire extinguishing equipment.

**"P-9",** the protective system described in the Schedule.

BUSINESSOWNER'S
BP 99 332 02 18

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM
ELECTRONIC DATA LIABILITY – BROAD COVERAGE ENDORSEMENT

**A. Section I – Property** is amended as follows:

1. The following is added to Paragraph **A.2. Property Not Covered:**

   a. "Cannabis".

2. Coverage under this Policy does not apply to that part of Business Income loss or Extra Expense incurred due to a suspension of your "operations" which involve the design, manufacture, distribution, sale, serving, furnishing, use or possession of "cannabis".

3. Paragraphs **A.1.** and **A.2.** above do not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

   a. Ingestion;

   b. Inhalation;

   c. Absorption; or

   d. Consumption.

**B.** The following exclusion is added to **Section II – Liability:**

This insurance does not apply to:

1. "Bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

   a. The design, manufacture, distribution, sale, serving, furnishing, use or possession of "cannabis";

   b. The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

2. "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **B.1.** or **B.2.** above.

However, this exclusion does not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

   a. Ingestion;

   b. Inhalation;

   c. Absorption; or

   d. Consumption.

**C.** The following changes apply only to Electronic Data Liability – Broad Coverage Endorsement **BP 05 96** if it is attached to this Policy:

The following exclusion is added to **Section II – Liability:**

This insurance does not apply to:

"Loss of Electronic Data":

1. Arising out of, caused by, or attributable to, whether in whole or in part, the following:

   a. The design, manufacture, distribution, sale, serving, furnishing, use or possession of "cannabis";

   b. The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

2. With respect to any "electronic data" that is used in the design, manufacture, distribution, sale, serving, furnishing, use or possession of "cannabis".

**BUSINESSOWNER'S – Cannabis Exclusion**

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "electronic data incident" which caused the "loss of electronic data" involved that which is described in Paragraph **C.1.** or **C.2.** above.

However, this exclusion does not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

    **a.** Ingestion;

    **b.** Inhalation;

    **c.** Absorption; or

    **d.** Consumption.

**D.** For the purpose of this endorsement, the following definition is added:

"Cannabis":

    **1.** Means:

    Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **D.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

    **a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

    **b.** Any compound, byproduct, extract, derivative, mixture or combination, such as, but not limited to:

        **(1)** Resin, oil or wax;

        **(2)** Hash or hemp; or

        **(3)** Infused liquid or edible cannabis;

    whether derived from any plant or part of any plant set forth in Paragraph **D.2.a.** above or not.

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.
BP 99 332 02 18

BUSINESSOWNER'S
BP 99 41 08 16

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESS INCOME, EXTRA EXPENSE AND RELATED COVERAGES LIMIT OF INSURANCE

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

## SCHEDULE

| Site 001 | |
|---|---|
| **Business Income, Extended Business Income, Extra Expense Limit:** | **$500,000** |
| **Location 001: 1111 Wilshire Blvd Ste 103, Los Angeles, CA 90017-1999** **Building 001: Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales - 0966101** | |
| **Site 002** | |
| **Business Income, Extended Business Income, Extra Expense Limit:** | **$500,000** |
| **Location 002: 1401 Ocean Ave Ste 104, Santa Monica, CA 90401-2106** **Building 001: Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales - 0966101** | |

With respect to the location(s) shown in the Schedule, the following provisions apply to **Section I – Property**:

A. The most we will pay for each "site" listed above under any one or more of the following coverages;

1. Paragraph **A.5.f.** Business Income Additional Coverage;

2. Paragraph **A.5.g.** Extra Expense Additional Coverage;

3. Paragraph **A.5.i.** Civil Authority Additional Coverage;

4. Paragraph **A.5.m.** Business Income From Dependent Properties Additional Coverage; and

5. Paragraph **A.5.q.** Interruption Of Computer Operations Additional Coverage;

for all loss sustained and expense incurred is the applicable Business Income, Extra Expense and Related Coverages Limit of Insurance shown in the Schedule of this endorsement. This Limit of Insurance applies regardless of the number of locations or buildings included at the site. The Limit of Insurance of **Section I – Property** shown in the Declarations does not apply to these Additional Coverages.

This endorsement does not modify any of the terms or conditions of Paragraphs **A.5.f.**, **A.5.g.**, **A.5.i.**, **A.5.m.** or **A.5.q.** and is subject to any additional limitations contained therein.

**BUSINESSOWNER'S – Business Income, Extra Expense and Related Coverages Limit of Insurance**

**B.** However, Paragraph **A.** does not apply to coverages provided by any of the following endorsements:

1. Water Back-up And Sump Overflow Endorsement (if that endorsement is attached to this Businessowner's Policy);

2. Earthquake Endorsement (if that endorsement is attached to this Businessowner's Policy);

3. Earthquake And Volcanic Eruption (Sub-limit) Endorsement (if that endorsement is attached to this Businessowner's Policy);

4. Flood Coverage Endorsement (if that endorsement is attached to this Businessowner's Policy).

5. Hotels/Motels Endorsement (if that endorsement is attached to this Businessowner's Policy);

6. Professional Offices Endorsement (if that endorsement is attached to this Businessowner's Policy);

7. Retail Stores Endorsement (if that endorsement is attached to this Businessowner's Policy);

**C.** As used in this endorsement, "Site" means all locations and buildings scheduled to one limit of insurance as indicated in the schedule of this endorsement.

---

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.   **BP 99 41 08 16**

BUSINESSOWNER'S
BP 99 60 03 12

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# WATER BACK-UP AND SUMP OVERFLOW

This endorsement modifies insurance provided under the following:

BUSINESSOWNER'S COVERAGE FORM

**SCHEDULE**

| Premises Number | Covered Property Annual Aggregate Limit Of Insurance | Business Income And Extra Expense Annual Aggregate Limit Of Insurance |
|---|---|---|
| Location 001, Building 001 | $5,000 | $5,000 |
| Location 002, Building 001 | $5,000 | $5,000 |
| Location 003, Building 001 | $5,000 | $5,000 |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | |

**A.** We will pay for direct physical loss or damage to Covered Property, covered under Section I – Property, caused by or resulting from:

   **1.** Water or waterborne material which backs up through or overflows or is otherwise discharged from a sewer or drain; or

   **2.** Water or waterborne material which overflows or is otherwise discharged from a sump, sump pump or related equipment, even if the overflow or discharge results from mechanical breakdown of a sump pump or its related equipment.

However, with respect to Paragraph **A.2.**, we will not pay the cost of repairing or replacing a sump pump or its related equipment in the event of mechanical breakdown.

***THIS IS NOT FLOOD INSURANCE.  We will not pay for loss or damage from water or other materials that back up or overflow from any sewer, drain or sump that itself is caused, directly or indirectly, in whole or in part, by any flood.  Flood means the overflow of surface water, waves, tides, tidal waves, streams, or other bodies of water, or their spray, all whether driven by wind or not.***

**B.** The coverage described in Paragraph **A.** of this endorsement does not apply to loss or damage resulting from an insured's failure to:

   **1.** Keep a sump pump or its related equipment in proper working condition; or

   **2.** Perform the routine maintenance or repair necessary to keep a sewer or drain free from obstructions.

**C.** The most we will pay for the coverage provided under this endorsement for all direct physical loss or damage to Covered Property is the Covered Property Annual Aggregate Limit of Insurance. That limit is $5,000 per location, unless a different Covered Property Annual Aggregate Limit of Insurance is indicated in the Schedule of this endorsement.

The applicable Covered Property Annual Aggregate Limit of Insurance is the most we will pay under this endorsement for the total of all direct physical loss or damage sustained in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property. If loss payment for the first such occurrence does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

---

**BUSINESSOWNER'S – Water Back-Up and Sump Overflow Endorsement**

**D.** The following provisions apply to **Section I – Property** and supersede any provisions to the contrary:

The most we will pay under:

**1.** Paragraph **A.5.f. Business Income** Additional Coverage for all loss of Business Income you sustain due to the necessary suspension of your "operations" caused by direct physical loss or damage to Covered Property as described in Paragraph **A.** of this endorsement; and

**2.** Paragraph **A.5.g. Extra Expense** Additional Coverage for all necessary Extra Expense you incur and that you would not have incurred if there had been no direct physical loss or damage to Covered Property as described in Paragraph **A.** of this endorsement;

is the Business Income And Extra Expense Annual Aggregate Limit of Insurance. That limit is $5,000 per location, unless a different Business Income And Extra Expense Annual Aggregate Limit of Insurance is shown in the Schedule.

The applicable Business Income And Extra Expense Annual Aggregate Limit of Insurance is the most we will pay under this endorsement for the total of all loss of Business Income you sustain and Extra Expense you incur in any one policy year, regardless of the number of occurrences that cause or result in loss or damage to Covered Property as described in Paragraph **A.** of this endorsement. If loss payment during an earlier "period of restoration" in the policy year does not exhaust the applicable Limit of Insurance, then the balance of that Limit is available for loss of Business Income you sustain or Extra Expense you incur during a subsequent "period of restoration" beginning in, but not after, that policy year. With respect to a "period of restoration" which begins in one policy year and continues in a subsequent policy year(s), all loss of Business Income you sustain or Extra Expense you incur is deemed to be sustained or incurred in the policy year in which the "period of restoration" began.

**E.** With respect to the coverage provided under this endorsement, the **Water Exclusion** in **Section I – Property** is replaced by the following exclusion:

**Water**

**1.** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**2.** Mudslide or mudflow; or

**3.** Water under the ground surface pressing on, or flowing or seeping through:

**a.** Foundations, walls, floors or paved surfaces;

**b.** Basements, whether paved or not; or

**c.** Doors, windows or other openings; or

**4.** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **1.** or **3.**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **1.** through **4.**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **1.** through **4.**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

     Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.     BP 99 60 03 12

# Exhibit C

Plan Check Downtown III, LLC
DBA/TA Plan Check
6420 Wilshire Blvd Ste 1700
Los Angeles, CA 90048-5545

GDN43430A13C80.003331.01.02.000000



POLICY NUMBER:PLBP159547
**Date Processed:** 05/05/2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS POLICY CHANGES

Plan Check Downtown III, LLC

6420 Wilshire Blvd Ste 1700
Los Angeles, CA 90048-5545

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>PLBP159547 | POLICY CHANGES EFFECTIVE<br>05/06/2020 | COMPANY<br>AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED<br>Plan Check Downtown III, LLC | | AUTHORIZED REPRESENTATIVE |

| CHANGES | |
|---|---|
| Changed | From: 1111 Wilshire Blvd Ste 103, Los Angeles, CA 90017-1999<br>To: 6420 Wilshire Blvd Ste 1700, Los Angeles, CA 90048-5545 |

BP 12 01 07 02                    © ISO Properties, Inc.,  2001                    Page 1 of 2     □

| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ | Add'l Premium |
| | | | | | ☐ | Return Premium |
| | | | $ | $ | $ | |

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ 0.00 | $ 0.00 |

| **REMOVAL PERMIT** | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |
|---|---|

GDN434430A13C80.003331.02.02.000000

© ISO Properties, Inc.,  2001               BP 12 01 07 02

POLICY NUMBER:PLBP159547
Date Processed: 03/24/2020

BUSINESSOWNERS
BP 12 01 07 02

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS POLICY CHANGES

Plan Check Downtown III, LLC

1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>PLBP159547 | POLICY CHANGES EFFECTIVE<br>02/27/2020 | COMPANY<br>AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED<br>Plan Check Downtown III, LLC | | AUTHORIZED REPRESENTATIVE |

<table>
<tr><td colspan="2" align="center">CHANGES</td></tr>
<tr><td colspan="2"><b>Policy Coverage</b></td></tr>
<tr><td>Changed</td><td>Liquor Liability<br>Gross Annual Liquor Receipts<br>From: $1,300,000<br>To: $1,083,290</td></tr>
<tr><td colspan="2"><b>Building Coverage</b></td></tr>
<tr><td colspan="2"><b>Location: 001, Building: 001: 1111 Wilshire Blvd Ste 103, Los Angeles, CA 90017-1999</b></td></tr>
<tr><td>Changed</td><td>Liability<br>Gross Sales at this Location<br>From: 2,000,000<br>To: 1,733,264</td></tr>
<tr><td colspan="2"><b>Buildings</b></td></tr>
<tr><td>Changed</td><td>Gross Revenue at this Building<br>From: 2,080,000<br>To: 1,733,264</td></tr>
<tr><td colspan="2">securityService</td></tr>
</table>

BP 12 01 07 02 © ISO Properties, Inc., 2001 Page 1 of 3

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

GDN247223A13C80.002580.01.04.000000



From: N
To:

serviceContract
From: N
To:

securityGuards
From: None
To:

**Building Coverage**

**Location: 003, Building: 001: 1800 Sawtelle Blvd, Los Angeles, CA 90025-5516**

Changed          Liability
                 Gross Sales at this Location
                 From: 2,200,000
                 To: 3,054,877

**Buildings**

Changed          Gross Revenue at this Building
                 From: 3,666,000
                 To: 3,054,877



| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ ☐ | Add'l Premium Return Premium |
| Liquor Liability | | | $ 13,319.00 | $ 11,099.00 | $ | -2,220.00 |
| Terrorism | | | $ 1,442.00 | $ 1,396.00 | $ | -46.00 |
| Liability | | | $ 5,943.00 | $ 5,085.00 | $ | -858.00 |
| Liability | | | $ 10,290.00 | $ 8,869.00 | $ | -1,421.00 |

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ 0.00 | $ -4,545.00 |
| **REMOVAL PERMIT** | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |

POLICY NUMBER: PLBP159547

**BUSINESSOWNERS**
**BP 04 89 01 10**

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# LIQUOR LIABILITY COVERAGE

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS COVERAGE FORM

### SCHEDULE

| | |
|---|---|
| **A.  Liquor Liability Aggregate Limit:**<br>    $  2,000,000 | |
| **B.  Each Common Cause Limit:**<br>    $  1,000,000 | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**Section II – Liability** is amended as follows:

**A.** The insurance provided under Paragraph **A.1. Business Liability** also applies to all "bodily injury" or "property damage" arising out of the selling, serving or furnishing of alcoholic beverages.

**B.** For the insurance provided by this endorsement only, Paragraph **B. Exclusions** is amended as follows:

1. Paragraph **1. Applicable To Business Liability Coverages,** other than Exclusions **a. Expected Or Intended Injury, d. Workers' Compensation And Similar Laws** and **e. Employer's Liability,** does not apply.

2. The following exclusions are added:

   This insurance does not apply to:

   **a.** "Bodily injury" or "property damage" arising out of any alcoholic beverage sold, served or furnished while any required license is not in effect.

   **b.** "Bodily injury" or "property damage" arising out of "your product". This exclusion does not apply to "bodily injury" or "property damage" for which the insured or the insured's indemnities may be held liable by reason of:

      **(1)** Causing or contributing to the intoxication of any person;

      **(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

      **(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

   **c.** Any "bodily injury" or "property damage" with respect to which other insurance is afforded, or would be afforded but for the exhaustion of the Limits of Insurance.

   This exclusion does not apply if the other insurance responds to liability for "bodily injury" or "property damage" imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage.

**C.** The following are added to Paragraph **D. Liability And Medical Expenses Limits Of Insurance:**

   **D.  Liability And Medical Expenses Limits Of Insurance**

   5. The Liquor Liability Aggregate Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" as the result of the selling, serving or furnishing of alcoholic beverages.

© Insurance Services Office, Inc., 2009

**BP 04 89 01 10**

**Page 1 of 2**



6. Subject to the Liquor Liability Aggregate Limit, the Each Common Cause Limit shown in the Schedule of this endorsement is the most we will pay for all "bodily injury" and "property damage" sustained by one or more persons or organizations as the result of the selling, serving or furnishing of alcoholic beverages to any one person.

Neither the Liability And Medical Expenses Limit of Insurance shown in the Declarations nor its aggregate limits apply to damages arising out of the selling, serving or furnishing of alcoholic beverages.

© Insurance Services Office, Inc., 2009

**BP 04 89 01 10**   ☐

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO
# TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I | |
| --- | --- |
| Terrorism Premium (Certified Acts) | $1,396.00 |
| Additional information, if any, concerning the terrorism premium: | |

| SCHEDULE – PART II | | |
| --- | --- | --- |
| Federal share of terrorism losses | 80 % | Year: 2020 |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| Federal share of terrorism losses | % | Year: 2021 |
| (Refer to Paragraph **B.** in this endorsement.) | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

CDN247223A13C80.002580.04.04.000000

**BP 05 15 01 15**     © Insurance Services Office, Inc., 2015     **Page 1 of 2**



**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015
BP 05 15 01 15

POLICY NUMBER:PLBP062367
**Date Processed**: 03/05/2020

**BUSINESSOWNERS**
BP 12 01 07 02

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# BUSINESSOWNERS POLICY CHANGES

Plan Check Downtown III, LLC

1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>PLBP062367 | POLICY CHANGES EFFECTIVE<br>12/02/2019 | COMPANY<br>AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED<br>Plan Check Downtown III, LLC | | AUTHORIZED REPRESENTATIVE |
| **CHANGES** | | |

**Buildings**

**Location: 002, Building: 001: 1401 Ocean Ave Ste 104, Santa Monica, CA 90401-2106**

Deleted          Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total
                 Sales - 0966101

**BP 12 01 07 02**          © ISO Properties, Inc., 2001          **Page 1 of 2**

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999



POLICY NUMBER:

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO
# TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I | |
|---|---|
| Terrorism Premium (Certified Acts) | $919.00 |
| Additional information, if any, concerning the terrorism premium: | |

| SCHEDULE – PART II | | | |
|---|---|---|---|
| Federal share of terrorism losses | 81 % | Year: | 2019 |
| (Refer to Paragraph **B.** in this endorsement.) | | | |
| Federal share of terrorism losses | 80 % | Year: | 2020 |
| (Refer to Paragraph **B.** in this endorsement.) | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ ☐ | Add'l Premium Return Premium |
| Terrorism | | | $ 981.00 | $ 919.00 | $ | -62.00 |
| Additional Insured - Vendors | | | $ 56.00 | $ 43.00 | $ | -13.00 |
| Business Personal Property Coverage | | | $ 633.00 | $ 482.00 | $ | -151.00 |
| Damage To Premises Rented To You | | | $ 58.00 | $ 44.00 | $ | -14.00 |
| Equipment Breakdown Coverage (HSB) | | | $ 367.00 | $ 280.00 | $ | -87.00 |
| Liability | | | $ 3,955.00 | $ 3,012.00 | $ | -943.00 |
| Money and Securities | | | $ 98.00 | $ 74.00 | $ | -24.00 |
| Restaurant Coverage | | | $ 200.00 | $ 152.00 | $ | -48.00 |
| Tenants Improvements and Betterments | | | $ 1,856.00 | $ 1,414.00 | $ | -442.00 |
| Water Back-up and Sump Overflow | | | $ 47.00 | $ 36.00 | $ | -11.00 |

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ 0.00 | $ -1,795.00 |

| REMOVAL PERMIT | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |
|---|---|

GDN31208IA13C80.003280.02.03.000000

© ISO Properties, Inc., 2001   BP 12 01 07 02

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015
BP 05 15 01 15

POLICY NUMBER:PLBP159547
**Date Processed:** 03/11/2020

**BUSINESSOWNERS**
**BP 12 01 07 02**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# BUSINESSOWNERS POLICY CHANGES

Plan Check Downtown III, LLC

1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

THIS ENDORSEMENT FORMS A PART OF THE POLICY NUMBERED BELOW.

| POLICY NUMBER<br>PLBP159547 | POLICY CHANGES EFFECTIVE<br>02/27/2020 | COMPANY<br>AmGUARD Insurance Company |
|---|---|---|
| NAMED INSURED<br>Plan Check Downtown III, LLC | | AUTHORIZED REPRESENTATIVE |

| CHANGES |
|---|
| **Buildings** |
| **Location: 002, Building: 001: 1401 Ocean Ave Ste 104, Santa Monica, CA 90401-2106** |
| Deleted      Family-style Restaurant - Sales of Alcoholic Beverages up to 50% of Total Sales - 0966101 |

BP 12 01 07 02            © ISO Properties, Inc., 2001            Page 1 of 2   □

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

GDN2Z732 1A13C80.004926.01.03.000000

POLICY NUMBER:

**BUSINESSOWNERS**
**BP 05 15 01 15**

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO
# TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I | |
|---|---|
| **Terrorism Premium (Certified Acts)** | $1,442.00 |
| **Additional information, if any, concerning the terrorism premium:** | |

| SCHEDULE – PART II | | |
|---|---|---|
| **Federal share of terrorism losses** | 80 % | **Year:** 2020 |
| (Refer to Paragraph **B.** in this endorsement.) | | |
| **Federal share of terrorism losses** | % | **Year:** 2021 |
| (Refer to Paragraph **B.** in this endorsement.) | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part **II** of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

© Insurance Services Office, Inc., 2015

| POLICY AMOUNT AND PREMIUM ADJUSTMENT | | | | | | |
|---|---|---|---|---|---|---|
| | Limits Of Insurance | | Premiums | | | |
| Coverage Description | Previous Limit Of Insurance | New Limit Of Insurance | Previous Premium | New Premium | ☐ ☐ | Add'l Premium Return Premium |
| Terrorism | | | $    1,807.00 | $    1,442.00 | $ | -365.00 |
| Additional Insured - Vendors | | | $    58.00 | $ | $ | -58.00 |
| Business Personal Property Coverage | | | $    830.00 | $ | $ | -830.00 |
| Damage To Premises Rented To You | | | $    75.00 | $ | $ | -75.00 |
| Equipment Breakdown Coverage (HSB) | | | $    367.00 | $ | $ | -367.00 |
| Liability | | | $    6,110.00 | $ | $ | -6,110.00 |
| Money and Securities | | | $    102.00 | $ | $ | -102.00 |
| Restaurant Coverage | | | $    209.00 | $ | $ | -209.00 |
| Tenants Improvements and Betterments | | | $    2,448.00 | $ | $ | -2,448.00 |
| Water Back-up and Sump Overflow | | | $    61.00 | $ | $ | -61.00 |

| TOTAL PREMIUM ADJUSTMENTS | |
|---|---|
| PREMIUM DUE AT POLICY CHANGE EFFECTIVE DATE | |
| ADDITIONAL | RETURN |
| $ 0.00 | $ -10,625.00 |

| REMOVAL PERMIT | If Covered Property is removed to a new location that is described on this Policy Change, you may extend this insurance to include that Covered Property at each location during the removal. Coverage at each location will apply in the proportion that the value at each location bears to the value of all Covered Property being removed. This permit applies up to 10 days after the effective date of this Policy Change: after that, this insurance does not apply at the previous location. |
|---|---|

GDN227321A13C80.004926.02.03.000000

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

BP 05 15 01 15

CGN22732IA13C80.004926.03.03.000000

# *THANKS FOR SELECTING US*



**www.guard.com**

Plan Check Downtown III, LLC
1111 Wilshire Blvd Ste 10
Los Angeles, CA 90017

**In cooperation with
PROFESSIONAL INSURANCE
ASSOCIATES INC.**

# A WARM WELCOME FROM GUARD AND PROFESSIONAL INSURANCE ASSOCIATES INC.!

PROFESSIONAL INSURANCE ASSOCIATES INC. and Berkshire Hathaway GUARD Insurance Companies are pleased to have the opportunity to serve you by providing the superior products and customer services you deserve.  If you have a question about your Commercial Liability Umbrella Policy (Your premium bill will be sent to you shortly.  Failure to pay the down payment and all subsequent installments will result in cancellation of this policy in accordance with state law.) Policy or have a particular need, our combined professional staff will be available to assist you.

**Contact Your Agent for:**
- *Any inquiries about coverage issues, features that have been incorporated into your policy, and endorsements.*
- *Requests for issuance of Certificates of Insurance.*

Phone:  650-592-7333
FAX:  650-590-1171
E-mail:

Available during regular business hours

**Contact Berkshire Hathaway GUARD for:**
- *Any inquiries about billing when you are under a direct bill payment plan and receive statements from us.*
- *Questions about the status of a claim or available safety services.*

Phone:  1-800-673-2465
FAX:  1-570-823-2059
E-mail:  csr@guard.com

Monday through Friday; 8:00 AM  to 7:30 PM EST (E-mail and voice mail after hours)

*To report a claim or loss, call us immediately at 1-888-NEW-CLMS — 24 hours a day, seven days a week.*  The information below will be needed by you to complete this process.  Specific instructions on reporting claims are included in the enclosed policy packet.
- YOUR POLICY NUMBER IS PLUM186376.
- YOUR INSURANCE CARRIER IS AmGUARD Insurance Company.
- YOUR POLICY EFFECTIVE DATE IS 02/27/2020.

**Additional value-added services available to all policyholders:**
- *A unique Cooperative Care Program that integrates loss control, claims, and medical management activities.*
- *A Fraud Special Investigative Unit and Hotline at 1-800-673-2465, ext. TIPS.*
- *AND MUCH MORE!*

We appreciate your business and look forward to the opportunity to serve your insurance needs.  Please keep a copy of this letter with your Berkshire Hathaway GUARD Insurance Companies policy for future reference.

enclosed:    Commercial Liability Umbrella Policy (Your premium bill will be sent to you shortly.  Failure to pay the down payment and all subsequent installments will result in cancellation of this policy in accordance with state law.)

DECTO:I
HQ: CA /UM



**COMMERCIAL LIABILITY**
**UMBRELLA**
**DECLARATIONS**

## AmGUARD Insurance Company – A Stock Company

Issue Dated: 02/25/2020

Policy No.: PLUM186376                                    Renewal of: PLUM062787

### POLICY INFORMATION PAGE

**[1]** **Named Insured and Mailing Address**
Plan Check Downtown III, LLC
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017

**[2]** **Agency**
PROFESSIONAL INSURANCE ASSOCIATES INC.
PO Box 1266
San Carlos CA 94070

**[3]** **Policy Period**
From 02/27/2020 to 02/27/2021, 12:01 AM, standard time at the insured's mailing
address.

**[4]** **Description of Business**
Family Style Restaurant

**[5]** **Coverage**
This policy consists of the Coverage Forms listed on the **Schedule of Forms and**
**Endorsements.**

**[6]** **Premium**
The premium shown below may be subject to adjustment.

Commercial Umbrella Premium                            $6,400.00 *
TOTAL POLICY PREMIUM (subject to adjustment)          $6,400.00

* Includes terrorism premium of $72.00

**[7]** **Payment of Premium**
In return for your payment of premium, and subject to all terms of this policy,
we agree with you to provide insurance as stated in this policy.

THIS POLICY CONTAINS AGGREGATE LIMITS; REFER TO SECTION III – LIMITS OF INSURANCE FOR DETAILS.

**Umbrella Limits of Insurance**





**COMMERCIAL LIABILITY
UMBRELLA
DECLARATIONS**

| | |
|---|---|
| Each Occurrence Limit | $4,000,000 |
| Personal and Advertising Injury Limit | 4,000,000 |
| Aggregate Limit | 4,000,000 |
| Self-Insured Retention | 10,000 |
| Certified Acts of Terrorism under TRIA | Included |
| Umbrella Liquor Liability | |
|     Liquor Liability Sublimit | 1,000,000 |

### Schedule of Underlying Insurance

| | |
|---|---|
| **Commercial General Liability** | |
| Policy Number | PLBP159547 |
| Carrier | AmGUARD Insurance Company |
| Policy Form | Businessowners |
| Inception Date | 02/27/2020 |
| Expiration Date | 02/27/2021 |
| Policy Type | Occurrence |
| Limits | |
|     Each Occurrence | $1,000,000 |
|     General Aggregate | 2,000,000 |
|     Products-Completed Operations Aggregate | 2,000,000 |
| Hired Auto Coverage | Yes |
| Non-Owned Auto Coverage | Yes, with restaurant delivery |
| **Liquor Liability** | |
| Policy Number | PLBP159547 |
| Carrier | AmGUARD Insurance Company |
| Inception Date | 02/27/2020 |
| Expiration Date | 02/27/2021 |
| Limits | |
|     Common Cause | 1,000,000 |
|     Annual Aggregate | 2,000,000 |



**COMMERCIAL LIABILITY UMBRELLA
POLICY DECLARATIONS**

## SCHEDULE OF FORMS AND ENDORSEMENTS

Policy No.:  PLUM186376                                    Effective Date: 02/27/2020

| NUMBER | TITLE |
|---|---|
| CU WEL LET | Welcome Letter |
| UM DS 01 04 09 | Commercial Liability Umbrella Dec |
| END SCH | Endorsement Schedule |
| IL 99 00 08 13 | Authorization and Attestation |
| CU 00 01 12 07 | Commercial Liability Umbrella Coverage Form |
| CU 00 04 05 09 | Recording and Distribution of Material or Information in Violation of Law Exclusion |
| CU 01 91 05 17 | California Changes |
| CU 02 23 08 11 | California Changes – Cancellation and Nonrenewal |
| CU 21 23 02 02 | Nuclear Energy Liability Exclusion Endorsement |
| CU 21 31 01 15 | Exclusion of Other Acts of Terrorism Committed Outside the United States; Cap on Losses from Certified Acts of Terrorism |
| CU 21 36 01 15 | Exclusion of Punitive Damages Related to a Certified Act of Terrorism |
| CU 21 42 12 04 | Exclusion – Exterior Insulation and Finish Systems |
| CU 21 50 03 05 | Silica or Silica-Related Dust Exclusion |
| CU 21 56 06 06 | Auto Exclusion of Terrorism Coverage |
| CU 21 58 05 09 | Communicable Disease Exclusion |
| CU 24 05 09 00 | Products/Completed Operations Hazard Redefined Endorsement |
| CU 99 00 04 09 | Umbrella Policy Customizations |
| CU 99 02 04 09 | Asbestos Exclusion |
| CU 99 03 04 09 | Lead Exclusion |
| CU 99 05 04 09 | Fungi or Bacteria Exclusion |
| CU 99 11 05 13 | California Changes – Cancellation Premium Due |
| CU 99 20 02 18 | Cannabis Exclusion |
| IL 00 17 11 98 | Common Policy Conditions |
| IL 09 85 01 15 | Disclosure Pursuant to Terrorism Risk Insurance Act |
| IL P 001 01 04 | U.S. Treasury Department's Office Of Foreign Assets Control (OFAC) Advisory Notice To Policyholder |
| CU PRV POL | Privacy Policy |

AUTHORIZATION
AND ATTESTATION
IL 99 00 08 13

## THIS ENDORSEMENT AUTHORIZES THE POLICY.

# AUTHORIZATION AND ATTESTATION

This endorsement authorizes the insurance contract between you and the insurance company subsidiary listed on the DECLARATIONS PAGE of your insurance policy.

In Witness Whereof, this page executes and fully attests to this policy.  If required by state law, the policy shall not be valid unless countersigned by our authorized representatives.

Authorizing signatures

Michael J. Dulin
General Counsel and Secretary

Sy Foguel, ACAS, FILAA
Chief Executive Officer and President

# COMMERCIAL LIABILITY UMBRELLA COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II – Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section V – Definitions.

## SECTION I – COVERAGES

### COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "bodily injury" or "property damage" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. At our discretion, we may investigate any "occurrence" that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

(1) The amount we will pay for the "ultimate net loss" is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph 1.a. of Section II – Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph 1.a. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph 1.a. of Section II – Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

 © ISO Properties, Inc., 2007

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. E.R.I.S.A.

Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute.

### f. Auto Coverages

(1) "Bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" which is not a "covered auto"; or

(2) Any loss, cost or expense payable under or resulting from any first party physical damage coverage; no-fault law; personal injury protection or auto medical payments coverage; or uninsured or underinsured motorist law.

### g. Employer's Liability

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

© ISO Properties, Inc., 2007

CU 00 01 12 07   □

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

**h. Employment-Related Practices**

"Bodily injury" to:

(1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**i. Pollution**

(1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

(2) "Pollution cost or expense".

This exclusion does not apply if valid "underlying insurance" for the pollution liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance".

**j. Aircraft Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

   (a) Less than 50 feet long; and

   (b) Not being used to carry persons or property for a charge;

(3) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft.

(4) The extent that valid "underlying insurance" for the aircraft or watercraft liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" or "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance; or

© ISO Properties, Inc., 2007

(5) Aircraft that is:

   (a) Chartered by, loaned to, or hired by you with a paid crew; and

   (b) Not owned by any insured.

**k. Racing Activities**

"Bodily injury" or "property damage" arising out of the use of "mobile equipment" or "autos" in, or while in practice for, or while being prepared for, any prearranged professional or organized racing, speed, demolition, or stunting activity or contest.

**l. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**m. Damage To Property**

"Property damage" to:

(1) Property:

   (a) You own, rent, or occupy including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property; or

   (b) Owned or transported by the insured and arising out of the ownership, maintenance or use of a "covered auto".

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (1)(b), (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraphs (3) and (4) of this exclusion do not apply to liability assumed under a written Trailer Interchange agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**n. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**o. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**p. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**q. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

© ISO Properties, Inc., 2007

CU 00 01 12 07     □

(2) "Your work"; or

(3) "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**r. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**s. Professional Services**

"Bodily injury" or "property damage" due to rendering or failure to render any professional service. This includes but is not limited to:

(1) Legal, accounting or advertising services;

(2) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(3) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager;

(4) Engineering services, including related supervisory or inspection services;

(5) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(6) Any health or therapeutic service treatment, advice or instruction;

(7) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(8) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardio-vascular fitness, body building or physical training programs;

(9) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(10) Body piercing services;

(11) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(12) Law enforcement or firefighting services; and

(13) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

**t. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

This exclusion does not apply if valid "underlying insurance" for the electronic data risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance", unless otherwise directed by this insurance.

**u. Distribution Of Material In Violation Of Statutes**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(3) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

© ISO Properties, Inc., 2007

## COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

a. We will pay on behalf of the insured the "ultimate net loss" in excess of the "retained limit" because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking damages for such "personal and advertising injury" when the "underlying insurance" does not provide coverage or the limits of "underlying insurance" have been exhausted. When we have no duty to defend, we will have the right to defend, or to participate in the defense of, the insured against any other "suit" seeking damages to which this insurance may apply. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. At our discretion, we may investigate any offense that may involve this insurance and settle any resultant claim or "suit", for which we have the duty to defend. But:

(1) The amount we will pay for the "ultimate net loss" is limited as described in Section III – Limits Of Insurance; and

(2) Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments – Coverages A and B.

b. This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

a. "Personal and advertising injury":

(1) **Knowing Violation Of Rights Of Another**

Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

(2) **Material Published With Knowledge Of Falsity**

Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

(3) **Material Published Prior To Policy Period**

Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period.

(4) **Criminal Acts**

Arising out of a criminal act committed by or at the direction of the insured.

(5) **Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

(a) Liability for damages that the insured would have in the absence of the contract or agreement.

(b) Liability for false arrest, detention or imprisonment assumed in a contract or agreement.

(6) **Breach Of Contract**

Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

(7) **Quality Or Performance Of Goods – Failure To Conform To Statements**

Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

(8) **Wrong Description Of Prices**

Arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

(9) **Infringement Of Copyright, Patent, Trademark Or Trade Secret**

Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(10) **Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

   © ISO Properties, Inc., 2007   CU 00 01 12 07

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**(11) Electronic Chatrooms Or Bulletin Boards**

Arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**(12) Unauthorized Use Of Another's Name Or Product**

Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**(13) Pollution**

Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**(14) Employment-Related Practices**

To:

(a) A person arising out of any:

(i) Refusal to employ that person;

(ii) Termination of that person's employment; or

(iii) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

(b) The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(i)**, **(ii)** or **(iii)** above is directed.

This exclusion applies whether the injury-causing event described in Paragraphs **(i)**, **(ii)** or **(iii)** above occurs before employment, during employment or after employment of that person.

This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**(15) Professional Services**

Arising out of the rendering or failure to render any professional service. This includes but is not limited to:

(a) Legal, accounting or advertising services;

(b) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications by any architect, engineer or surveyor performing services on a project on which you serve as construction manager;

(c) Inspection, supervision, quality control, architectural or engineering activities done by or for you on a project on which you serve as construction manager.

(d) Engineering services, including related supervisory or inspection services;

(e) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(f) Any health or therapeutic service treatment, advice or instruction;

(g) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement, or personal grooming or therapy;

(h) Any service, treatment, advice or instruction relating to physical fitness, including service, treatment, advice or instruction in connection with diet, cardiovascular fitness, body building or physical training programs;

i) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

© ISO Properties, Inc., 2007

(j) Body piercing services;

(k) Services in the practice of pharmacy; but this exclusion does not apply if you are a retail druggist or your operations are those of a retail drugstore;

(l) Law enforcement or firefighting services; and

(m) Handling, embalming, disposal, burial, cremation or disinterment of dead bodies.

(16) **War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

(a) War, including undeclared or civil war;

(b) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(c) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

(17) **Distribution Of Material In Violation Of Statutes**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law; or

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law; or

(c) Any statute, ordinance or regulation, other than the TCPA or CAN-SPAM Act of 2003, that prohibits or limits the sending, transmitting, communicating or distribution of material or information.

b. "Pollution cost or expense".

**SUPPLEMENTARY PAYMENTS – COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend, when the duty to defend exists:

a. All expenses we incur.

b. Up to $2000 for cost of bail bonds (including bonds for related traffic law violations) required because of an "occurrence" we cover. We do not have to furnish these bonds.

c. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

d. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

e. All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

f. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

g. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. When we have the right but not the duty to defend the insured and elect to participate in the defense, we will pay our own expenses but will not contribute to the expenses of the insured or the "underlying insurer".

3. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

b. This insurance applies to such liability assumed by the insured;

c. The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

d. The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

e. The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

© ISO Properties, Inc., 2007

CU 00 01 12 07

f. The indemnitee:

(1) Agrees in writing to:

(a) Cooperate with us in the investigation, settlement or defense of the "suit";

(b) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

(c) Notify any other insurer whose coverage is available to the indemnitee; and

(d) Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(2) Provides us with written authorization to:

(a) Obtain records and other information related to the "suit"; and

(b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I – Coverage A – Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II – WHO IS AN INSURED

1. Except for liability arising out of the ownership, maintenance or use of "covered autos":

a. If you are designated in the Declarations as:

(1) An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

(2) A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

(3) A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

(4) An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

(5) A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

b. Each of the following is also an insured:

(1) Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

(a) "Bodily injury" or "personal and advertising injury":

(i) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" in the course of his or her employment or performing duties related to the conduct of your business or to your other "volunteer workers" while performing duties related to the conduct of your business;

(ii) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(a)(i)** above; or

(iii) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(a)(i)** or **(ii)** above.

© ISO Properties, Inc., 2007

(b) "Property damage" to property:

   (i) Owned, occupied or used by,

   (ii) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

(2) Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

(3) Any person or organization having proper temporary custody of your property if you die, but only:

   (a) With respect to liability arising out of the maintenance or use of that property; and

   (b) Until your legal representative has been appointed.

(4) Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

c. Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

(1) Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

(2) Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

(3) Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

2. Only with respect to liability arising out of the ownership, maintenance or use of "covered autos":

a. You are an insured.

b. Anyone else while using with your permission a "covered auto" you own, hire or borrow is also an insured except:

(1) The owner or anyone else from whom you hire or borrow a "covered auto". This exception does not apply if the "covered auto" is a trailer or semitrailer connected to a "covered auto" you own.

(2) Your "employee" if the "covered auto" is owned by that "employee" or a member of his or her household.

(3) Someone using a "covered auto" while he or she is working in a business of selling, servicing, repairing, parking or storing "autos" unless that business is yours.

(4) Anyone other than your "employees", partners (if you are a partnership), members (if you are a limited liability company), or a lessee or borrower or any of their "employees", while moving property to or from a "covered auto".

(5) A partner (if you are a partnership), or a member (if you are a limited liability company) for a "covered auto" owned by him or her or a member of his or her household.

(6) "Employees" with respect to "bodily injury" to any fellow "employee" of the insured arising out of and in the course of the fellow "employee's" employment or while performing duties related to the conduct of your business.

c. Anyone liable for the conduct of an insured described above is also an insured, but only to the extent of that liability.

3. Any additional insured under any policy of "underlying insurance" will automatically be an insured under this insurance.

If coverage provided to the additional insured is required by a contract or agreement, the most we will pay on behalf of the additional insured is the amount of insurance required by the contract, less any amounts payable by any "underlying insurance".

Additional insured coverage provided by this insurance will not be broader than coverage provided by the "underlying insurance".

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

 © ISO Properties, Inc., 2007 CU 00 01 12 07

## SECTION III – LIMITS OF INSURANCE

1. The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made, "suits" brought, or number of vehicles involved; or

   c. Persons or organizations making claims or bringing "suits".

2. The Aggregate Limit is the most we will pay for the sum of all "ultimate net loss" under:

   a. Coverage **A**, except "ultimate net loss" because of "bodily injury" or "property damage" arising out of the ownership, maintenance or use of a "covered auto"; and

   b. Coverage **B**.

3. Subject to Paragraph **2.** above, the Each Occurrence Limit is the most we will pay for the sum of all "ultimate net loss" under Coverage **A** because of all "bodily injury" and "property damage" arising out of any one "occurrence".

4. Subject to Paragraph **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all "ultimate net loss" because of all "personal and advertising injury" sustained by any one person or organization.

5. If there is "underlying insurance" with a policy period that is non-concurrent with the policy period of this Commercial Liability Umbrella Coverage Part, the "retained limit(s)" will only be reduced or exhausted by payments for:

   a. "Bodily injury" or "property damage" which occurs during the policy period of this Coverage Part; or

   b. "Personal and advertising injury" for offenses that are committed during the policy period of this Coverage Part.

   However, if any "underlying insurance" is written on a claims-made basis, the "retained limit(s)" will only be reduced or exhausted by claims for that insurance that are made during the policy period, or any Extended Reporting Period, of this Coverage Part.

The Aggregate Limit, as described in Paragraph **2.** above, applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV – CONDITIONS

1. **Appeals**

   If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. We will be liable for taxable costs, pre- and postjudgment interest and disbursements.

2. **Bankruptcy**

   a. **Bankruptcy Of Insured**

      Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

   b. **Bankruptcy Of Underlying Insurer**

      Bankruptcy of the "underlying insurer" will not relieve us of our obligations under this Coverage Part.

   However, this insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

3. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense, regardless of the amount, which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

      (1) Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

      (2) Authorize us to obtain records and other information;

(3) Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

(4) Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**4. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**5. Other Insurance**

a. This insurance is excess over, and shall not contribute with any of the other insurance, whether primary, excess, contingent or on any other basis. This condition will not apply to insurance specifically written as excess over this Coverage Part.

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

b. When this insurance is excess over other insurance, we will pay only our share of the "ultimate net loss" that exceeds the sum of:

(1) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(2) The total of all deductible and self-insured amounts under all that other insurance.

**6. Premium Audit**

a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**7. Representations Or Fraud**

By accepting this policy, you agree:

a. The statements in the Declarations are accurate and complete;

b. Those statements are based upon representations you made to us;

c. We have issued this policy in reliance upon your representations; and

d. This policy is void in any case of fraud by you as it relates to this policy or any claim under this policy.

**8. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

**9. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

© ISO Properties, Inc., 2007

CU 00 01 12 07   □

**10. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**11. Loss Payable**

Liability under this Coverage Part shall not apply unless and until the insured or insured's "underlying insurer" has become obligated to pay the "retained limit". Such obligation by the insured to pay part of the "ultimate net loss" shall have been previously determined by a final settlement or judgment after an actual trial or written agreement between the insured, claimant, and us.

**12. Transfer Of Defense**

When the underlying limits of insurance have been used up in the payment of judgments or settlements, the duty to defend will be transferred to us. We will cooperate in the transfer of control to us of any outstanding claims or "suits" seeking damages to which this insurance applies which would have been covered by the "underlying insurance" had the applicable limit not been used up.

**13. Maintenance Of/Changes To Underlying Insurance**

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect.

If there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us as soon as practicable when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

**14. Expanded Coverage Territory**

a. If a "suit" is brought in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from defending the insured, the insured will initiate a defense of the "suit". We will reimburse the insured, under Supplementary Payments, for any reasonable and necessary expenses incurred for the defense of a "suit" seeking damages to which this insurance applies, that we would have paid had we been able to exercise our right and duty to defend.

If the insured becomes legally obligated to pay sums because of damages to which this insurance applies in a part of the "coverage territory" that is outside the United States of America (including its territories and possessions), Puerto Rico or Canada, and we are prevented by law, or otherwise, from paying such sums on the insured's behalf, we will reimburse the insured for such sums.

b. All payments or reimbursements we make for damages because of judgments or settlements will be made in U.S. currency at the prevailing exchange rate at the time the insured became legally obligated to pay such sums. All payments or reimbursements we make for expenses under Supplementary Payments will be made in U.S. currency at the prevailing exchange rate at the time the expenses were incurred.

c. Any disputes between you and us as to whether there is coverage under this policy must be filed in the courts of the United States of America (including its territories and possessions), Canada or Puerto Rico.

d. The insured must fully maintain any coverage required by law, regulation or other governmental authority during the policy period, except for reduction of the aggregate limits due to payments of claims, judgments or settlements.

Failure to maintain such coverage required by law, regulation or other governmental authority will not invalidate this insurance. However, this insurance will apply as if the required coverage by law, regulation or other governmental authority was in full effect.

© ISO Properties, Inc., 2007

**SECTION V – DEFINITIONS**

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

   However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, disability, sickness, or disease sustained by a person, including death resulting from any of these at any time. "Bodily injury" includes mental anguish or other mental injury resulting from "bodily injury".

4. "Coverage territory" means anywhere in the world with the exception of any country or jurisdiction which is subject to trade or other economic sanction or embargo by the United States of America.

5. "Covered auto" means only those "autos" to which "underlying insurance" applies.

6. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

7. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work", or your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any contract or agreement entered into, as part of your business, pertaining to the rental or lease, by you or any of your "employees", of any "auto". However, such contract or agreement shall not be considered an "insured contract" to the extent that it obligates you or any of your "employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

   g. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraphs f. and g. do not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That pertains to the loan, lease or rental of an "auto" to you or any of your "employees", if the "auto" is loaned, leased or rented with a driver; or

   (3) That holds a person or organization engaged in the business of transporting property by "auto" for hire harmless for your use of a "covered auto" over a route or territory that person or organization is authorized to serve by public authority.

   © ISO Properties, Inc., 2007   CU 00 01 12 07   □

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   b. While it is in or on an aircraft, watercraft or "auto"; or

   c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   b. Vehicles maintained for use solely on or next to premises you own or rent;

   c. Vehicles that travel on crawler treads;

   d. Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      (1) Power cranes, shovels, loaders, diggers or drills; or

      (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

   e. Vehicles not described in Paragraph a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      (2) Cherry pickers and similar devices used to raise or lower workers;

   f. Vehicles not described in Paragraph a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Pollution cost or expense" means any loss, cost or expense arising out of any:

   a. Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

   b. Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

17. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   b. Does not include "bodily injury" or "property damage" arising out of:

      (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

      (2) The existence of tools, uninstalled equipment or abandoned or unused materials.

18. "Property damage" means:

   a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

   With respect to the ownership, maintenance or use of "covered autos", property damage also includes "pollution cost or expense", but only to the extent that coverage exists under the "underlying insurance" or would have existed but for the exhaustion of the underlying limits.

   For the purposes of this insurance, with respect to other than the ownership, maintenance or use of "covered autos", electronic data is not tangible property.

   As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

19. "Retained limit" means the available limits of "underlying insurance" scheduled in the Declarations or the "self-insured retention", whichever applies.

20. "Self-insured retention" means the dollar amount listed in the Declarations that will be paid by the insured before this insurance becomes applicable only with respect to "occurrences" or offenses not covered by the "underlying insurance". The "self-insured retention" does not apply to "occurrences" or offenses which would have been covered by "underlying insurance" but for the exhaustion of applicable limits.

21. "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   a. An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent or the "underlying insurer's" consent.

22. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

© ISO Properties, Inc., 2007

CU 00 01 12 07   □

23. "Ultimate net loss" means the total sum, after reduction for recoveries or salvages collectible, that the insured becomes legally obligated to pay as damages by reason of settlement or judgments or any arbitration or other alternate dispute method entered into with our consent or the "underlying insurer's" consent.

24. "Underlying insurance" means any policies of insurance listed in the Declarations under the Schedule of "underlying insurance".

25. "Underlying insurer" means any insurer who provides any policy of insurance listed in the Schedule of "underlying insurance".

26. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

27. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have acquired; and

(2) Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

28. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or operations.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work", and

(2) The providing of or failure to provide warnings or instructions.

 © ISO Properties, Inc., 2007

COMMERCIAL LIABILITY UMBRELLA
CU 00 04 05 09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# RECORDING AND DISTRIBUTION OF MATERIAL OR INFORMATION IN VIOLATION OF LAW EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. Exclusion **u.** of Paragraph **2. Exclusions** of Section **I – Coverage A – Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**u. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

B. Exclusion **a.(17)** of Paragraph **2. Exclusions** of Section **I – Coverage B – Personal And Advertising Injury Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

a. "Personal and advertising injury":

(17) **Recording And Distribution Of Material Or Information In Violation Of Law**

Arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(a) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(b) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(c) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(d) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

       © Insurance Services Office, Inc., 2008             □

COMMERCIAL LIABILITY UMBRELLA
CU 01 91 05 17

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

With respect to coverage for the ownership, maintenance, or use of "covered autos", the term "family member" is replaced by the following:

"Family member" means a person related to you by blood, adoption, marriage or registered domestic partnership under California law, who is a resident of your household, including a ward or foster child.

   © Insurance Services Office, Inc., 2016

COMMERCIAL LIABILITY UMBRELLA
CU 02 23 08 11

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. Paragraphs **2., 3.** and **5.** of the **Cancellation Common Policy Condition** are replaced by the following:

**2. All Policies In Effect For 60 Days Or Less**

If this policy has been in effect for 60 days or less, and is not a renewal of a policy we have previously issued, we may cancel this policy by mailing or delivering to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, advance written notice of cancellation, stating the reason for cancellation, at least:

a. 10 days before the effective date of cancellation if we cancel for:

(1) Nonpayment of premium; or

(2) Discovery of fraud by:

(a) Any insured or his or her representative in obtaining this insurance; or

(b) You or your representative in pursuing a claim under this policy.

b. 30 days before the effective date of cancellation if we cancel for any other reason.

**3. All Policies In Effect For More Than 60 Days**

a. If this policy has been in effect for more than 60 days, or is a renewal of a policy we issued, we may cancel this policy only upon the occurrence, after the effective date of the policy, of one or more of the following:

(1) Nonpayment of premium, including payment due on a prior policy we issued and due during the current policy term covering the same risks.

(2) Discovery of fraud or material misrepresentation by:

(a) Any insured or his or her representative in obtaining this insurance; or

(b) You or your representative in pursuing a claim under this policy.

(3) A judgment by a court or an administrative tribunal that you have violated a California or Federal law, having as one of its necessary elements an act which materially increases any of the risks insured against.

(4) Discovery of willful or grossly negligent acts or omissions, or of any violations of state laws or regulations establishing safety standards, by you or your representative, which materially increase any of the risks insured against.

(5) Failure by you or your representative to implement reasonable loss control requirements, agreed to by you as a condition of policy issuance, or which were conditions precedent to our use of a particular rate or rating plan, if that failure materially increases any of the risks insured against.

(6) A determination by the Commissioner of Insurance that the:

(a) Loss of, or changes in, our reinsurance covering all or part of the risk would threaten our financial integrity or solvency; or

(b) Continuation of the policy coverage would:

(i) Place us in violation of California law or the laws of the state where we are domiciled; or

(ii) Threaten our solvency.

(7) A change by you or your representative in the activities or property of the commercial or industrial enterprise, which results in a materially added, increased or changed risk, unless the added, increased or changed risk is included in the policy.

© Insurance Services Office, Inc., 2011

(8) A material change in limits, type or scope of coverage, or exclusions in one or more of the underlying policies.

(9) Cancellation or nonrenewal of one or more of the underlying policies where such policies are not replaced without lapse.

(10) A reduction in financial rating or grade of one or more insurers, insuring one or more underlying policies based on an evaluation obtained from a recognized financial rating organization.

b. We will mail or deliver advance written notice of cancellation, stating the reason for cancellation, to the first Named Insured, at the mailing address shown in the policy, and to the producer of record, at least:

(1) 10 days before the effective date of cancellation if we cancel for nonpayment of premium or discovery of fraud; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason listed in Paragraph **3.a.**

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. The refund, if any, will be computed on a pro rata basis. However, the refund may be less than pro rata if we made a loan to you for the purpose of payment of premiums for this policy.

The cancellation will be effective even if we have not made or offered a refund.

**B.** The following is added and supersedes any provisions to the contrary:

**Nonrenewal**

If we elect not to renew this policy, we will mail or deliver written notice, stating the reason for nonrenewal, to the first Named Insured shown in the Declarations, and to the producer of record, at least 60 days, but not more than 120 days, before the expiration or anniversary date.

We will mail or deliver our notice to the first Named Insured, and to the producer of record, at the mailing address shown in the policy.

---

**Page 2 of 2**  © Insurance Services Office, Inc., 2011  **CU 02 23 08 11**  □

COMMERCIAL LIABILITY UMBRELLA
CU 21 23 02 02

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

I. The insurance does not apply:

A. Under any Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

B. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

(1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an insured or (b) has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

II. As used in this endorsement:

"Hazardous properties" includes radioactive, toxic or explosive properties.

"Nuclear material" means "source material", "Special nuclear material" or "by-product material".

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material (a) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

© ISO Properties, Inc., 2001

"Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel", or (3) handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

© ISO Properties, Inc., 2001
CU 21 23 02 02

COMMERCIAL LIABILITY UMBRELLA
CU 21 31 01 15

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# EXCLUSION OF OTHER ACTS OF TERRORISM COMMITTED OUTSIDE THE UNITED STATES; CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM**

"Any injury or damage" arising, directly or indirectly, out of an "other act of terrorism" that is committed outside of the United States (including its territories and possessions and Puerto Rico), but within the "coverage territory". However, this exclusion applies only when one or more of the following are attributed to such act:

**1.** The total of insured damage to all types of property exceeds $25,000,000 (valued in US dollars). In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

**2.** Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   **a.** Physical injury that involves a substantial risk of death; or

   **b.** Protracted and obvious physical disfigurement; or

   **c.** Protracted loss of or impairment of the function of a bodily member or organ; or

**3.** The terrorism involves the use, release or escape of nuclear materials, or directly or indirectly results in nuclear reaction or radiation or radioactive contamination; or

**4.** The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

**5.** Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the terrorism was to release such materials.

With respect to this exclusion, Paragraphs **1.** and **2.** describe the thresholds used to measure the magnitude of an incident of an "other act of terrorism" and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**B.** The following definitions are added:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

   **a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act;

CU 21 31 01 15

© Insurance Services Office, Inc., 2015

Page 1 of 2

**b.** The act resulted in damage:

**(1)** Within the United States (including its territories and possessions and Puerto Rico); or

**(2)** Outside of the United States in the case of:

**(a)** An air carrier (as defined in Section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or

**(b)** The premises of any United States mission; and

**c.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**3.** "Other act of terrorism" means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a "certified act of terrorism".

Multiple incidents of an "other act of terrorism" which occur within a seventy-two hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

**D.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

   © Insurance Services Office, Inc., 2015   CU 21 31 01 15

COMMERCIAL LIABILITY UMBRELLA
CU 21 36 01 15

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF PUNITIVE DAMAGES
# RELATED TO A CERTIFIED ACT OF TERRORISM

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**TERRORISM PUNITIVE DAMAGES**

Damages arising, directly or indirectly, out of a "certified act of terrorism" that are awarded as punitive damages.

**B.** The following definition is added:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

© Insurance Services Office, Inc., 2015

COMMERCIAL LIABILITY UMBRELLA
CU 21 42 12 04

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION – EXTERIOR INSULATION AND FINISH SYSTEMS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

1. The design, manufacture, construction, fabrication, preparation, distribution and sale, installation, application, maintenance or repair, including remodeling, service, correction or replacement, of any "exterior insulation and finish system" or any part thereof, or any substantially similar system or any part thereof, including the application or use of conditioners, primers, accessories, flashings, coatings, caulking or sealants in connection with such a system; or

2. "Your product" or "your work" with respect to any exterior component, fixture or feature of any structure if an "exterior insulation and finish system", or any substantially similar system, is used on the part of that structure containing that component, fixture or feature.

**B.** The following definition is added to the Definitions Section:

"Exterior insulation and finish system" means a non-load bearing exterior cladding or finish system, and all component parts therein, used on any part of any structure, and consisting of:

1. A rigid or semi-rigid insulation board made of expanded polystyrene and other materials;

2. The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

3. A reinforced or unreinforced base coat;

4. A finish coat providing surface texture to which color may be added; and

5. Any flashing, caulking or sealant used with the system for any purpose.

COMMERCIAL LIABILITY UMBRELLA
CU 21 50 03 05

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SILICA OR SILICA-RELATED DUST EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

a. "Bodily injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, or ingestion of, "silica" or "silica-related dust".

b. "Property damage" arising, in whole or in part, out of the actual, alleged, threatened or suspected contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

c. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**SILICA OR SILICA-RELATED DUST**

a. "Personal and advertising injury" arising, in whole or in part, out of the actual, alleged, threatened or suspected inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, "silica" or "silica-related dust".

b. Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of, "silica" or "silica-related dust", by any insured or by any other person or entity.

**C.** The following definitions are added to the **Definitions** Section:

1. "Silica" means silicon dioxide (occurring in crystalline, amorphous and impure forms), silica particles, silica dust or silica compounds.

2. "Silica-related dust" means a mixture or combination of silica and other dust or particles.

© ISO Properties, Inc., 2004

COMMERCIAL LIABILITY UMBRELLA
CU 21 56 06 06

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AUTO EXCLUSION OF TERRORISM COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

A. The provisions of this endorsement:

1. Apply only to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" that is a "covered auto" under this Coverage Part; and

2. Supersede the provisions of any other endorsement addressing terrorism attached to this Coverage Part only with respect to "bodily injury" or "property damage" arising out of the ownership, maintenance or use of any "auto" that is a "covered auto".

B. The following definitions are added and apply under this endorsement wherever the term terrorism, or the phrase any injury or damage, are enclosed in quotation marks:

1. "Terrorism" means activities against persons, organizations or property of any nature:

   a. That involve the following or preparation for the following:

      (1) Use or threat of force or violence; or

      (2) Commission or threat of a dangerous act; or

      (3) Commission or threat of an act that interferes with or disrupts an electronic, communication, information, or mechanical system; and

   b. When one or both of the following applies:

      (1) The effect is to intimidate or coerce a government or the civilian population or any segment thereof, or to disrupt any segment of the economy; or

      (2) It appears that the intent is to intimidate or coerce a government, or to further political, ideological, religious, social or economic objectives or to express (or express opposition to) a philosophy or ideology.

2. "Any injury or damage" means any injury or damage covered under any Coverage Part or underlying insurance to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part or underlying insurance.

C. The following exclusion is added:

**EXCLUSION OF TERRORISM**

We will not pay for "any injury or damage" caused directly or indirectly by "terrorism", including action in hindering or defending against an actual or expected incident of "terrorism". "Any injury or damage" is excluded regardless of any other cause or event that contributes concurrently or in any sequence to such injury or damage. **But this exclusion applies only when one or more of the following are attributed to an incident of "terrorism":**

1. The "terrorism" is carried out by means of the dispersal or application of radioactive material, or through the use of a nuclear weapon or device that involves or produces a nuclear reaction, nuclear radiation or radioactive contamination; or

2. Radioactive material is released, and it appears that one purpose of the "terrorism" was to release such material; or

3. The "terrorism" is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials; or

4. Pathogenic or poisonous biological or chemical materials are released, and it appears that one purpose of the "terrorism" was to release such materials; or

© ISO Properties, Inc., 2006

5. The total of insured damage to all types of property exceeds $25,000,000. In determining whether the $25,000,000 threshold is exceeded, we will include all insured damage sustained by property of all persons and entities affected by the "terrorism" and business interruption losses sustained by owners or occupants of the damaged property. For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

6. Fifty or more persons sustain death or serious physical injury. For the purposes of this provision, serious physical injury means:

   a. Physical injury that involves a substantial risk of death; or

   b. Protracted and obvious physical disfigurement; or

   c. Protracted loss of or impairment of the function of a bodily member or organ.

Multiple incidents of "terrorism" which occur within a 72-hour period and appear to be carried out in concert or to have a related purpose or common leadership will be deemed to be one incident, for the purpose of determining whether the thresholds in Paragraphs **C.5.** or **C.6.** are exceeded.

With respect to this Exclusion, Paragraphs **C.5.** and **C.6.** describe the threshold used to measure the magnitude of an incident of "terrorism" and the circumstances in which the threshold will apply, for the purpose of determining whether this Exclusion will apply to that incident. When the Exclusion applies to an incident of "terrorism", there is no coverage under this Coverage Part.

In the event of any incident of "terrorism" that is not subject to this Exclusion, coverage does not apply to "any injury or damage" that is otherwise excluded under this Coverage Part.

 © ISO Properties, Inc., 2006 CU 21 56 06 06 □

COMMERCIAL LIABILITY UMBRELLA
CU 21 58 05 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# COMMUNICABLE DISEASE EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of Section I – Coverage A – Bodily Injury And Property Damage Liability:

**2. Exclusions**

This insurance does not apply to:

**Communicable Disease**

"Bodily injury" or "property damage" arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**a.** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**b.** Testing for a communicable disease;

**c.** Failure to prevent the spread of the disease; or

**d.** Failure to report the disease to authorities.

**B.** The following is added to Paragraph **2.a.** of Section I – Coverage B – Personal And Advertising Injury Liability:

**2. Exclusions**

This insurance does not apply to:

**a.** "Personal and advertising injury":

**Communicable Disease**

Arising out of the actual or alleged transmission of a communicable disease.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:

**(1)** Supervising, hiring, employing, training or monitoring of others that may be infected with and spread a communicable disease;

**(2)** Testing for a communicable disease;

**(3)** Failure to prevent the spread of the disease; or

**(4)** Failure to report the disease to authorities.

© Insurance Services Office, Inc., 2008

POLICY NUMBER:
PLUM186376

**COMMERCIAL LIABILITY UMBRELLA**
**CU 24 05 09 00**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PRODUCTS/COMPLETED OPERATIONS HAZARD REDEFINED

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

### SCHEDULE

| |
|---|
| **Description Of Premises And Operations:** |
|    Your Restaurant Operations |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to "bodily injury" or "property damage" arising out of "your products" manufactured, sold, handled or distributed:

1. On, from or in connection with the use of any premises described in the Schedule, or

2. In connection with the conduct of any operation described in the Schedule, when conducted by you or on your behalf,

Paragraph **a.** of the definition of "Products-completed operations hazard" in the Definitions Section is replaced by the following:

"Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" that arises out of "your products" if the "bodily injury" or "property damage" occurs after you have relinquished possession of those products.

**CU 24 05 09 00**    Copyright, Insurance Services Office, Inc.,  2000    Page 1 of 1    ☐

COMMERCIAL
LIABILITY UMBRELLA
CU 99 00 04 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## UMBRELLA POLICY CUSTOMIZATIONS

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

1. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion a. is deleted and replaced with the following:**

   a. **Expected Or Intended Injury**

   All "Bodily injury" or "property damage" (including any unexpected or unintended portion thereof) if any "bodily injury" or "property damage" was expected or intended from the standpoint of the insured.  This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

2. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion c. is deleted and replaced with the following:**

   c. **Liquor Liability**

   "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

   (1) Causing or contributing to the intoxication of any person;

   (2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

   (3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

   This exclusion does not apply to the extent that valid "underlying insurance" for the liquor liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury" and "property damage".  Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

3. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion d. is deleted and replaced with the following:**

   d. **Workers' Compensation And Similar Laws**

   Any obligation of the insured or the insured's insurer under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

4. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion e. is deleted and replaced with the following:**

   e. **E.R.I.S.A./Employee Benefits**

   Any obligation of the insured under the Employees' Retirement Income Security Act (E.R.I.S.A.), and any amendments thereto or any similar federal, state or local statute, ordinance, regulation or precedent related to employee benefits.

5. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion g. is deleted and replaced with the following:**

   g. **Employer's Liability**

   "Bodily injury" to:

   (1) An "employee" of the insured arising out of and in the course of:

   (a) Employment by the insured; or

   (b) Performing duties related to the conduct of the insured's business; or

   (2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph (1) above.

   This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

**COMMERCIAL LIABILITY UMBRELLA** – Umbrella Policy Customizations Endorsement

---

With respect to injury arising out of a "covered auto", this exclusion does not apply to "bodily injury" to domestic "employees" not entitled to workers' compensation benefits. For the purposes of this insurance, a domestic "employee" is a person engaged in household or domestic work performed principally in connection with a residence premises.

This exclusion does not apply to the extent that valid "underlying insurance" for the employer's liability risks described above exists or would have existed but for the exhaustion of underlying limits for "bodily injury". Coverage provided will follow the provisions, exclusions and limitations of the "underlying insurance" unless otherwise directed by this insurance.

6. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion h. is deleted and replaced with the following:**

   h. **Employment-Related Practices**

   "Bodily injury" to or "property damage" to the property of:

   (1) A person arising out of any:

   (a) Refusal to employ that person;

   (b) Termination of that person's employment; or

   (c) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

   (2) The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs (a), (b), or (c) above is directed.

   This exclusion applies whether the injury-causing event described in Paragraphs (a), (b) or (c) above occurs before employment, during employment or after employment of that person.

   This exclusion applies whether the insured may be liable as an employer or in any other capacity, and to any obligation to share damages with or repay someone else who must pay damages because of the injury.

7. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion i. is deleted and replaced with the following:**

   i. **Pollution**

   (1) "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time; or

   (2) "Pollution cost or expense".

8. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion j. is deleted and replaced with the following:**

   j. **Aircraft Or Watercraft**

   "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

   This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft or watercraft that is owned or operated by or rented or loaned to any insured.

9. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion o. is deleted and replaced with the following:**

   o. **Damage To Your Work**

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

10. **SECTION I – COVERAGE A – In Paragraph 2., Exclusion s. is modified as follows:**

    Numbers **(10)** and **(11)** under Exclusion **s.** are deleted and replaced with the following:

---

COMMERCIAL LIABILITY UMBRELLA – Umbrella Policy Customizations Endorsement

(10) Tattooing, body piercing services (except ear lobe piercing);

(11) Services in the practice of pharmacy;

Number **(14)** is added:

(14) Computer or software design, advice or consultation, programming services including virus protection, firewall or website design.

**11. SECTION I – COVERAGE A – In Paragraph 2., Exclusion v. is added:**

**v. Directors and Officers**

Liability for a wrongful act, error, omission or breach of duty by an insured in the performance of the office of director or officer of a corporation.

**12. SECTION I – COVERAGE A – In Paragraph 2., Exclusion w. is added:**

**w. Cross Suits**

"Bodily injury" or "property damage" initiated, alleged or caused by a named insured covered by this policy against any other named insured covered by this policy.

**13. SECTION I – COVERAGE A – In Paragraph 2., Exclusion x. is added:**

**x. Nuclear, Biological, Chemical or Radiological**

"Bodily injury" or "property damage" arising, in whole or in part, directly or indirectly, out of one of the following:

(1) The use, release, or escape of nuclear materials, or directly or indirectly resulting in nuclear reaction or radiation or radioactive contamination; or

(2) The dispersal, application, or release of pathogenic or poisonous biological or chemical materials.

Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of nuclear, biological, chemical or radiological contamination.

**14. SECTION I – COVERAGE B – In Paragraph 2., Exclusion a. "Personal and Advertising Injury", number (5) is deleted and replaced with the following:**

(5) **Contractual Liability**

For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to:

(a) Liability for damages that the insured would have in the absence of the contract or agreement.

**15. SECTION I – COVERAGE B – In Paragraph 2., Exclusion a. "Personal and Advertising Injury", number (10) is deleted and replaced with the following:**

(10) **Insureds In Media And Internet Type Businesses**

Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

**16. SECTION I – COVERAGE B – In Paragraph 2., Exclusion a. "Personal and Advertising Injury", number (15) is amended as follows:**

Letters **(j)** and **(k)** are deleted and replaced with the following:

(j) Tattooing, body piercing services (except ear lobe piercing);

(k) Services in the practice of pharmacy;

Letter **(n)** is added:

(n) Computer or software design, advice or consultation, programming services, including virus protection, firewall or website design.

**17. SECTION I – COVERAGE B – In Paragraph 2., Exclusion a. "Personal and Advertising Injury", numbers 18, 19, 20, 21, 22, 23, and 24 are added:**

(18) **Insured's Website**

"Personal and Advertising Injury" arising directly or indirectly out of:

(a) Your placement of advertising for others on your website or a link to, or a reference to, a website or web address of others on your website.

COMMERCIAL LIABILITY UMBRELLA – Umbrella Policy Customizations Endorsement

(b) Your placement of content or company, brand or product information from others on your website or on any frame or border within your website.

(c) Software or programming related to your website's design, appearance or functions.

**(19) Directors and Officers**

Liability for a wrongful act, error, omission or breach of duty by an insured in the performance of the office of director or officer of a corporation.

**(20) Discrimination/Harassment**

Arising out of discrimination, harassment, or humiliation, by an officer, director, member or partner of insured.

**(21) Securities**

Arising out of representations made by you or your agents regarding the value or suitability of any securities, or the fluctuation in value of any stocks, bonds or other securities.

**(22) Unfair Competition**

Violation of antitrust laws, state and federal laws governing restrictions on trade, unfair competition or deceptive advertising.

**(23) Cross Suits**

Initiated, alleged or caused by a named insured covered by this policy against any other named insured covered by this policy.

**(24) Nuclear, Biological, Chemical or Radiological**

"Personal and advertising injury" arising, in whole or in part, directly or indirectly, out of one of the following:

(1) The use, release, or escape of nuclear materials, or directly or indirectly resulting in nuclear reaction or radiation or radioactive contamination; or

(2) The dispersal, application, or release of pathogenic or poisonous biological or chemical materials.

Any loss, cost or expense arising, in whole or in part, out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to or assessing the effects of nuclear, biological, chemical or radiological contamination.

**18. SECTION II – WHO IS AN INSURED – Paragraph c. is deleted.**

**19. SECTION III – LIMITS OF INSURANCE - Paragraph 5. is renumbered to number 7, and numbers 5 and 6 are added:**

5. Subject to Paragraph **(2)** above, if a Sublimit of Insurance is shown in the Declarations for Liquor Liability, the most we will pay for the sum of all "ultimate net loss" for Liquor Liability will be that Sublimit of Insurance shown in the Declarations.

6. Subject to Paragraph **(2)** above, if a Sublimit of Insurance is shown in the Declarations for Professional Liability, the most we will pay for the sum of all "ultimate net loss" for Professional Liability will be that Sublimit of Insurance shown in the Declarations.

**20. SECTION IV – CONDITIONS - Paragraph 1. Appeals is deleted and replaced with the following:**

1. **Appeals**

If the "underlying insurer" or insured elects not to appeal a judgment in excess of the "retained limit", we may do so at our own expense. Our limit of liability shall not be increased because of such appeal. We will however be liable for taxable costs, pre- and postjudgment interest and disbursements. Where the "underlying insurers" terminate their liability to interest on the judgment by an offer to pay the limits, you shall demand that such limits be paid. If the appeal is successful, such amounts not obligated to be paid shall be returned to the "underlying insurer".

**21. SECTION IV – CONDITIONS - Paragraph 2. Bankruptcy is deleted and replaced with Financial Impairment as follows:**

2. **Financial Impairment**

Bankruptcy, rehabilitation, receivership, liquidation or other financial impairment of you or any "underlying insurer" shall neither relieve nor increase any of our obligations under this policy.

**COMMERCIAL LIABILITY UMBRELLA – Umbrella Policy Customizations Endorsement**

In the event there is a diminished recovery or no recovery available to you as a result of such financial impairment of an insurer providing scheduled "underlying insurance" the coverage under this policy shall apply only in excess of the limits of insurance stated in the "scheduled underlying insurance". Under no circumstances shall we be required to drop down and replace the limits of insurance, or assume the obligations of a financially impaired insurer.

This insurance will not replace the "underlying insurance" in the event of bankruptcy or insolvency of the "underlying insurer". This insurance will apply as if the "underlying insurance" were in full effect.

**22. SECTION IV – CONDITIONS - Paragraph 6. Premium Audit is deleted and replaced with the following:**

**6. Premium Audit**

   a. We will compute all premiums for this Coverage Part in accordance with our rules and rates.

   b. Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured. We may increase the premium if the scope of the insureds operations have changed.

   c. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**23. SECTION IV – CONDITIONS - Paragraph 9. Transfer Of Rights Of Recovery Against Others To Us is deleted and replaced with the following:**

**9. Transfer Of Rights Of Recovery Against Others To Us/Subrogation**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. Any recoveries shall be applied first to reimburse any interests (including the insured) that may have paid any amounts in excess of our liability under this policy; then to reimburse us for any indemnity hereunder; and lastly to reimburse such interests (including the insured) as to which this policy is in excess, as are entitled to any residue, if any.

When we assist in pursuit of the insureds right of recovery, reasonable expenses resulting therefrom shall be apportioned among all interests in the ratio of their respective recoveries.

**24. SECTION IV – CONDITIONS - Paragraph 10. When We Do Not Renew is deleted and replaced with Nonrenewal/Cancellation as follows:**

**10. Nonrenewal/Cancellation**

If we decide not to renew this Policy, we will mail or deliver to the first Named Insured written notice of the nonrenewal not less than 30 days before the expiration date, or within the time period specified under applicable law.

If we decide to cancel this Policy we will mail or deliver to the Named Insured shown in the Declarations notice of cancellation, not less than 10 days prior to the date of cancellation if cancellation is based on non-payment of premium, and not less than 30 days prior to cancellation for other reasons, or such other period of time as may be required under applicable law.

If notice of non-renewal or cancellation is mailed, proof of mailing will be sufficient proof of notice, unless additional or other proof is required under applicable law.

**25. SECTION IV – CONDITIONS - Paragraph 13. Maintenance Of/Changes To Underlying Insurance is deleted and replaced with the following:**

**13. Maintenance Of/Changes To Underlying Insurance**

The "underlying insurance" listed in the Schedule of "underlying insurance" in the Declarations shall remain in full effect throughout the policy period except for reduction of the aggregate limit due to payment of claims, settlement or judgments.

Failure to maintain "underlying insurance" will not invalidate this insurance. However, this insurance will apply as if the "underlying insurance" were in full effect subject to the terms and conditions in effect on the date such underlying insurance was scheduled in the Declarations.

COMMERCIAL LIABILITY UMBRELLA – Umbrella Policy Customizations Endorsement

In the event that "underlying insurance" has been cancelled, non-renewed or terminated, we may cancel this policy and/or charge an additional premium.

If underlying insurance is terminated or there is an increase in the scope of coverage of any "underlying insurance" during the term of this policy, our liability will be no more than it would have been if there had been no such increase.

You must notify us immediately when any "underlying insurance" is no longer in effect or if the limits or scope of coverage of any "underlying insurance" is changed.

26. **SECTION IV – CONDITIONS - Paragraph 15. Settlement of Claims or Suit is added as follows:**

   15. **Settlement of Claims or Suit**

   We may pay but are not obligated to pay any part or all of the amount of the "retained limit" to effect settlement of a claim or "suit". Upon notification of the action taken you shall promptly reimburse us for such part of the "retained limit" that we have paid. All named insureds are jointly and severally responsible for our reimbursement and agree to make such reimbursement within 30 days after we give you written notice or demand for payment.

27. **SECTION V – DEFINITIONS - Paragraph 4. is deleted and replaced with the following:**

   4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

   c. All other parts of the world if the injury or damage arises out of:

   (1) Goods or products made or sold by you in the territory described in **a.** above;

   (2) The activities of a person whose home is in the territory described in **a.** above, but is away for a short time on your business; except for liability arising out of the maintenance, ownership or use of a covered "auto";

   (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication; or

   (4) Liability arising from use of a covered "auto" of the private passenger type that is leased, hired, rented or borrowed without a driver for a period of 30 days or less;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

   In the event underlying insurance provided by a company other than us contains applicable provisions which are more restrictive and/or afford less coverage than those contained in Section **4. c.** coverage provided will follow such provisions. Under no circumstances shall coverage drop down below the retained limit due to a difference in the definitions of coverage territory provided by this coverage part and the applicable definitions in the underlying coverages.

COMMERCIAL
LIABILITY UMBRELLA
CU 99 02 04 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**ASBESTOS**

a. "Bodily injury" or "property damage" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

b. Any damages, judgments, settlements, loss, costs or expenses that:

(1) May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;

(2) Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or

(3) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effect of an asbestos presence.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**ASBESTOS**

a. "Personal and Advertising Injury" arising out of an exposure or threat of exposure to the actual or alleged properties of asbestos and includes the mere presence of asbestos in any form.

b. Any damages, judgments, settlements, loss, costs or expenses that:

(1) May be awarded or incurred by reason of any claim or "suit" alleging actual or threatened injury or damage of any nature or kind to persons or property which would not have occurred in whole or in part but for the presence of asbestos;

(2) Arise out of any request, demand, order to statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, encapsulate, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of an asbestos presence; or

(3) Arise out of any claim or suit for damages because of testing for, monitoring, cleaning up, removing, encapsulating, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effect of an asbestos presence.

COMMERCIAL
LIABILITY UMBRELLA
CU 99 03 04 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LEAD EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**LEAD**

**a.** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened exposure to lead, paint containing lead, or any other material or substance containing lead; or

**b.** Any loss, cost or expenses arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, or any other material or substance containing lead;

**(2)** Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, or any other material or substance containing lead.

**B.** The following exclusion is added to Paragraph **2.**, **Exclusions** of **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**LEAD**

**a.** "Personal and Advertising Injury" arising out of the actual, alleged or threatened exposure to lead, paint containing lead, or any other material or substance containing lead; or

**b.** Any loss, cost or expenses arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove or contain, or in any way respond to, or assess the effects of lead, paint containing lead, or any other material or substance containing lead;

**(2)** Claim or "suit" by or on behalf of any person, organization or governmental authority for damages because of testing for, monitoring, cleaning up or removing, containing, or in any way responding to, or assessing the effects of lead, paint containing lead, or any other material or substance containing lead.

COMMERCIAL
LIABILITY UMBRELLA
CU 99 05 04 09

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of **SECTION I – COVERAGE A – BODILY INJURY AND PROPERTY DAMAGE LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

If coverage for "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption exists in the "underlying insurance" then this exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of **SECTION I – COVERAGE B – PERSONAL AND ADVERTISING INJURY LIABILITY:**

**2. Exclusions**

This insurance does not apply to:

**FUNGI OR BACTERIA**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or by-products produced or released by fungi.

COMMERCIAL
LIABILITY UMBRELLA
CU 99 11 05 13

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CALIFORNIA CHANGES – CANCELLATION PREMIUM DUE

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART
CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL ENDORSEMENT

Paragraph **A.5.** of the CALIFORNIA CHANGES – CANCELLATION AND NONRENEWAL ENDORSEMENT is amended as follows:

5.  If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. Final Premium will not be less than the pro rata share of the minimum premium.  If the first Named Insured cancels, the refund may be less than pro rata based on our other than pro rata cancellation factor and procedure. Final Premium will not be less than the full policy minimum premium. The cancellation will be effective even if we have not made or offered a refund.

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.

COMMERCIAL
LIABILITY UMBRELLA
CU 99 20 02 18

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CANNABIS EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY UMBRELLA COVERAGE PART

**A.** The following exclusion is added:

This insurance does not apply to:

**1.** "Bodily injury", "property damage" or "personal and advertising injury" arising out of, caused by, or attributable to, whether in whole or in part, the following:

**a.** The design, manufacture, distribution, sale, serving, furnishing, use or possession of "cannabis";

**b.** The actual, alleged, threatened or suspected inhalation, ingestion, absorption or consumption of, contact with, exposure to, existence of, or presence of "cannabis"; or

**2.** "Property damage" to "cannabis".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved that which is described in Paragraph **A.1.** or **A.2.** above.

However, this exclusion does not apply to any "cannabis" that is not designed, manufactured, distributed, sold, served or furnished for bodily:

**a.** Ingestion;

**b.** Inhalation;

**c.** Absorption; or

**d.** Consumption.

**B.** The exclusion in Paragraph **A.** above does not apply to the extent that valid "underlying insurance" for the cannabis related liability risks described in Paragraph **A.** above exists or would have existed but for the exhaustion of underlying limits for "bodily injury", "property damage" or "personal and advertising injury". To the extent the exclusion in Paragraph **A.** above does not apply, the insurance provided under this Coverage Part for the cannabis related liability risks described in Paragraph **A.** above will follow the same provisions, exclusions and limitations that are contained in the applicable "underlying insurance", unless otherwise directed by this insurance.

**C.** The following definition is added to the **Definitions** section:

"Cannabis":

**1.** Means:

Any good or product that consists of or contains any amount of Tetrahydrocannabinol (THC) or any other cannabinoid, regardless of whether any such THC or cannabinoid is natural or synthetic.

**2.** Paragraph **C.1.** above includes, but is not limited to, any of the following containing such THC or cannabinoid:

**a.** Any plant of the genus Cannabis L., or any part thereof, such as seeds, stems, flowers, stalks and roots; or

**b.** Any compound, byproduct, extract, derivative, mixture or combination, such as, but not limited to:

**(1)** Resin, oil or wax;

**(2)** Hash or hemp; or

**(3)** Infused liquid or edible cannabis;

whether derived from any plant or part of any plant set forth in Paragraph **C.2.a.** above or not.

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

POLICY NUMBER: PLUM186376

IL 09 85 01 15

**THIS ENDORSEMENT IS ATTACHED TO AND MADE PART OF YOUR POLICY IN RESPONSE TO THE DISCLOSURE REQUIREMENTS OF THE TERRORISM RISK INSURANCE ACT. THIS ENDORSEMENT DOES NOT GRANT ANY COVERAGE OR CHANGE THE TERMS AND CONDITIONS OF ANY COVERAGE UNDER THE POLICY.**

# DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT

### SCHEDULE

| SCHEDULE – PART I |
|---|
| Terrorism Premium (Certified Acts)    $ 72.00 |
| This premium is the total Certified Acts premium attributable to the following Coverage Part(s), Coverage Form(s) and/or Policy(ies): |
| Commercial Liability Umbrella Coverage Form |
| |
| Additional information, if any, concerning the terrorism premium: |
| |

| SCHEDULE – PART II |
|---|
| Federal share of terrorism losses    80      % Year: 2020 |
| (Refer to Paragraph **B.** in this endorsement.) |
| |
| Federal share of terrorism losses           % Year: 2021 |
| (Refer to Paragraph **B.** in this endorsement.) |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A. Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under the Terrorism Risk Insurance Act. The portion of your premium attributable to such coverage is shown in the Schedule of this endorsement or in the policy Declarations.

   © Insurance Services Office, Inc., 2015

**B. Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share equals a percentage (as shown in Part II of the Schedule of this endorsement or in the policy Declarations) of that portion of the amount of such insured losses that exceeds the applicable insurer retention. However, if aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year, the Treasury shall not make any payment for any portion of the amount of such losses that exceeds $100 billion.

**C. Cap On Insurer Participation In Payment Of Terrorism Losses**

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

© Insurance Services Office, Inc., 2015

IL 09 85 01 15

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004



**Berkshire Hathaway GUARD** Insurance Companies

P.O. Box A-H
Wilkes-Barre, PA 18703-0020
570-825-9900
800-673-2465
www.guard.com

# PRIVACY POLICY

Rev. August, 2019

## WHAT DO BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES DO WITH YOUR PERSONAL INFORMATION?

| **FACTS** | Berkshire Hathaway GUARD Insurance Companies include: AmGUARD Insurance Company, AZGUARD Insurance Company, EastGUARD Insurance Company, NorGUARD Insurance Company, WestGUARD Insurance Company, GUARDCo, Inc., (a medical management affiliate). |
|---|---|
| **Why?** | Financial Companies choose how they share your personal information. Federal and State law gives consumers the right to limit some, but not all, sharing. Federal law also requires us to tell you how we collect, share, and protect your personal information. Please read this notice carefully to understand what we do. |
| **What?** | The types of personal information we collect and share depend upon the product or service you have with us. This information can include:<br>• **Social Security Number, date of birth, driving record, income**<br>• **Credit history, credit-based insurance scores, insurance claim history, payment history**<br>When you are no longer our customer, we continue to share your information as described in this notice. |
| **How?** | All financial companies may need to share customers' personal information to run their everyday business. In the section below, we list the reasons insurance companies share their customers' personal information; the reasons we choose to share; and whether you can limit this sharing. |

| **REASONS WE CAN SHARE YOUR PERSONAL INFORMATION** | **Does Berkshire Hathaway GUARD share?** | **Can you limit this sharing?** |
|---|:---:|:---:|
| **For our everyday business purposes—**<br>such as to process your transactions, maintain your account(s), respond to court orders and legal investigations, comply with government agency examinations/procedures, or report your creditworthiness. | Yes | No |
| **For our marketing/processing purposes—**<br>to offer our products and services to you.<br>(We may also disclose information received from you with companies that perform services for us.) | Yes | No |
| **For our affiliates' everyday business purposes—**<br>information about your transactions and experiences. | Yes | No |
| **For our affiliates' everyday business purposes—**<br>information about your creditworthiness. | Yes | Yes |
| **For our affiliates to market to you** | Yes | Yes |
| **For non-affiliates to market to you** | Yes | Yes |
| **To limit our sharing** | Call Customer Service at 1-800-673-2465 or visit us online at www.guard.com/privacy.<br><br>Please note: If you are a new customer, we can begin sharing your information 30 days from the date we provided this notice. When you are no longer our customer, we continue to share your information as described in this notice in accordance with applicable law. However, you can contact us at any time to limit our sharing in accordance with the table above. | |
| **Questions?** | Call Customer Service at 1-800-673-2465. | |

Includes Copyrighted Material of the National Association of Insurance Commissioners

BHGIC-672-08-19

**PAGE 2**

| Who we are | |
| --- | --- |
| **Who is providing this notice?** | Berkshire Hathaway GUARD Insurance Companies (including property and casualty licensees AmGUARD Insurance Company, AZGUARD Insurance Company, NorGUARD Insurance Company, EastGUARD Insurance Company, and/or WestGUARD Insurance Company as well as GUARDCo, Inc.) is providing this notice. References in this form to "us", "we" or "our" refers to these companies. |

| What we do | |
| --- | --- |
| **How do we protect your personal information?** | To protect your personal information from unauthorized access and use, we implement security measures that comply with applicable law. These measures include computer safeguards and secured files and buildings. |
| **How do we collect your personal information?** | We collect your personal information, for example, when you:<br>• apply for insurance<br>• pay insurance premiums<br>• file an insurance claim<br>• give us your income information<br>• give us your contact information.<br><br>We also collect your personal information from others (such as credit bureaus, affiliates, or other companies) including, for example, from:<br>• your insurance agent or producer<br>• your transactions with our affiliates listed below or other consumer reporting agencies. |
| **Why can't I limit all sharing?** | Applicable law gives you the right to limit only:<br>• sharing for affiliates everyday business purposes – information about your creditworthiness and insurability<br>• affiliates from using your information to market to you<br>• sharing for non-affiliates to market to you. |
| **What happens when I limit sharing for a policy I hold jointly with someone else?** | Your choices will apply to everyone on your policy. |

| Definitions | |
| --- | --- |
| *Affiliates* | *Companies (other than the companies identified in "Facts" above) that are related to us by common ownership or control of Berkshire Hathaway Inc. Affiliates can be financial and nonfinancial companies.* |
| *Non-affiliates* | *Companies not related to us by common ownership or control, which can be financial and nonfinancial companies.* |
| *Marketing* | *The promotion or advertising of insurance products or services to you. Marketing partners may include, but are not limited to, insurance licensees such as insurance agents appointed by us or their affiliates.* |

| Other Important Information |
| --- |
| **Important Information about Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report. |
| **For California Residents:** If you opt out, we will not share information we collect about you with nonaffiliated third parties, except as permitted by California law, such as to process your transactions or to maintain your account. |
| **For Vermont Residents:** We will not disclose information about your creditworthiness to our affiliates and will not disclose your personal information, financial information, credit report, or health information to nonaffiliated third parties to market to you, other than as permitted by Vermont law, unless you authorize us to make those disclosures. |

Includes Copyrighted Material of the National Association of Insurance Commissioners

BHGIC-672-08-19

# Exhibit D

BP IN 01 01 10

# BUSINESSOWNER'S COVERAGE FORM INDEX

This index is provided only as a convenience. It should not be assumed to provide a reference to every provision that can affect a question, claim or coverage. To determine the full scope of coverage and pertinent restrictions and exclusions, the policy (including endorsements) must be read in its entirety. The features may also be affected by related provisions not referenced at all in the index, or noted elsewhere in it. For instance, an **Exclusion** feature addresses a specific policy exclusion; but restrictions of coverage and exclusions also appear within the areas where coverage, covered causes of loss, etc., are described.

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Abandonment Property Loss Condition | 21 | Business Liability Coverage | 30-32 |
| Accounts Receivable Coverage Extension | 14 | Business Personal Property Coverage | 1 |
| Accounts Receivable Exclusion | 20 | Business Personal Property Limit – Seasonal Increase (Limit Of Insurance) | 20-21 |
| Acts Or Decisions Exclusion | 19 | Cancellation Condition | 46 |
| Additional Coverages | 3-12 | Certain Computer-related Losses Exclusion | 16-17 |
| Additional Exclusion – Loss Or Damage To Products Exclusion | 19 | Changes Condition | 46 |
| "Advertisement" Definition | 42 | Changes In Or Extremes Of Temperature Exclusion | 18 |
| Aggregate Limits (Liability And Medical Expenses Limits Of Insurance) | 41 | Civil Authority Additional Coverage | 7-8 |
| Aircraft, Auto Or Watercraft Exclusion | 35 | Collapse Additional Coverage | 4-5 |
| Appraisal Property Loss Condition | 21 | Collapse Exclusion | 18 |
| "Auto" Definition | 42 | "Computer" Definition | 28 |
| Bankruptcy General Condition | 41 | Concealment, Misrepresentation Or Fraud Condition | 46 |
| "Bodily Injury" Definition | 42 | Consequential Losses Exclusion | 17 |
| Building Coverage | 1 | Continuous Or Repeated Seepage Or Leakage Of Water Exclusion | 19 |
| Building Limit – Automatic Increase (Limits Of Insurance) | 20 | Contractual Liability Exclusion | 33 |
| Business Income Additional Coverage | 5-7 | Control Of Property General Condition | 25 |
| Business Income And Extra Expense Exclusions | 19-20 | "Counterfeit Money" Definition | 29 |
| Business Income From Dependent Properties Additional Coverage | 9-10 | Coverage Extension – Supplementary Payments (Business Liability Coverage) | 31-32 |

**BUSINESSOWNER'S COVERAGE FORM INDEX**

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Coverage Extensions – Section I – Property | 12-14 | Errors Or Omissions Exclusion | 19 |
| "Coverage Territory" Definition | 42 | Examination Of Your Books And Records Condition | 46 |
| Covered Causes Of Loss | 2 | Exclusions – Section I – Property | 14-20 |
| Covered Property | 1 | Exclusions – Section II – Liability | 32-40 |
| Damage To Impaired Property Or Property Not Physically Injured Exclusion | 36 | "Executive Officer" Definition | 43 |
| Damage To Property Exclusion | 36 | Expected Or Intended Injury Exclusion | 33 |
| Damage To Your Product Exclusion | 36 | Exposed Property Exclusion | 18 |
| Damage To Your Work Exclusion | 36 | Extended Business Income Coverage (Business Income Additional Coverage) | 6-7 |
| Dampness Or Dryness Of Atmosphere Exclusion | 18 | Extra Expense Additional Coverage | 7 |
| Debris Removal Additional Coverage | 3-4 | False Pretense Exclusion | 18 |
| Deductibles | 21 | Fire Department Service Charge Additional Coverage | 4 |
| Dishonesty Exclusion | 17-18 | Fire Extinguisher Systems Recharge Expense Additional Coverage | 10 |
| Duties In The Event Of Loss Or Damage Property Loss Condition | 21-22 | Forgery Or Alteration Additional Coverage | 8 |
| Duties In The Event Of Occurrence, Offense, Claim Or Suit General Condition | 41-42 | Frozen Plumbing Exclusion | 17 |
| Earth Movement Exclusion | 15 | "Fungi" Definition | 29 |
| Electrical Apparatus Exclusion | 17 | "Fungi", Wet Rot Or Dry Rot Exclusion | 17 |
| Electrical Disturbance Exclusion | 19 | Glass Expenses Additional Coverage | 10 |
| Electronic Data Additional Coverage | 10-11 | Governmental Action Exclusion | 15 |
| "Electronic Data" Definition | 29 | "Hostile Fire" Definition | 43 |
| Electronic Data Exclusion | 38 | "Impaired Property" Definition | 43 |
| "Employee" Definition | 42 | Increased Cost Of Construction Additional Coverage | 8-9 |
| Employee Dishonesty Optional Coverage | 26-27 | Inspections And Surveys Condition | 47 |
| Employer's Liability Exclusion | 33 | Insurance Under Two Or More Coverages Condition | 47 |
| Equipment Breakdown Protection Optional Coverage | 28-29 | "Insured Contract" Definition | 43 |

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.   **BP IN 01 01 10**

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| Installation, Testing, Repair Exclusion | 19 | Money Orders And "Counterfeit Money" Additional Coverage | 8 |
| Interruption Of Computer Operations Additional Coverage | 11 | Mortgageholders Property General Condition | 25 |
| "Leased Worker" Definition | 43 | Neglect Exclusion | 18 |
| Legal Action Against Us General Condition Section II – Liability | 42 | Negligent Work Exclusion | 19 |
| Legal Action Against Us Property Loss Condition – Section I – Property | 22 | Nesting Or Infestation Exclusion | 18 |
| Liability And Medical Expenses Definitions | 42-45 | Newly Acquired Or Constructed Property Coverage Extension | 13 |
| Liability And Medical Expenses General Conditions | 41-42 | No Benefit To Bailee Property General Condition | 25 |
| Liability And Medical Expenses Limits Of Insurance | 41 | Nuclear Energy Liability Exclusion | 38-40 |
| Liberalization Condition | 47 | Nuclear Hazard Exclusion | 15 |
| Limitations | 2-3 | "Occurrence" Definition | 44 |
| Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage | 11-12 | "Operations" Definition | 29 |
| Limits Of Insurance – Section I – Property | 20 | Optional Coverages | 25-29 |
| Liquor Liability Exclusion | 33 | Ordinance Or Law Exclusion | 15 |
| "Loading Or Unloading" Definition | 43 | Other Insurance Condition | 47 |
| Loss Payment Property Loss Condition | 22-24 | Other Types Of Loss Exclusion | 18 |
| "Manager" Definition | 29 | Outdoor Property Coverage Extension | 13 |
| Marring Or Scratching Exclusion | 18 | Outdoor Signs Optional Coverage | 25-26 |
| Mechanical Breakdown Exclusion | 18 | "Period Of Restoration" Definition | 29 |
| Medical Expenses Coverage | 32-33 | "Personal And Advertising Injury" Definition | 44 |
| Medical Expenses Exclusions | 38-40 | Personal And Advertising Injury Exclusion | 37 |
| "Member" Definition | 29 | Personal Effects Coverage Extension | 13 |
| "Mobile Equipment" Definition | 43-44 | Personal Property Off-premises Coverage Extension | 13 |
| Mobile Equipment Exclusion | 35 | Policy Period, Coverage Territory Property General Condition | 25 |
| Money And Securities Optional Coverage | 26 | Pollutant Clean-up And Removal Additional Coverage | 7 |
| "Money" Definition | 29 | "Pollutants" Definition – Section I – Property | 29 |

## BUSINESSOWNER'S COVERAGE FORM INDEX

| Businessowners Coverage Feature | Page Number | Businessowners Coverage Feature | Page Number |
|---|---|---|---|
| "Pollutants" Definition – Section II – Liability | 44 | "Specified Causes Of Loss" Definition | 30 |
| Pollution Exclusion – Section I – Property | 18 | Steam Apparatus Exclusion | 17 |
| Pollution Exclusion – Section II – Liability | 33-35 | "Stock" Definition | 30 |
| Premium Audit Condition | 47-48 | "Suit" Definition | 45 |
| Premiums Condition | 47 | "Temporary Worker" Definition | 45 |
| Preservation Of Property Additional Coverage | 4 | Transfer Of Rights Of Recovery Against Others To Us Condition | 48 |
| "Products-completed Operations Hazard" Definition | 44-45 | Transfer Of Your Rights And Duties Under This Policy Condition | 48 |
| Professional Services Exclusion | 35-36 | Utility Services Exclusion | 15-16 |
| "Property Damage" Definition | 45 | Vacancy Property Loss Condition | 24-25 |
| Property Definitions | 29-30 | Valuable Papers And Records Coverage Extension | 14 |
| Property General Conditions | 25 | "Valuable Papers And Records" Definition | 30 |
| Property Loss Conditions | 21-25 | Violation Of Customer Protection Statutes Exclusion | 38 |
| Property Not Covered | 2 | Virus Or Bacteria Exclusion | 17 |
| Recall Of Products, Work Or Impaired Property Exclusion | 37 | "Volunteer Worker" Definition | 45 |
| Recovered Property Loss Condition | 24 | War And Military Action Exclusion | 16 |
| Resumption Of Operations Property Loss Condition | 24 | War Exclusion | 35 |
| Rust Or Other Corrosion Exclusion | 18 | Water Damage, Other Liquids, Powder Or Molten Material Damage Additional Coverage | 5 |
| Section I – Property | 1-30 | Water Exclusion | 16 |
| Section II – Liability | 30-45 | Wear And Tear Exclusion | 18 |
| Section III – Common Policy Conditions | 46-48 | Weather Conditions Exclusion | 19 |
| "Securities" Definition | 29 | Who Is An Insured | 40-41 |
| Separation Of Insureds General Condition | 42 | Workers' Compensation And Similar Laws Exclusion | 33 |
| Settling, Cracking, Shrinking Or Expansion Exclusion | 18 | "Your Product" Definition | 45 |
| Smog Exclusion | 18 | "Your Work" Definition | 45 |
| Smoke, Vapor, Gas Exclusion | 17 | | |

# BUSINESSOWNER'S COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this Coverage Form the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

In Section II – Liability, the word "insured" means any person or organization qualifying as such under Paragraph **C.** Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Paragraph **H.** Property Definitions in Section I – Property and Paragraph **F.** Liability And Medical Expenses Definitions in Section II – Liability.

## SECTION I – PROPERTY

### A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

#### 1. Covered Property

Covered Property includes Buildings as described under Paragraph **a.** below, Business Personal Property as described under Paragraph **b.** below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph **2.** Property Not Covered.

**a.** Buildings, meaning the buildings and structures at the premises described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery; and

**(b)** Equipment;

**(4)** Your personal property in apartments, rooms or common areas furnished by you as landlord;

**(5)** Personal property owned by you that is used to maintain or service the buildings or structures or the premises, including:

**(a)** Fire extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(6)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the buildings or structures;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the buildings or structures.

**b.** Business Personal Property located in or on the buildings at the described premises or in the open (or in a vehicle) within 100 feet of the described premises, including:

**(1)** Property you own that is used in your business;

**(2)** Property of others that is in your care, custody or control, except as otherwise provided in Loss Payment Property Loss Condition Paragraph **E.5.d.(3)(b)**;

**(3)** Tenant's improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(4)** Leased personal property which you have a contractual responsibility to insure, unless otherwise provided for under Paragraph **1.b.(2)**; and

**(5)** Exterior building glass, if you are a tenant and no Limit of Insurance is shown in the Declarations for Building property. The glass must be owned by you or in your care, custody or control.

**BUSINESSOWNER'S POLICY**

**2. Property Not Covered**

Covered Property does not include:

a. Aircraft, automobiles, motortrucks and other vehicles subject to motor vehicle registration;

b. "Money" or "securities" except as provided in the:

    (1) Money And Securities Optional Coverage; or

    (2) Employee Dishonesty Optional Coverage;

c. Contraband, or property in the course of illegal transportation or trade;

d. Land (including land on which the property is located), water, growing crops or lawns;

e. Outdoor fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, signs (other than signs attached to buildings), trees, shrubs or plants, all except as provided in the:

    (1) Outdoor Property Coverage Extension; or

    (2) Outdoor Signs Optional Coverage;

f. Watercraft (including motors, equipment and accessories) while afloat;

g. Accounts, bills, food stamps, other evidences of debt, accounts receivable or "valuable papers and records"; except as otherwise provided in this policy;

h. "Computer(s)" which are permanently installed or designed to be permanently installed in any aircraft, watercraft, motortruck or other vehicle subject to motor vehicle registration. This paragraph does not apply to "computer(s)" while held as "stock";

i. "Electronic data", except as provided under Additional Coverages – Electronic Data. This Paragraph i. does not apply to your "stock" of prepackaged software.

j. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings.

**3. Covered Causes Of Loss**

Risks of direct physical loss unless the loss is:

a. Excluded in Paragraph **B.** Exclusions in Section I; or

b. Limited in Paragraph **4.** Limitations in Section I.

**4. Limitations**

a. We will not pay for loss of or damage to:

(1) Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

(2) Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

(3) Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property. This limitation does not apply to the Optional Coverage for Money and Securities.

(4) Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

(5) The interior of any building or structure caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

    (a) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

    (b) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

b. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

(1) Animals, and then only if they are killed or their destruction is made necessary.

(2) Fragile articles such as glassware, statuary, marble, chinaware and porcelain, if broken. This restriction does not apply to:

    (a) Glass that is part of the exterior or interior of a building or structure;

    (b) Containers of property held for sale; or

   (c) Photographic or scientific instrument lenses.

c. For loss or damage by theft, the following types of property are covered only up to the limits shown:

   (1) $2,500 for furs, fur garments and garments trimmed with fur.

   (2) $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semiprecious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   (3) $2,500 for patterns, dies, molds and forms.

**5. Additional Coverages**

   **a. Debris Removal**

   (1) Subject to Paragraphs (3) and (4), we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

   (2) Debris Removal does not apply to costs to:

      (a) Extract "pollutants" from land or water; or

      (b) Remove, restore or replace polluted land or water.

   (3) Subject to the exceptions in Paragraph (4), the following provisions apply:

      (a) The most that we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

      (b) Subject to Paragraph (a) above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   (4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

      (a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

      (b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

   Therefore, if Paragraphs (4)(a) and/or (4)(b) apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

   (5) Examples

   **Example #1**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 50,000 |
| Amount of Loss Payable | $ 49,500 |
| | ($50,000 − $500) |
| Debris Removal Expense | $ 10,000 |
| Debris Removal Expense Payable | $ 10,000 |
| | ($10,000 is 20% of $50,000) |

   The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph (3).

   **Example #2**

| | |
|---|---|
| Limit of Insurance | $ 90,000 |
| Amount of Deductible | $ 500 |
| Amount of Loss | $ 80,000 |
| Amount of Loss Payable | $ 79,500 |
| | ($80,000 − $500) |
| Debris Removal Expense | $ 30,000 |

**BUSINESSOWNER'S POLICY**

Debris Removal Expense
Payable

| | |
|---|---|
| Basic Amount | $ 10,500 |
| Additional Amount | $ 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500). The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss of or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $2,500, unless a different limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

**d. Collapse**

The coverage provided under this Additional Coverage – Collapse applies only to an abrupt collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**(1)** For the purpose of this Additional Coverage – Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

**(2)** We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this policy or that contains Covered Property insured under this policy, if such collapse is caused by one or more of the following:

**(a)** Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

**(b)** Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

**(c)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

**(d)** Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

**(i)** A cause of loss listed in Paragraph **(2)(a)** or **(2)(b)**;

**(ii)** One or more of the "specified causes of loss";

**(iii)** Breakage of building glass;

**(iv)** Weight of people or personal property; or

**(v)** Weight of rain that collects on a roof.

**(3)** This Additional Coverage – Collapse does **not** apply to:

**(a)** A building or any part of a building that is in danger of falling down or caving in;

**(b)** A part of a building that is standing, even if it has separated from another part of the building; or

**(c)** A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(4)** With respect to the following property:

**(a)** Awnings;

**(b)** Gutters and downspouts;

**(c)** Yard fixtures;

**(d)** Outdoor swimming pools;

**(e)** Piers, wharves and docks;

**(f)** Beach or diving platforms or appurtenances;

**(g)** Retaining walls; and

**(h)** Walks, roadways and other paved surfaces;

if an abrupt collapse is caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)**, we will pay for loss or damage to that property only if such loss or damage is a direct result of the abrupt collapse of a building insured under this policy and the property is Covered Property under this policy.

**(5)** If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

**(a)** The collapse of personal property was caused by a cause of loss listed in Paragraphs **(2)(a)** through **(2)(d)** of this Additional Coverage;

**(b)** The personal property which collapses is inside a building; and

**(c)** The property which collapses is not of a kind listed in Paragraph **(4)**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph **(5)** does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

**(6)** This Additional Coverage – Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

**(7)** This Additional Coverage – Collapse will not increase the Limits of Insurance provided in this policy.

**(8)** The term Covered Cause of Loss includes the Additional Coverage – Collapse as described and limited in Paragraphs **d.(1)** through **d.(7)**.

**e. Water Damage, Other Liquids, Powder Or Molten Material Damage**

If loss or damage caused by or resulting from covered water or other liquid, powder or molten material occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes.

We will not pay the cost to repair any defect that caused the loss or damage; but we will pay the cost to repair or replace damaged parts of fire extinguishing equipment if the damage:

**(1)** Results in discharge of any substance from an automatic fire protection system; or

**(2)** Is directly caused by freezing.

**f. Business Income**

**(1) Business Income**

**(a)** We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

**BUSINESSOWNER'S POLICY**

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(i) The portion of the building which you rent, lease or occupy; and

(ii) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(b) We will only pay for loss of Business Income that you sustain during the "period of restoration" and that occurs within 12 consecutive months after the date of direct physical loss or damage. We will only pay for ordinary payroll expenses for 60 days following the date of direct physical loss or damage, unless a greater number of days is shown in the Declarations.

(c) Business Income means the:

(i) Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses; and

(ii) Continuing normal operating expenses incurred, including payroll.

(d) Ordinary payroll expenses:

(i) Means payroll expenses for all your employees except:

i. Officers;

ii. Executives;

iii. Department Managers;

iv. Employees under contract; and

v. Additional Exemptions shown in the Declarations as:

● Job Classifications; or

● Employees.

(ii) Include:

i. Payroll;

ii. Employee benefits, if directly related to payroll;

iii. FICA payments you pay;

iv. Union dues you pay; and

v. Workers' compensation premiums.

(2) **Extended Business Income**

(a) If the necessary suspension of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

(i) Begins on the date property except finished stock is actually repaired, rebuilt or replaced and "operations" are resumed; and

(ii) Ends on the earlier of:

i. The date you could restore your "operations", with reasonable speed, to the level which would generate the Business Income amount that would have existed if no direct physical loss or damage had occurred; or

ii. 30 consecutive days after the date determined in Paragraph (a)(i) above, unless a greater number of consecutive days is shown in the Declarations.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

(b) Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**g. Extra Expense**

(1) We will pay necessary Extra Expense you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

(a) The portion of the building which you rent, lease or occupy; and

(b) Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

(2) Extra Expense means expense incurred:

(a) To avoid or minimize the suspension of business and to continue "operations":

(i) At the described premises; or

(ii) At replacement premises or at temporary locations, including relocation expenses, and costs to equip and operate the replacement or temporary locations.

(b) To minimize the suspension of business if you cannot continue "operations".

(c) To:

(i) Repair or replace any property; or

(ii) Research, replace or restore the lost information on damaged "valuable papers and records";

to the extent it reduces the amount of loss that otherwise would have been payable under this Additional Coverage or Additional Coverage **f.** Business Income.

(3) With respect to the coverage provided in this Additional Coverage, suspension means:

(a) The partial slowdown or complete cessation of your business activities; or

(b) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

(4) We will only pay for Extra Expense that occurs within 12 consecutive months after the date of direct physical loss or damage. This Additional Coverage is not subject to the Limits of Insurance of Section I – Property.

**h. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay for each location under this Additional Coverage is $10,000 for the sum of all such expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**i. Civil Authority**

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

**BUSINESSOWNER'S POLICY**

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority coverage for necessary Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority coverage for Business Income ends;

whichever is later.

The definitions of Business Income and Extra Expense contained in the Business Income and Extra Expense Additional Coverages also apply to this Civil Authority Additional Coverage. The Civil Authority Additional Coverage is not subject to the Limits of Insurance of Section **I – Property**.

**j. Money Orders And "Counterfeit Money"**

We will pay for loss resulting directly from your having accepted in good faith, in exchange for merchandise, "money" or services:

(1) Money orders issued by any post office, express company or bank that are not paid upon presentation; or

(2) "Counterfeit money" that is acquired during the regular course of business.

The most we will pay for any loss under this Additional Coverage is $1,000.

**k. Forgery Or Alteration**

(1) We will pay for loss resulting directly from forgery or alteration of, any check, draft, promissory note, bill of exchange or similar written promise of payment in "money", that you or your agent has issued, or that was issued by someone who impersonates you or your agent.

(2) If you are sued for refusing to pay the check, draft, promissory note, bill of exchange or similar written promise of payment in "money", on the basis that it has been forged or altered, and you have our written consent to defend against the suit, we will pay for any reasonable legal expenses that you incur in that defense.

(3) For the purpose of this coverage, check includes a substitute check as defined in the Check Clearing for the 21st Century Act, and will be treated the same as the original it replaced.

(4) The most we will pay for any loss, including legal expenses, under this Additional Coverage is $2,500, unless a higher Limit of Insurance is shown in the Declarations.

**l. Increased Cost Of Construction**

(1) This Additional Coverage applies only to buildings insured on a replacement cost basis.

(2) In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in Paragraphs (3) through (9) of this Additional Coverage.

(3) The ordinance or law referred to in Paragraph (2) of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

(4) Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

(a) You were required to comply with before the loss, even when the building was undamaged; and

(b) You failed to comply with.

(5) Under this Additional Coverage, we will not pay for:

(a) The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot; or

(b) Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants", "fungi", wet rot or dry rot.

(6) The most we will pay under this Additional Coverage, for each described building insured under Section I – Property, is $10,000. If a damaged building(s) is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for each damaged building, is $10,000.

The amount payable under this Additional Coverage is additional insurance.

(7) With respect to this Additional Coverage:

(a) We will not pay for the Increased Cost of Construction:

(i) Until the property is actually repaired or replaced, at the same or another premises; and

(ii) Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

(b) If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the same premises.

(c) If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction is the increased cost of construction at the new premises.

(8) This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

(9) The costs addressed in the Loss Payment Property Loss Condition in Section I – Property do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in Paragraph (6) of this Additional Coverage, is not subject to such limitation.

m. **Business Income From Dependent Properties**

(1) We will pay for the actual loss of Business Income you sustain due to physical loss or damage at the premises of a dependent property caused by or resulting from any Covered Cause of Loss.

However, this Additional Coverage does not apply when the only loss to dependent property is loss or damage to "electronic data", including destruction or corruption of "electronic data". If the dependent property sustains loss or damage to "electronic data" and other property, coverage under this Additional Coverage will not continue once the other property is repaired, rebuilt or replaced.

The most we will pay under this Additional Coverage is $5,000 unless a higher Limit of Insurance is indicated in the Declarations.

(2) We will reduce the amount of your Business Income loss, other than Extra Expense, to the extent you can resume "operations", in whole or in part, by using any other available:

(a) Source of materials; or

(b) Outlet for your products.

(3) If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

**BUSINESSOWNER'S POLICY**

(4) Dependent property means property owned by others whom you depend on to:

   (a) Deliver materials or services to you, or to others for your account. But services does not mean water, communication or power supply services;

   (b) Accept your products or services;

   (c) Manufacture your products for delivery to your customers under contract for sale; or

   (d) Attract customers to your business.

   The dependent property must be located in the coverage territory of this policy.

(5) The coverage period for Business Income under this Additional Coverage:

   (a) Begins 72 hours after the time of direct physical loss or damage caused by or resulting from any Covered Cause of Loss at the premises of the dependent property; and

   (b) Ends on the date when the property at the premises of the dependent property should be repaired, rebuilt or replaced with reasonable speed and similar quality.

(6) The Business Income coverage period, as stated in Paragraph **(5)**, does not include any increased period required due to the enforcement of any ordinance or law that:

   (a) Regulates the construction, use or repair, or requires the tearing down of any property; or

   (b) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

   The expiration date of this policy will not reduce the Business Income coverage period.

(7) The definition of Business Income contained in the Business Income Additional Coverage also applies to this Business Income From Dependent Properties Additional Coverage.

**n. Glass Expenses**

(1) We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

(2) We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

**o. Fire Extinguisher Systems Recharge Expense**

(1) We will pay:

   (a) The cost of recharging or replacing, whichever is less, your fire extinguishers and fire extinguishing systems (including hydrostatic testing if needed) if they are discharged on or within 100 feet of the described premises; and

   (b) For loss or damage to Covered Property if such loss or damage is the result of an accidental discharge of chemicals from a fire extinguisher or a fire extinguishing system.

(2) No coverage will apply if the fire extinguishing system is discharged during installation or testing.

(3) The most we will pay under this Additional Coverage is $5,000 in any one occurrence.

**p. Electronic Data**

(1) Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore "electronic data" which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that "electronic data" is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the "electronic data" was stored, with blank media of substantially identical type.

(2) The Covered Causes of Loss applicable to Business Personal Property include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage – Electronic Data for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved, is $10,000, unless a higher Limit of Insurance is shown in the Declarations. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in, but not after, that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**q. Interruption Of Computer Operations**

(1) Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a suspension of "operations" caused by an interruption in computer operations due to destruction or corruption of "electronic data" due to a Covered Cause of Loss.

(2) With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

(a) Coverage under this Additional Coverage – Interruption Of Computer Operations is limited to the "specified causes of loss" and Collapse.

(b) If the Businessowners Coverage Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage.

(c) The Covered Causes of Loss include a computer virus, harmful code or similar instruction introduced into or enacted on a computer system (including "electronic data") or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including "electronic data") by any employee, including a temporary or leased employee, or by an entity retained by you, or for you, to inspect, design, install, modify, maintain, repair or replace that system.

(3) The most we will pay under this Additional Coverage – Interruption Of Computer Operations for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved, is $10,000 unless a higher Limit of Insurance is shown in the Declarations. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

(4) This Additional Coverage – Interruption Of Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in (3) above has not been exhausted.

(5) Coverage for Business Income does not apply when a suspension of "operations" is caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

(6) Coverage for Extra Expense does not apply when action is taken to avoid or minimize a suspension of "operations" caused by destruction or corruption of "electronic data", or any loss or damage to "electronic data", except as provided under Paragraphs (1) through (4) of this Additional Coverage.

**r. Limited Coverage For "Fungi", Wet Rot Or Dry Rot**

(1) The coverage described in Paragraphs r.(2) and r.(6) only applies when the "fungi", wet rot or dry rot are the result of a "specified cause of loss" other than

**BUSINESSOWNER'S POLICY**

fire or lightning that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

(2) We will pay for loss or damage by "fungi", wet rot or dry rot. As used in this Limited Coverage, the term loss or damage means:

(a) Direct physical loss or damage to Covered Property caused by "fungi", wet rot or dry rot, including the cost of removal of the "fungi", wet rot or dry rot;

(b) The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungi", wet rot or dry rot; and

(c) The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungi", wet rot or dry rot are present.

(3) The coverage described under this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungi", wet rot or dry rot, we will not pay more than the total of $15,000 even if the "fungi", wet rot or dry rot continues to be present or active, or recurs, in a later policy period.

(4) The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungi", wet rot or dry rot, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

If there is covered loss or damage to Covered Property, not caused by "fungi", wet rot or dry rot, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungi", wet rot or dry rot causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

(5) The terms of this Limited Coverage do not increase or reduce the coverage provided under the Water Damage, Other Liquids, Powder Or Molten Material Damage or Collapse Additional Coverages.

(6) The following applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the suspension of "operations" satisfies all the terms and conditions of the applicable Business Income and/or Extra Expense Additional Coverage.

(a) If the loss which resulted in "fungi", wet rot or dry rot does not in itself necessitate a suspension of "operations", but such suspension is necessary due to loss or damage to property caused by "fungi", wet rot or dry rot, then our payment under the Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

(b) If a covered suspension of "operations" was caused by loss or damage other than "fungi", wet rot or dry rot, but remediation of "fungi", wet rot or dry rot prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**6. Coverage Extensions**

In addition to the Limits of Insurance of Section I – Property, you may extend the insurance provided by this policy as provided below.

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.     BP 00 03 01 10

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Buildings, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at premises other than the one described, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Business Personal Property**

If this policy covers Business Personal Property, you may extend that insurance to apply to:

**(a)** Business Personal Property, including such property that you newly acquire, at any location you acquire;

**(b)** Business Personal Property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(c)** Business Personal Property that you newly acquire, located at the described premises.

This Extension does not apply to personal property that you temporarily acquire in the course of installing or performing work on such property or your wholesale activities.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

**(a)** This policy expires;

**(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

**(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Property Off-premises**

You may extend the insurance provided by this policy to apply to your Covered Property, other than "money" and "securities", "valuable papers and records" or accounts receivable, while it is in the course of transit or at a premises you do not own, lease or operate. The most we will pay for loss or damage under this Extension is $10,000.

**c. Outdoor Property**

You may extend the insurance provided by this policy to apply to your outdoor fences, radio and television antennas (including satellite dishes), signs (other than signs attached to buildings), trees, shrubs and plants, including debris removal expense. Loss or damage must be caused by or result from any of the following causes of loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $2,500, unless a higher Limit of Insurance for Outdoor Property is shown in the Declarations, but not more than $1,000 for any one tree, shrub or plant.

**d. Personal Effects**

You may extend the insurance that applies to Business Personal Property to apply to personal effects owned by you, your officers, your partners or "members", your "managers" or your employees. This extension does not apply to:

**(1)** Tools or equipment used in your business; or

**(2)** Loss or damage by theft.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises.

### e. Valuable Papers And Records

(1) You may extend the insurance that applies to Business Personal Property to apply to direct physical loss or damage to "valuable papers and records" that you own, or that are in your care, custody or control caused by or resulting from a Covered Cause of Loss. This Coverage Extension includes the cost to research, replace or restore the lost information on "valuable papers and records" for which duplicates do not exist.

(2) This Coverage Extension does not apply to:

   (a) Property held as samples or for delivery after sale; and

   (b) Property in storage away from the premises shown in the Declarations.

(3) The most we will pay under this Coverage Extension for loss or damage to "valuable papers and records" in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for "valuable papers and records" is shown in the Declarations.

   For "valuable papers and records" not at the described premises, the most we will pay is $5,000.

(4) Loss or damage to "valuable papers and records" will be valued at the cost of restoration or replacement of the lost or damaged information. To the extent that the contents of the "valuable papers and records" are not restored, the "valuable papers and records" will be valued at the cost of replacement with blank materials of substantially identical type.

(5) Paragraph B. Exclusions in Section I – Property does not apply to this Coverage Extension except for:

   (a) Paragraph B.1.c., Governmental Action;

   (b) Paragraph B.1.d., Nuclear Hazard;

   (c) Paragraph B.1.f., War And Military Action;

   (d) Paragraph B.2.f., Dishonesty;

   (e) Paragraph B.2.g., False Pretense;

   (f) Paragraph B.2.m.(2), Errors Or Omissions; and

   (g) Paragraph B.3.

### f. Accounts Receivable

(1) You may extend the insurance that applies to Business Personal Property to apply to accounts receivable. We will pay:

   (a) All amounts due from your customers that you are unable to collect;

   (b) Interest charges on any loan required to offset amounts you are unable to collect pending our payment of these amounts;

   (c) Collection expenses in excess of your normal collection expenses that are made necessary by loss or damage; and

   (d) Other reasonable expenses that you incur to reestablish your records of accounts receivable;

   that result from direct physical loss or damage by any Covered Cause of Loss to your records of accounts receivable.

(2) The most we will pay under this Coverage Extension for loss or damage in any one occurrence at the described premises is $10,000, unless a higher Limit of Insurance for accounts receivable is shown in the Declarations.

   For accounts receivable not at the described premises, the most we will pay is $5,000.

(3) Paragraph B. Exclusions in Section I – Property does not apply to this Coverage Extension except for:

   (a) Paragraph B.1.c., Governmental Action;

   (b) Paragraph B.1.d., Nuclear Hazard;

   (c) Paragraph B.1.f., War And Military Action;

   (d) Paragraph B.2.f., Dishonesty;

   (e) Paragraph B.2.g., False Pretense;

   (f) Paragraph B.3.; and

   (g) Paragraph B.6., Accounts Receivable Exclusion.

## B. Exclusions

1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

**a. Ordinance Or Law**

(1) The enforcement of any ordinance or law:

  (a) Regulating the construction, use or repair of any property; or

  (b) Requiring the tearing down of any property, including the cost of removing its debris.

(2) This exclusion, Ordinance Or Law, applies whether the loss results from:

  (a) An ordinance or law that is enforced even if the property has not been damaged; or

  (b) The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property or removal of its debris, following a physical loss to that property.

**b. Earth Movement**

(1) Earthquake, including any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in Paragraphs **(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

(5) Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or volcanic action, we will pay for the loss or damage caused by that fire, building glass breakage or volcanic action.

Volcanic action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

  (a) Airborne volcanic blast or airborne shock waves;

  (b) Ash, dust or particulate matter; or

  (c) Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss of or damage to Covered Property.

**c. Governmental Action**

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this policy.

**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

(1) Originates away from the described premises; or

(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**BUSINESSOWNER'S POLICY**

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

This exclusion does not apply to loss or damage to "computer(s)" and "electronic data".

**f. War And Military Action**

(1) War, including undeclared or civil war;

(2) Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

(3) Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

(1) Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

(2) Mudslide or mudflow;

(3) Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

(4) Water under the ground surface pressing on, or flowing or seeping through:

(a) Foundations, walls, floors or paved surfaces;

(b) Basements, whether paved or not; or

(c) Doors, windows or other openings; or

(5) Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. Certain Computer-related Losses**

(1) The failure, malfunction or inadequacy of:

(a) Any of the following, whether belonging to any insured or to others:

(i) "Computer" hardware, including microprocessors or other electronic data processing equipment as may be described elsewhere in this policy;

(ii) "Computer" application software or other "electronic data" as may be described elsewhere in this policy;

(iii) "Computer" operating systems and related software;

(iv) "Computer" networks;

(v) Microprocessors ("computer" chips) not part of any "computer" system; or

(vi) Any other computerized or electronic equipment or components; or

(b) Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **(a)** above;

due to the inability to correctly recognize, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

(2) Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **(1)** above.

However, if excluded loss or damage, as described in Paragraph **(1)** above results in a "specified cause of loss" under Section I – Property, we will pay only for the loss or damage caused by such "specified cause of loss".

We will not pay for repair, replacement or modification of any items in Paragraph **(1)(a)** or **(1)(b)** to correct any deficiencies or change any features.

i. **"Fungi", Wet Rot Or Dry Rot**

Presence, growth, proliferation, spread or any activity of "fungi", wet rot or dry rot.

But if "fungi", wet rot or dry rot result in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

(1) When "fungi", wet rot or dry rot result from fire or lightning; or

(2) To the extent that coverage is provided in the Limited Coverage For "Fungi", Wet Rot Or Dry Rot Additional Coverage, with respect to loss or damage by a cause of loss other than fire or lightning.

j. **Virus Or Bacteria**

(1) Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

(2) However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**;

(3) With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

2. We will not pay for loss or damage caused by or resulting from any of the following:

a. **Electrical Apparatus**

Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

(1) Electrical or electronic wire, device, appliance, system or network; or

(2) Device, appliance, system or network utilizing cellular or satellite technology.

For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

(1) Electrical current, including arcing;

(2) Electrical charge produced or conducted by a magnetic or electromagnetic field;

(3) Pulse of electromagnetic energy; or

(4) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by fire.

We will pay for loss or damage to "computer(s)" due to artificially generated electrical, magnetic or electromagnetic energy if such loss or damage is caused by or results from:

(1) An occurrence that took place within 100 feet of the described premises; or

(2) Interruption of electric power supply, power surge, blackout or brownout if the cause of such occurrence took place within 100 feet of the described premises.

b. **Consequential Losses**

Delay, loss of use or loss of market.

c. **Smoke, Vapor, Gas**

Smoke, vapor or gas from agricultural smudging or industrial operations.

d. **Steam Apparatus**

Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

e. **Frozen Plumbing**

Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

(1) You do your best to maintain heat in the building or structure; or

(2) You drain the equipment and shut off the supply if the heat is not maintained.

f. **Dishonesty**

Dishonest or criminal acts by you, anyone else with an interest in the property, or any of your or their partners, "members", officers, "managers", employees, directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

BUSINESSOWNER'S POLICY

**(1)** Acting alone or in collusion with others; or

**(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees; but theft by employees is not covered.

With respect to accounts receivable and "valuable papers and records", this exclusion does not apply to carriers for hire.

This exclusion does not apply to coverage that is provided under the Employee Dishonesty Optional Coverage.

**g. False Pretense**

Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**h. Exposed Property**

Rain, snow, ice or sleet to personal property in the open.

**i. Collapse**

**(1)** Collapse, including any of the following conditions of property or any part of the property:

  **(a)** An abrupt falling down or caving in;

  **(b)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

  **(c)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to Paragraph i.(1)(a) or i.(1)(b).

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

**(2)** This Exclusion i., does not apply:

  **(a)** To the extent that coverage is provided under the Additional Coverage – Collapse; or

  **(b)** To collapse caused by one or more of the following:

    **(i)** The "specified causes of loss";

    **(ii)** Breakage of building glass;

    **(iii)** Weight of rain that collects on a roof; or

    **(iv)** Weight of people or personal property.

**j. Pollution**

We will not pay for loss or damage caused by or resulting from the discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

**k. Neglect**

Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**l. Other Types Of Loss**

**(1)** Wear and tear;

**(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

**(3)** Smog;

**(4)** Settling, cracking, shrinking or expansion;

**(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals;

**(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force.

This exclusion does not apply with respect to the breakdown of "computer(s)";

**(7)** The following causes of loss to personal property:

  **(a)** Dampness or dryness of atmosphere;

  **(b)** Changes in or extremes of temperature; or

  **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in Paragraphs **(1)** through **(7)** above results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**m. Errors Or Omissions**

Errors or omissions in:

**(1)** Programming, processing or storing data, as described under "electronic data" or in any "computer" operations; or

**(2)** Processing or copying "valuable papers and records".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**n. Installation, Testing, Repair**

Errors or deficiency in design, installation, testing, maintenance, modification or repair of your "computer" system including "electronic data".

However, we will pay for direct physical loss or damage caused by resulting fire or explosion if these causes of loss would be covered by this coverage form.

**o. Electrical Disturbance**

Electrical or magnetic injury, disturbance or erasure of "electronic data", except as provided for under the Additional Coverages of Section I – Property.

However, we will pay for direct loss or damage caused by lightning.

**p. Continuous Or Repeated Seepage Or Leakage Of Water**

Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**3.** We will not pay for loss or damage caused by or resulting from any of the following Paragraphs **a.** through **c.** But if an excluded cause of loss that is listed in Paragraphs **a.** through **c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a. Weather Conditions**

Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **B.1.** above to produce the loss or damage.

**b. Acts Or Decisions**

Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c. Negligent Work**

Faulty, inadequate or defective:

**(1)** Planning, zoning, development, surveying, siting;

**(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

**(3)** Materials used in repair, construction, renovation or remodeling; or

**(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Additional Exclusion**

The following applies only to the property specified in this Additional Exclusion.

**Loss Or Damage To Products**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**5. Business Income And Extra Expense Exclusions**

**a.** We will not pay for:

**(1)** Any Extra Expense, or increase of Business Income loss, caused by or resulting from:

**(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the suspension of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage.

**BUSINESSOWNER'S POLICY**

(2) Any other consequential loss.

b. With respect to this exclusion, suspension means:

(1) The partial slowdown or complete cessation of your business activities; and

(2) That a part or all of the described premises is rendered untenantable, if coverage for Business Income applies.

6. **Accounts Receivable Exclusion**

The following additional exclusion applies to the Accounts Receivable Coverage Extension:

We will not pay for:

a. Loss or damage caused by or resulting from alteration, falsification, concealment or destruction of records of accounts receivable done to conceal the wrongful giving, taking or withholding of "money", "securities" or other property.

This exclusion applies only to the extent of the wrongful giving, taking or withholding.

b. Loss or damage caused by or resulting from bookkeeping, accounting or billing errors or omissions.

c. Any loss or damage that requires any audit of records or any inventory computation to prove its factual existence.

C. **Limits Of Insurance**

1. The most we will pay for loss or damage in any one occurrence is the applicable Limits of Insurance of Section I – Property shown in the Declarations.

2. The most we will pay for loss of or damage to outdoor signs attached to buildings is $1,000 per sign in any one occurrence.

3. The amounts of insurance applicable to the Coverage Extensions and the following Additional Coverages apply in accordance with the terms of such coverages and are in addition to the Limits of Insurance of Section I – Property:

a. Fire Department Service Charge;

b. Pollutant Clean-up And Removal;

c. Increased Cost Of Construction;

d. Business Income From Dependent Properties;

e. Electronic Data; and

f. Interruption Of Computer Operations.

4. **Building Limit – Automatic Increase**

a. In accordance with Paragraph **C.4.b.**, the Limit of Insurance for Buildings will automatically increase by 8%, unless a different

percentage of annual increase is shown in the Declarations.

b. The amount of increase is calculated as follows:

(1) Multiply the Building limit that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Building limit by:

(a) The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 7% is .07); or

(b) .08, if no percentage of annual increase is shown in the Declarations; and

(2) Multiply the number calculated in accordance with **b.(1)** by the number of days since the beginning of the current policy year, or the effective date of the most recent policy change amending the Building limit, divided by 365.

**Example:**

If:

The applicable Building limit is $100,000. The annual percentage increase is 8%. The number of days since the beginning of the policy year (or last policy change) is 146.

The amount of increase is

$100,000 x .08 x 146 ÷ 365 = $3,200.

5. **Business Personal Property Limit – Seasonal Increase**

a. Subject to Paragraph **5.b.**, the Limit of Insurance for Business Personal Property is automatically increased by:

(1) The Business Personal Property – Seasonal Increase percentage shown in the Declarations; or

(2) 25% if no Business Personal Property – Seasonal Increase percentage is shown in the Declarations;

to provide for seasonal variances.

b. The increase described in Paragraph **5.a** will apply only if the Limit of Insurance shown for Business Personal Property in the Declarations is at least 100% of your average monthly values during the lesser of:

(1) The 12 months immediately preceding the date the loss or damage occurs; or

(2) The period of time you have been in business as of the date the loss or damage occurs.

## D. Deductibles

1. We will not pay for loss or damage in any one occurrence until the amount of loss or damage exceeds the Deductible shown in the Declarations. We will then pay the amount of loss or damage in excess of the Deductible up to the applicable Limit of Insurance of Section I – Property.

2. Regardless of the amount of the Deductible, the most we will deduct from any loss or damage under all of the following Optional Coverages in any one occurrence is the Optional Coverage Deductible shown in the Declarations:

   a. Money and Securities;

   b. Employee Dishonesty;

   c. Outdoor Signs; and

   d. Forgery or Alteration.

   But this Optional Coverage Deductible will not increase the Deductible shown in the Declarations. This Deductible will be used to satisfy the requirements of the Deductible in the Declarations.

3. No deductible applies to the following Additional Coverages:

   a. Fire Department Service Charge;

   b. Business Income;

   c. Extra Expense;

   d. Civil Authority; and

   e. Fire Extinguisher Systems Recharge Expense.

## E. Property Loss Conditions

### 1. Abandonment

There can be no abandonment of any property to us.

### 2. Appraisal

If we and you disagree on the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 3. Duties In The Event Of Loss Or Damage

a. You must see that the following are done in the event of loss or damage to Covered Property:

   (1) Notify the police if a law may have been broken.

   (2) Give us prompt notice of the loss or damage. Include a description of the property involved.

   (3) As soon as possible, give us a description of how, when and where the loss or damage occurred.

   (4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limits of Insurance of Section I – Property. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

   (5) At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

   (6) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

   Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

   (7) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

   (8) Cooperate with us in the investigation or settlement of the claim.

   (9) Resume all or part of your "operations" as quickly as possible.

**BUSINESSOWNER'S POLICY**

**b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Legal Action Against Us**

No one may bring a legal action against us under this insurance unless:

**a.** There has been full compliance with all of the terms of this insurance; and

**b.** The action is brought within two years after the date on which the direct physical loss or damage occurred.

**5. Loss Payment**

In the event of loss or damage covered by this policy:

**a.** At our option, we will either:

**(1)** Pay the value of lost or damaged property;

**(2)** Pay the cost of repairing or replacing the lost or damaged property;

**(3)** Take all or any part of the property at an agreed or appraised value; or

**(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to Paragraph **d.(1)(e)** below.

**b.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

**c.** We will not pay you more than your financial interest in the Covered Property.

**d.** Except as provided in Paragraphs **(2)** through **(7)** below, we will determine the value of Covered Property as follows:

**(1)** At replacement cost without deduction for depreciation, subject to the following:

**(a)** If, at the time of loss, the Limit of Insurance on the lost or damaged property is 80% or more of the full replacement cost of the property immediately before the loss, we will pay the cost to repair or replace, after application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

**(i)** The Limit of Insurance under Section I − Property that applies to the lost or damaged property;

**(ii)** The cost to replace, on the same premises, the lost or damaged property with other property:

  **i.** Of comparable material and quality; and

  **ii.** Used for the same purpose; or

**(iii)** The amount that you actually spend that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost is limited to the cost which would have been incurred had the building been built at the original premises.

**(b)** If, at the time of loss, the Limit of Insurance applicable to the lost or damaged property is less than 80% of the full replacement cost of the property immediately before the loss, we will pay the greater of the following amounts, but not more than the Limit of Insurance that applies to the property:

**(i)** The actual cash value of the lost or damaged property; or

**(ii)** A proportion of the cost to repair or replace the lost or damaged property, after application of the deductible and without deduction for depreciation. This proportion will equal the ratio of the applicable Limit of Insurance to 80% of the cost of repair or replacement.

**(c)** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim on a replacement cost basis if you notify us of your intent to do so within 180 days after the loss or damage.

**(d)** We will not pay on a replacement cost basis for any loss or damage:

**(i)** Until the lost or damaged property is actually repaired or replaced; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

However, if the cost to repair or replace the damaged building property is $2,500 or less, we will settle the loss according to the provisions of Paragraphs **d.(1)(a)** and **d.(1)(b)** above whether or not the actual repair or replacement is complete.

**(e)** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**(2)** If the Actual Cash Value – Buildings option applies, as shown in the Declarations, Paragraph **(1)** above does not apply to Buildings. Instead, we will determine the value of Buildings at actual cash value.

**(3)** The following property at actual cash value:

**(a)** Used or secondhand merchandise held in storage or for sale;

**(b)** Property of others. However, if an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance;

**(c)** Household contents, except personal property in apartments or rooms furnished by you as landlord;

**(d)** Manuscripts; and

**(e)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marble, bronzes, porcelain and bric-a-brac.

**(4)** Glass at the cost of replacement with safety glazing material if required by law.

**(5)** Tenants' Improvements and Betterments at:

**(a)** Replacement cost if you make repairs promptly.

**(b)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(i)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(ii)** Divide the amount determined in **(i)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(c)** Nothing if others pay for repairs or replacement.

**(6)** Applicable only to the Optional Coverages:

**(a)** "Money" at its face value; and

**(b)** "Securities" at their value at the close of business on the day the loss is discovered.

**(7)** Applicable only to Accounts Receivable:

**(a)** If you cannot accurately establish the amount of accounts receivable outstanding as of the time of loss or damage:

**(i)** We will determine the total of the average monthly amounts of accounts receivable for the 12 months immediately preceding the month in which the loss or damage occurs; and

**(ii)** We will adjust that total for any normal fluctuations in the amount of accounts receivable for the month in which the loss or damage occurred or for any demonstrated variance from the average for that month.

**(b)** The following will be deducted from the total amount of accounts receivable, however that amount is established:

**(i)** The amount of the accounts for which there is no loss or damage;

**(ii)** The amount of the accounts that you are able to reestablish or collect;

**BUSINESSOWNER'S POLICY**

(iii) An amount to allow for probable bad debts that you are normally unable to collect; and

(iv) All unearned interest and service charges.

**e.** Our payment for loss of or damage to personal property of others will only be for the account of the owners of the property. We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

**f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

**g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, provided you have complied with all of the terms of this policy; and

(1) We have reached agreement with you on the amount of loss; or

(2) An appraisal award has been made.

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**6. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, you may retain the property. But then you must return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limits of Insurance of Section I – Property.

**7. Resumption Of Operations**

We will reduce the amount of your:

**a.** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**b.** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**8. Vacancy**

**a. Description Of Terms**

(1) As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in Paragraphs **(a)** and **(b)** below:

(a) When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

(b) When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

(i) Rented to a lessee or sublessee and used by the lessee or sublessee to conduct its customary operations; and/or

(ii) Used by the building owner to conduct customary operations.

(2) Buildings under construction or renovation are not considered vacant.

**b. Vacancy Provisions**

If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

(1) We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

(a) Vandalism;

(b) Sprinkler leakage, unless you have protected the system against freezing;

(c) Building glass breakage;

(d) Water damage;

(e) Theft; or

(f) Attempted theft.

(2) With respect to Covered Causes of Loss other than those listed in Paragraphs **(1)(a)** through **(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**F. Property General Conditions**

**1. Control Of Property**

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Form at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

**2. Mortgageholders**

a. The term "mortgageholder" includes trustee.

b. We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

c. The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

d. If we deny your claim because of your acts or because you have failed to comply with the terms of this policy, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

(1) Pays any premium due under this policy at our request if you have failed to do so;

(2) Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

(3) Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

All of the terms of this policy will then apply directly to the mortgageholder.

e. If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this policy:

(1) The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

(2) The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

f. If we cancel this policy, we will give written notice to the mortgageholder at least:

(1) 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

(2) 30 days before the effective date of cancellation if we cancel for any other reason.

g. If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

**3. No Benefit To Bailee**

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

**4. Policy Period, Coverage Territory**

Under Section I – Property:

a. We cover loss or damage commencing:

(1) During the policy period shown in the Declarations; and

(2) Within the coverage territory or, with respect to property in transit, while it is between points in the coverage territory.

b. The coverage territory is:

(1) The United States of America (including its territories and possessions);

(2) Puerto Rico; and

(3) Canada.

**G. Optional Coverages**

If shown as applicable in the Declarations, the following Optional Coverages also apply. These coverages are subject to the terms and conditions applicable to property coverage in this policy, except as provided below.

**1. Outdoor Signs**

a. We will pay for direct physical loss of or damage to all outdoor signs at the described premises:

**BUSINESSOWNER'S POLICY**

    (1) Owned by you; or

    (2) Owned by others but in your care, custody or control.

**b.** Paragraph **A.3.,** Covered Causes Of Loss, and Paragraph **B.,** Exclusions in Section **I –** Property, do not apply to this Optional Coverage, except for:

    (1) Paragraph **B.1.c.,** Governmental Action;

    (2) Paragraph **B.1.d.,** Nuclear Hazard; and

    (3) Paragraph **B.1.f.,** War And Military Action.

**c.** We will not pay for loss or damage caused by or resulting from:

    (1) Wear and tear;

    (2) Hidden or latent defect;

    (3) Rust;

    (4) Corrosion; or

    (5) Mechanical breakdown.

**d.** The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Outdoor Signs shown in the Declarations.

**e.** The provisions of this Optional Coverage supersede all other references to outdoor signs in this policy.

**2. Money And Securities**

**a.** We will pay for loss of "money" and "securities" used in your business while at a bank or savings institution, within your living quarters or the living quarters of your partners or any employee having use and custody of the property, at the described premises, or in transit between any of these places, resulting directly from:

    (1) Theft, meaning any act of stealing;

    (2) Disappearance; or

    (3) Destruction.

**b.** In addition to the Limitations and Exclusions applicable to Section **I –** Property, we will not pay for loss:

    (1) Resulting from accounting or arithmetical errors or omissions;

    (2) Due to the giving or surrendering of property in any exchange or purchase; or

    (3) Of property contained in any "money"-operated device unless the amount of "money" deposited in it is recorded by a continuous recording instrument in the device.

**c.** The most we will pay for loss in any one occurrence is:

    (1) The limit shown in the Declarations for Inside the Premises for "money" and "securities" while:

        (a) In or on the described premises; or

        (b) Within a bank or savings institution; and

    (2) The limit shown in the Declarations for Outside the Premises for "money" and "securities" while anywhere else.

**d.** All loss:

    (1) Caused by one or more persons; or

    (2) Involving a single act or series of related acts;

    is considered one occurrence.

**e.** You must keep records of all "money" and "securities" so we can verify the amount of any loss or damage.

**3. Employee Dishonesty**

**a.** We will pay for direct loss of or damage to Business Personal Property and "money" and "securities" resulting from dishonest acts committed by any of your employees acting alone or in collusion with other persons (except you or your partner) with the manifest intent to:

    (1) Cause you to sustain loss or damage; and also

    (2) Obtain financial benefit (other than salaries, commissions, fees, bonuses, promotions, awards, profit sharing, pensions or other employee benefits earned in the normal course of employment) for:

        (a) Any employee; or

        (b) Any other person or organization.

**b.** We will not pay for loss or damage:

    (1) Resulting from any dishonest or criminal act that you or any of your partners or "members" commit whether acting alone or in collusion with other persons.

    (2) Resulting from any dishonest act committed by any of your employees (except as provided in Paragraph **a.**), "managers" or directors:

        (a) Whether acting alone or in collusion with other persons; or

        (b) While performing services for you or otherwise.

    (3) The only proof of which as to its existence or amount is:

    (a) An inventory computation; or

    (b) A profit and loss computation.

c. The most we will pay for loss or damage in any one occurrence is the Limit of Insurance for Employee Dishonesty shown in the Declarations.

d. All loss or damage:

    (1) Caused by one or more persons; or

    (2) Involving a single act or series of acts;

    is considered one occurrence.

e. If any loss is covered:

    (1) Partly by this insurance; and

    (2) Partly by any prior cancelled or terminated insurance that we or any affiliate had issued to you or any predecessor in interest;

    the most we will pay is the larger of the amount recoverable under this insurance or the prior insurance.

    We will pay only for loss or damage you sustain through acts committed or events occurring during the policy period. Regardless of the number of years this policy remains in force or the number of premiums paid, no Limit of Insurance cumulates from year to year or period to period.

f. This Optional Coverage is cancelled as to any employee immediately upon discovery by:

    (1) You; or

    (2) Any of your partners, "members", "managers", officers or directors not in collusion with the employee;

    of any dishonest act committed by that employee before or after being hired by you.

g. We will pay only for covered loss or damage sustained during the policy period and discovered no later than one year from the end of the policy period.

h. If you (or any predecessor in interest) sustained loss or damage during the policy period of any prior insurance that you could have recovered under that insurance except that the time within which to discover loss or damage had expired, we will pay for it under this Optional Coverage, provided:

    (1) This Optional Coverage became effective at the time of cancellation or termination of the prior insurance; and

    (2) The loss or damage would have been covered by this Optional Coverage had it been in effect when the acts or events causing the loss or damage were committed or occurred.

i. The insurance under Paragraph h. above is part of, not in addition to, the Limit of Insurance applying to this Optional Coverage and is limited to the lesser of the amount recoverable under:

    (1) This Optional Coverage as of its effective date; or

    (2) The prior insurance had it remained in effect.

j. With respect to the Employee Dishonesty Optional Coverage in Paragraph G.3., employee means:

    (1) Any natural person:

       (a) While in your service or for 30 days after termination of service;

       (b) Who you compensate directly by salary, wages or commissions; and

       (c) Who you have the right to direct and control while performing services for you;

    (2) Any natural person who is furnished temporarily to you:

       (a) To substitute for a permanent employee as defined in Paragraph (1) above, who is on leave; or

       (b) To meet seasonal or short-term workload conditions;

    (3) Any natural person who is leased to you under a written agreement between you and a labor leasing firm, to perform duties related to the conduct of your business, but does not mean a temporary employee as defined in Paragraph (2) above;

    (4) Any natural person who is a former employee, director, partner, member, manager, representative or trustee retained as a consultant while performing services for you; or

    (5) Any natural person who is a guest student or intern pursuing studies or duties, excluding, however, any such person while having care and custody of property outside any building you occupy in conducting your business.

    But employee does not mean:

**BUSINESSOWNER'S POLICY**

**(1)** Any agent, broker, factor, commission merchant, consignee, independent contractor or representative of the same general character; or

**(2)** Any "manager", director or trustee except while performing acts coming within the usual duties of an employee.

**4. Equipment Breakdown Protection Coverage**

**a.** We will pay for direct loss of or damage to Covered Property caused by or resulting from a mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment.

Mechanical breakdown or electrical failure to pressure, mechanical or electrical machinery and equipment does not mean any:

**(1)** Malfunction including but not limited to adjustment, alignment, calibration, cleaning or modification;

**(2)** Leakage at any valve, fitting, shaft seal, gland packing, joint or connection;

**(3)** Damage to any vacuum tube, gas tube, or brush; or

**(4)** The functioning of any safety or protective device.

**b.** Paragraphs **A.4.a.(1)** and **A.4.a.(2), Limitations,** do not apply to this Optional Coverage.

**c.** With respect to the coverage provided by this Optional Coverage, the following exclusions in Paragraph **B. Exclusions** do not apply:

**(1)** Paragraph **B.2.a. Electrical Apparatus;**

**(2)** Paragraph **B.2.d. Steam Apparatus;** and

**(3)** Paragraph **B.2.l.(6) Mechanical Breakdown.**

**d.** With respect to the coverage provided by this Optional Coverage, Paragraph **G.1.c.(5)** of the **Outdoor Sign Optional Coverage** does not apply.

**e.** If a dollar deductible is shown in the Declarations for this Optional Coverage, we will first subtract the applicable deductible amount from any loss we would otherwise pay. We will then pay the amount of loss in excess of the applicable deductible up to the applicable limit for this coverage.

If no optional deductible is chosen for this Optional Coverage, the Property Deductible shown in the Declarations applies.

**f.** With respect to **Additional Coverages 5.f. Business Income** and **5.g. Extra Expense,** if the 72-hour time period in the definition of "period of restoration" (hereinafter referred to as time deductible) is amended for this Optional Coverage as shown in the Declarations, we will not pay for any Business Income loss that occurs during the consecutive number of hours shown as the time deductible in the Declarations immediately following a mechanical breakdown or electrical failure. If a time deductible is shown in days, each day shall mean 24 consecutive hours.

As respects the coverage provided by this Optional Coverage, any time deductible shown in the Declarations for Equipment Breakdown Protection Coverage supersedes any time deductible otherwise applicable to the Business Income coverage provided by this policy.

**g.** With respect to the coverage provided by this Optional Coverage, Paragraph **H. Property Definitions** is amended as follows:

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" includes those used to operate production type machinery or equipment.

**h.** Whenever any covered pressure, mechanical or electrical machinery and equipment is found to be in, or exposed to, a dangerous condition, any of our representatives may suspend coverage provided by this Optional Coverage for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment.

However, coverage provided by this Optional Coverage may be reinstated for loss from a mechanical breakdown or electrical failure to that pressure, mechanical or electrical machinery and equipment if the reasons for the suspension are found by any of our representatives to no longer exist.

We may suspend or reinstate this Optional coverage by mailing or delivering a written notification regarding the suspension or reinstatement to:

**(1)** Your last known address; or

**(2)** The address where the pressure, mechanical or electrical machinery and equipment is located.

This notification will indicate the effective date of the suspension or reinstatement.

If the coverage provided by this Optional Coverage is not reinstated, you will get a pro rata refund of premium. But the suspension will be effective even if we have not yet made or offered a refund.

**H. Property Definitions**

**1.** "Computer" means:

**a.** Programmable electronic equipment that is used to store, retrieve and process data; and

**b.** Associated peripheral equipment that provides communication, including input and output functions such as printing and auxiliary functions such as data transmission.

"Computer" does not include those used to operate production type machinery or equipment.

**2.** "Counterfeit money" means an imitation of "money" that is intended to deceive and to be taken as genuine.

**3.** "Electronic data" means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a "computer" or device connected to it, which enable the "computer" or device to receive, process, store, retrieve or send data.

**4.** "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**5.** "Manager" means a person serving in a directorial capacity for a limited liability company.

**6.** "Member" means an owner of a limited liability company represented by its membership interest, who also may serve as a "manager".

**7.** "Money" means:

**a.** Currency, coins and bank notes in current use and having a face value; and

**b.** Travelers checks, register checks and money orders held for sale to the public.

**8.** "Operations" means your business activities occurring at the described premises.

**9.** "Period of restoration":

**a.** Means the period of time that:

**(1)** Begins:

**(a)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

**(b)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

**(2)** Ends on the earlier of:

**(a)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

**(b)** The date when business is resumed at a new permanent location.

**b.** Does not include any increased period required due to the enforcement of any ordinance or law that:

**(1)** Regulates the construction, use or repair, or requires the tearing down of any property; or

**(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

**10.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**11.** "Securities" means negotiable and non-negotiable instruments or contracts representing either "money" or other property and includes:

**BUSINESSOWNER'S POLICY**

a. Tokens, tickets, revenue and other stamps (whether represented by actual stamps or unused value in a meter) in current use; and

b. Evidences of debt issued in connection with credit or charge cards, which cards are not issued by you;

but does not include "money".

12. "Specified causes of loss" means the following:

Fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

(1) The cost of filling sinkholes; or

(2) Sinking or collapse of land into manmade underground cavities.

b. Falling objects does not include loss of or damage to:

(1) Personal property in the open; or

(2) The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

c. Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of any part of a system or appliance (other than a sump system including its related equipment and parts) containing water or steam.

13. "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

14. "Valuable papers and records" means inscribed, printed or written:

a. Documents;

b. Manuscripts; and

c. Records;

including abstracts, books, deeds, drawings, films, maps or mortgages.

But "valuable papers and records" does not mean "money" or "securities".

**SECTION II – LIABILITY**

**A. Coverages**

**1. Business Liability**

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury", "property damage" or "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or any offense and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Paragraph **D.** – Liability And Medical Expenses Limits Of Insurance in Section **II** – Liability; and

(2) Our right and duty to defend end when we have used up the applicable Limit of Insurance in the payment of judgments or settlements or medical expenses.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Paragraph **f.** Coverage Extension – Supplementary Payments.

b. This insurance applies:

(1) To "bodily injury" and "property damage" only if:

(a) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(b) The "bodily injury" or "property damage" occurs during the policy period; and

(c) Prior to the policy period, no insured listed under Paragraph **C.1.** Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known before the policy period.

(2) To "personal and advertising injury" caused by an offense arising out of your business, but only if the offense was committed in the "coverage territory" during the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **C.1.** Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

f. **Coverage Extension – Supplementary Payments**

(1) We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

(a) All expenses we incur.

(b) Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which Business Liability Coverage for "bodily injury" applies. We do not have to furnish these bonds.

(c) The cost of bonds to release attachments, but only for bond amounts within our Limit of Insurance. We do not have to furnish these bonds.

(d) All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

(e) All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

(f) Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the Limit of Insurance, we will not pay any prejudgment interest based on that period of time after the offer.

(g) All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within our Limit of Insurance.

These payments will not reduce the limit of liability.

(2) If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

(a) The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

**BUSINESSOWNER'S POLICY**

(b) This insurance applies to such liability assumed by the insured;

(c) The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

(d) The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

(e) The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

(f) The indemnitee:

(i) Agrees in writing to:

i. Cooperate with us in the investigation, settlement or defense of the "suit";

ii. Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

iii. Notify any other insurer whose coverage is available to the indemnitee; and

iv. Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

(ii) Provides us with written authorization to:

i. Obtain records and other information related to the "suit"; and

ii. Conduct and control the defense of the indemnitee in such "suit".

(3) So long as the conditions in Paragraph (2) are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **B.1.b.(2)** Exclusions in Section **II** – Liability, such payments

will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the Limits of Insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

(a) We have used up the applicable Limit of Insurance in the payment of judgments or settlements; or

(b) The conditions set forth above, or the terms of the agreement described in Paragraph **(2)(f)** above are no longer met.

2. **Medical Expenses**

a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

(1) On premises you own or rent;

(2) On ways next to premises you own or rent; or

(3) Because of your operations;

provided that:

(a) The accident takes place in the "coverage territory" and during the policy period;

(b) The expenses are incurred and reported to us within one year of the date of the accident; and

(c) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

b. We will make these payments regardless of fault. These payments will not exceed the Limits of Insurance of Section **II** – Liability. We will pay reasonable expenses for:

(1) First aid administered at the time of an accident;

(2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

(3) Necessary ambulance, hospital, professional nursing and funeral services.

B. **Exclusions**

1. **Applicable To Business Liability Coverage**

This insurance does not apply to:

---

**a. Expected Or Intended Injury**

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

**(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

**(b)** Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

**(a)** Employment by the insured; or

**(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

**(1)** "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

**(a)** At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

**(i)** "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

**BUSINESSOWNER'S POLICY**

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property dam-

age" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

COVERAGE FORM

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 51 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged; or

**(b)** The operation of any of the following machinery or equipment:

**(i)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(ii)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition or stunting activity.

**i. War**

"Bodily injury", "property damage" or "personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by government authority in hindering or defending against any of these.

**j. Professional Services**

"Bodily injury", "property damage" or "personal and advertising injury" caused by the rendering or failure to render any professional service. This includes but is not limited to:

**(1)** Legal, accounting or advertising services;

**(2)** Preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications;

**(3)** Supervisory, inspection or engineering services;

**BUSINESSOWNER'S POLICY**

(4) Medical, surgical, dental, x-ray or nursing services treatment, advice or instruction;

(5) Any health or therapeutic service treatment, advice or instruction;

(6) Any service, treatment, advice or instruction for the purpose of appearance or skin enhancement, hair removal or replacement or personal grooming;

(7) Optometry or optical or hearing aid services including the prescribing, preparation, fitting, demonstration or distribution of ophthalmic lenses and similar products or hearing aid devices;

(8) Body piercing services; and

(9) Services in the practice of pharmacy.

This exclusion applies even if the claims allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by an insured, if the "occurrence" which caused the "bodily injury" or "property damage", or the offense which caused the "personal and advertising injury", involved the rendering or failure to render of any professional service.

k. **Damage To Property**

"Property damage" to:

(1) Property you own, rent or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractor or subcontractor working directly or indirectly on your behalf is performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs (1), (3) and (4) of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate Limit of Insurance applies to Damage To Premises Rented To You as described in Paragraph D. Liability And Medical Expenses Limit Of Insurance in Section II – Liability.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

l. **Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

m. **Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

n. **Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

(2) A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

o. **Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

(1) "Your product";

(2) "Your work"; or

(3) "Impaired property";

if such product, work or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

p. **Personal And Advertising Injury**

"Personal and advertising injury":

(1) Caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury";

(2) Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

(3) Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

(4) For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement;

(5) Arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement";

(6) Arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement";

(7) Arising out of the wrong description of the price of goods, products or services stated in your "advertisement";

(8) Committed by an insured whose business is:

(a) Advertising, broadcasting, publishing or telecasting;

(b) Designing or determining content of websites for others; or

(c) An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under Paragraph **F.** Liability And Medical Expenses Definitions.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, by itself, is not considered the business of advertising, broadcasting, publishing or telecasting.

(9) Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time;

(10) With respect to any loss, cost or expense arising out of any:

(a) Request, demand or order that any insured or others test for, monitor, clean-up, remove, contain, treat, detoxify or neutralize or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to, or assessing the effects of, "pollutants".

(11) Arising out of an electronic chatroom or bulletin board the insured hosts, owns or over which the insured exercises control;

(12) Arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

(13) Arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatags, or any other similar tactics to mislead another's potential customers.

---

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.

**BUSINESSOWNER'S POLICY**

### q. Electronic Data

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

As used in this exclusion, electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

### r. Criminal Acts

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

### s. Recording And Distribution Of Material Or Information In Violation Of Law

"Bodily injury", "property damage", or "personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

(1) The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

(2) The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

(3) The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transaction Act (FACTA); or

(4) Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.**, **d.**, **e.**, **f.**, **g.**, **h.**, **i.**, **k.**, **l.**, **m.**, **n.** and **o.** in Section **II – Liability** do not apply to damage by fire to premises while rented to you, or temporarily occupied by you with permission of the owner. A separate Damage To Premises Rented To You Limit of Insurance applies to this coverage as described in Paragraph **D. Liability And Medical Expenses Limits** of Insurance in Section **II – Liability**.

### 2. Applicable To Medical Expenses Coverage

We will not pay expenses for "bodily injury":

a. To any insured, except "volunteer workers".

b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

c. To a person injured on that part of premises you own or rent that the person normally occupies.

d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

e. To a person injured while practicing, instructing or participating in any physical exercises or games, sports or athletic contests.

f. Included within the "products-completed operations hazard".

g. Excluded under Business Liability Coverage.

### 3. Applicable To Both Business Liability Coverage And Medical Expenses Coverage – Nuclear Energy Liability Exclusion

This insurance does not apply:

a. Under Business Liability Coverage, to "bodily injury" or "property damage":

(1) With respect to which an insured under the policy is also an insured under a nuclear energy liability policy issued by the Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

(2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which:

(a) Any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

(b) The insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

b. Under Medical Expenses Coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

c. Under Business Liability Coverage, to "bodily injury" or "property damage" resulting from the "hazardous properties" of the "nuclear material"; if:

(1) The "nuclear material":

(a) Is at any "nuclear facility" owned by, or operated by or on behalf of, an insured; or

(b) Has been discharged or dispersed therefrom;

(2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

(3) The "bodily injury" or "property damage" arises out of the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility"; but if such facility is located within the United States of America, its territories or possessions or Canada, this Exclusion (3) applies only to "property damage" to such "nuclear facility" and any property thereat.

d. As used in this exclusion:

(1) "By-product material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(2) "Hazardous properties" include radioactive, toxic or explosive properties;

(3) "Nuclear facility" means:

(a) Any "nuclear reactor";

(b) Any equipment or device designed or used for:

(i) Separating the isotopes of uranium or plutonium;

(ii) Processing or utilizing "spent fuel"; or

(iii) Handling, processing or packaging "waste";

(c) Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

(d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations;

(4) "Nuclear material" means "source material", "special nuclear material" or "by-product material";

(5) "Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material;

(6) "Property damage" includes all forms of radioactive contamination of property;

(7) "Source material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(8) "Special nuclear material" has the meaning given it in the Atomic Energy Act of 1954 or in any law amendatory thereof;

(9) "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor";

BUSINESSOWNER'S POLICY

(10)"Waste" means any waste material:

    (a) Containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content; and

    (b) Resulting from the operation by any person or organization of any "nuclear facility" included under Paragraphs (a) and (b) of the definition of "nuclear facility".

**C. Who Is An Insured**

  1. If you are designated in the Declarations as:

    a. An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    b. A partnership or joint venture, you are an insured. Your members, your partners and their spouses are also insureds, but only with respect to the conduct of your business.

    c. A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    d. An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    e. A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

  2. Each of the following is also an insured:

    a. Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

      (1) "Bodily injury" or "personal and advertising injury":

        (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

        (b) To the spouse, child, parent, brother or sister of that co-"employee" as a consequence of Paragraph (a) above;

        (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph (a) or (b); or

        (d) Arising out of his or her providing or failing to provide professional health care services.

      (2) "Property damage" to property:

        (a) Owned, occupied or used by,

        (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

      you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    b. Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

    c. Any person or organization having proper temporary custody of your property if you die, but only:

      (1) With respect to liability arising out of the maintenance or use of that property; and

      (2) Until your legal representative has been appointed.

    d. Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this policy.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**D. Liability And Medical Expenses Limits Of Insurance**

1. The Limits of Insurance of Section II – Liability shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

   a. Insureds;

   b. Claims made or "suits" brought; or

   c. Persons or organizations making claims or bringing "suits".

2. The most we will pay for the sum of all damages because of all:

   a. "Bodily injury", "property damage" and medical expenses arising out of any one "occurrence"; and

   b. "Personal and advertising injury" sustained by any one person or organization;

   is the Liability and Medical Expenses limit shown in the Declarations. But the most we will pay for all medical expenses because of "bodily injury" sustained by any one person is the Medical Expenses limit shown in the Declarations.

3. The most we will pay under Business Liability Coverage for damages because of "property damage" to a premises while rented to you or in the case of fire while rented to you or temporarily occupied by you with permission of the owner is the applicable Damage To Premises Rented To You limit shown for that premises in the Declarations. For a premises temporarily occupied by you, the applicable limit will be the highest Damage To Premises Rented To You limit shown in the Declarations.

4. **Aggregate Limits**

   The most we will pay for:

   a. All "bodily injury" and "property damage" that is included in the "products-completed operations hazard" is twice the Liability and Medical Expenses limit.

   b. All:

      (1) "Bodily injury" and "property damage" except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard";

      (2) Plus medical expenses;

   (3) Plus all "personal and advertising injury" caused by offenses committed;

   is twice the Liability and Medical Expenses limit.

   Subject to Paragraph **a.** or **b.** above, whichever applies, the Damage To Premises Rented To You Limit is the most we will pay for damages because of "property damage" to any one premises, while rented to you, or in the case of fire, while rented to you or temporarily occupied by you with permission of the owner.

   The Limits of Insurance of Section II – Liability apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**E. Liability And Medical Expenses General Conditions**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this policy.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      (1) How, when and where the "occurrence" or offense took place;

      (2) The names and addresses of any injured persons and witnesses; and

      (3) The nature and location of any injury or damage arising out of the "occurrence" or offense.

   b. If a claim is made or "suit" is brought against any insured, you must:

      (1) Immediately record the specifics of the claim or "suit" and the date received; and

      (2) Notify us as soon as practicable.

      You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   c. You and any other involved insured must:

**BUSINESSOWNER'S POLICY**

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this policy:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this policy unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this policy or that are in excess of the applicable Limit of Insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Separation Of Insureds**

Except with respect to the Limits of Insurance of Section II – Liability, and any rights or duties specifically assigned in this policy to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**F. Liability And Medical Expenses Definitions**

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

**a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

**b.** Regarding websites, only that part of a website that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means:

**a.** A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

**b.** Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

**a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

**b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph **a.** above; or

**c.** All other parts of the world if the injury or damage arises out of:

**(1)** Goods or products made or sold by you in the territory described in Paragraph **a.** above;

**(2)** The activities of a person whose home is in the territory described in Paragraph **a.** above, but is away for a short time on your business; or

**(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

provided the insured's responsibility to pay damages is determined in a "suit" on the merits in the territory described in Paragraph **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by:

   (1) The repair, replacement, adjustment or removal of "your product" or "your work"; or

   (2) Your fulfilling the terms of the contract or agreement.

9. "Insured contract" means:

   a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   b. A sidetrack agreement;

   c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   e. An elevator maintenance agreement;

   f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph f. does not include that part of any contract or agreement:

   (1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, roadbeds, tunnel, underpass or crossing;

   (2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      (a) Preparing, approving or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; or

      (b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

      (3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in Paragraph (2) above and supervisory, inspection or engineering services.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

    a. After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

    b. While it is in or on an aircraft, watercraft or "auto"; or

    c. While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

    but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

    a. Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

BUSINESSOWNER'S POLICY

b. Vehicles maintained for use solely on or next to premises you own or rent;

c. Vehicles that travel on crawler treads;

d. Vehicles, whether self-propelled or not, on which are permanently mounted:

   (1) Power cranes, shovels, loaders, diggers or drills; or

   (2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

e. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

   (1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

   (2) Cherry pickers and similar devices used to raise or lower workers;

f. Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

   However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

   (1) Equipment designed primarily for:

      (a) Snow removal;

      (b) Road maintenance, but not construction or resurfacing; or

      (c) Street cleaning;

   (2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

   (3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance or motor vehicle registration law where they are licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law or motor vehicle registration law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   a. False arrest, detention or imprisonment;

   b. Malicious prosecution;

   c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

   f. The use of another's advertising idea in your "advertisement"; or

   g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

   a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      (1) Products that are still in your physical possession; or

      (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         (a) When all of the work called for in your contract has been completed.

         (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         (c) When that part of the work done at the job site has been put to its intended use by any other person or organization other than another contractor or subcontractor working on the same project.

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.        BP 00 03 01 10

COVERAGE FORM

Work that may need service, mainte-nance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

The "bodily injury" or "property damage" must occur away from premises you own or rent, unless your business includes the sell-ing, handling or distribution of "your prod-uct" for consumption on premises you own or rent.

b. Does not include "bodily injury" or "property damage" arising out of:

(1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured; or

(2) The existence of tools, uninstalled equipment or abandoned or unused ma-terials.

17. "Property damage" means:

a. Physical injury to tangible property, includ-ing all resulting loss of use of that property. All such loss of use shall be deemed to oc-cur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "oc-currence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

18. "Suit" means a civil proceeding in which dam-ages because of "bodily injury", "property dam-age", or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

a. An arbitration proceeding in which such damages are claimed and to which the in-sured must submit or does submit with our consent; or

b. Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

19. "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

20. "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

21. "Your product":

a. Means:

(1) Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

(a) You;

(b) Others trading under your name; or

(c) A person or organization whose business or assets you have ac-quired; and

(2) Containers (other than vehicles), mate-rials, parts or equipment furnished in connection with such goods or products.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

(2) The providing of or failure to provide warnings or instructions.

c. Does not include vending machines or other property rented to or located for the use of others but not sold.

22. "Your work":

a. Means:

(1) Work or operations performed by you or on your behalf; and

(2) Materials, parts or equipment furnished in connection with such work or opera-tions.

b. Includes:

(1) Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

(2) The providing of or failure to provide warnings or instructions.

**BUSINESSOWNER'S POLICY**

**SECTION III – COMMON POLICY CONDITIONS (APPLICABLE TO SECTION I – PROPERTY AND SECTION II – LIABILITY)**

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. Five days before the effective date of cancellation if any one of the following conditions exists at any building that is Covered Property in this policy;

      (1) The building has been vacant or unoccupied 60 or more consecutive days. This does not apply to:

         (a) Seasonal unoccupancy; or

         (b) Buildings in the course of construction, renovation or addition.

         Buildings with 65% or more of the rental units or floor area vacant or unoccupied are considered unoccupied under this provision.

      (2) After damage by a Covered Cause of Loss, permanent repairs to the building:

         (a) Have not started, and

         (b) Have not been contracted for,

         within 30 days of initial payment of loss.

      (3) The building has:

         (a) An outstanding order to vacate;

         (b) An outstanding demolition order; or

         (c) Been declared unsafe by governmental authority.

      (4) Fixed and salvageable items have been or are being removed from the building and are not being replaced. This does not apply to such removal that is necessary or incidental to any renovation or remodeling.

      (5) Failure to:

         (a) Furnish necessary heat, water, sewer service or electricity for 30 consecutive days or more, except during a period of seasonal unoccupancy; or

      (b) Pay property taxes that are owing and have been outstanding for more than one year following the date due, except that this provision will not apply where you are in a bona fide dispute with the taxing authority regarding payment of such taxes.

   b. 10 days before the effective date of cancellation if we cancel for nonpayment of premium.

   c. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Concealment, Misrepresentation Or Fraud**

This policy is void in any case of fraud by you as it relates to this policy at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This policy;

2. The Covered Property;

3. Your interest in the Covered Property; or

4. A claim under this policy.

**D. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

Includes copyrighted material of the Insurance Services Office, Inc., used with its permission.   **BP 00 03 01 10**

## E. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe and healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## F. Insurance Under Two Or More Coverages

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## G. Liberalization

If we adopt any revision that would broaden the coverage under this policy without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this policy.

## H. Other Insurance

1. If there is other insurance covering the same loss or damage, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance of Section I – Property.

2. Business Liability Coverage is excess over:

   a. Any other insurance that insures for direct physical loss or damage; or

   b. Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

3. When this insurance is excess, we will have no duty under Business Liability Coverage to defend any claim or "suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

## I. Premiums

1. The first Named Insured shown in the Declarations:

   a. Is responsible for the payment of all premiums; and

   b. Will be the payee for any return premiums we pay.

2. The premium shown in the Declarations was computed based on rates in effect at the time the policy was issued. On each renewal, continuation or anniversary of the effective date of this policy, we will compute the premium in accordance with our rates and rules then in effect.

3. With our consent, you may continue this policy in force by paying a continuation premium for each successive one-year period. The premium must be:

   a. Paid to us prior to the anniversary date; and

   b. Determined in accordance with Paragraph **2.** above.

   Our forms then in effect will apply. If you do not pay the continuation premium, this policy will expire on the first anniversary date that we have not received the premium.

4. Undeclared exposures or change in your business operation, acquisition or use of locations may occur during the policy period that are not shown in the Declarations. If so, we may require an additional premium. That premium will be determined in accordance with our rates and rules then in effect.

## J. Premium Audit

1. This policy is subject to audit if a premium designated as an advance premium is shown in the Declarations. We will compute the final premium due when we determine your actual exposures.

**BUSINESSOWNER'S POLICY**

2. Premium shown in this policy as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

3. The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**K. Transfer Of Rights Of Recovery Against Others To Us**

1. Applicable to Businessowners Property Coverage:

   If any person or organization to or for whom we make payment under this policy has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

   a. Prior to a loss to your Covered Property.

   b. After a loss to your Covered Property only if, at time of loss, that party is one of the following:

      (1) Someone insured by this insurance;

      (2) A business firm:

         (a) Owned or controlled by you; or

         (b) That owns or controls you; or

      (3) Your tenant.

   You may also accept the usual bills of lading or shipping receipts limiting the liability of carriers.

   This will not restrict your insurance.

2. Applicable to Businessowners Liability Coverage:

   If the insured has rights to recover all or part of any payment we have made under this policy, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them. This condition does not apply to Medical Expenses Coverage.

**L. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

# Exhibit E



Eric Garcetti
MAYOR

## Public Order Under City of Los Angeles Emergency Authority

Issue Date: March 15, 2020

**Subject:**    New City Measures to Address COVID-19

On March 4, 2020, I declared a local emergency in relation to the arrival of the COVID-19 virus in our community, and on March 12, 2020, I ordered a number of measures to be taken across the City to protect members of the public and City workers from an undue risk of contracting the COVID-19 virus. Our precautions over the past weeks and what we do over the next few days and weeks will determine how well we weather this emergency.

On March 11, 2020, the World Health Organization characterized COVID-19 as a pandemic. The Centers for Disease Control and Prevention advises us that COVID-19 spreads easily from person to person and has issued guidelines recommending that the public adopt policies and routines to enable social distancing wherever possible.

Here in the City of Los Angeles, we must redouble our efforts to maintain hand hygiene, respiratory etiquette, and social distancing. It is absolutely critical that we as a City do everything we can to slow the pace of community spread and avoid unnecessary strain on our medical system. To aid in our efforts, under the emergency authorities vested in my office under the laws of the City of Los Angeles, today I am ordering that a series of temporary restrictions be placed on certain establishments throughout our City in which large numbers of people tend to gather and remain in close proximity. By virtue of authority vested in me as Mayor of the City of Los Angeles pursuant to the provisions of the Los Angeles Administrative Code, Chapter 3, Section 8.29 to promulgate, issue, and enforce rules, regulations, orders, and directives, I hereby declare the following orders to be necessary for the protection of life and property and I hereby order, effective at 11:59 p.m. tonight, until March 31, 2020 at 12:00 p.m., that:

1.    All bars and nightclubs in the City of Los Angeles that do not serve food shall be closed to the public.

2.      Any bars or nightclubs in the City of Los Angeles that serve food may remain open only for purposes of continuing to prepare and offer food to customers via delivery service or to be picked up.  Dine-in food service is prohibited.

3.      All restaurants and retail food facilities in the City of Los Angeles shall be prohibited from serving food for consumption on premises.  Restaurants and retail food facilities may continue to operate for purposes of preparing and offering food to customers via delivery service, to be picked up or for drive-thru.  For those establishments offering food pick-up options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up.

4.      The following are exempt from this Order:

> A.  Cafeterias, commissaries, and restaurants located within hospitals, nursing homes, or similar facilities
> B.  Grocery stores
> C.  Pharmacies
> D.  Food banks
> E.  Los Angeles World Airports concessionaires

5.      Trucks and other vehicles engaged in the delivery of grocery items to grocery stores, when such items are to be made available for sale to the public, are hereby exempt from having to comply with any City rules and regulations that limit the hours for such deliveries, including, without limitation, Los Angeles Municipal Code Section 12.22 A.23(b)(3) and Los Angeles Municipal Code Section 114.03.

6.      All movie theaters, live performance venues, bowling alleys and arcades shall be closed to the public.

7.      All gyms and fitness centers shall be closed to the public.

Any violation of the above prohibitions may be referred to the Office of the City Attorney for prosecution under Los Angeles Administrative Code Section 8.77, which provides for fines not to exceed $1,000 or imprisonment not to exceed six months.  Each individual officer should use their discretion in enforcing this order and always keep the intent of the order in mind.

In addition, I hereby issue guidance to the leaders of the City's houses of worship and urge them, in the strongest possible terms, to limit gatherings on their premises and to explore and implement ways to practice their respective faiths while observing social distancing practices.

Finally, I hereby order that no landlord shall evict a residential tenant in the City of Los Angeles during this local emergency period if the tenant is able to show an inability to pay rent due to circumstances related to the COVID-19 pandemic.  These

circumstances include loss of income due to a COVID-19 related workplace closure, child care expenditures due to school closures, health care expenses related to being ill with COVID-19 or caring for a member of the tenant's household who is ill with COVID-19, or reasonable expenditures that stem from government-ordered emergency measures. Nothing in this subsection shall be construed to mean that the tenant will not still be obligated to pay lawfully charged rent. Tenants will have up to six months following the expiration of the local emergency period to repay any back due rent. Tenants may use the protections afforded in this subsection as an affirmative defense in an unlawful detainer action. This subsection shall remain in effect during the pendency of the local emergency period.

This order may be extended prior to March 31, 2020.

# Exhibit F

# EXECUTIVE DEPARTMENT
# STATE OF CALIFORNIA

### EXECUTIVE ORDER N-33-20

**WHEREAS** on March 4, 2020, I proclaimed a State of Emergency to exist in California as a result of the threat of COVID-19; and

**WHEREAS** in a short period of time, COVID-19 has rapidly spread throughout California, necessitating updated and more stringent guidance from federal, state, and local public health officials; and

**WHEREAS** for the preservation of public health and safety throughout the entire State of California, I find it necessary for all Californians to heed the State public health directives from the Department of Public Health.

**NOW, THEREFORE, I, GAVIN NEWSOM,** Governor of the State of California, in accordance with the authority vested in me by the State Constitution and statutes of the State of California, and in particular, Government Code sections 8567, 8627, and 8665 do hereby issue the following Order to become effective immediately:

**IT IS HEREBY ORDERED THAT:**

1) To preserve the public health and safety, and to ensure the healthcare delivery system is capable of serving all, and prioritizing those at the highest risk and vulnerability, all residents are directed to immediately heed the current State public health directives, which I ordered the Department of Public Health to develop for the current statewide status of COVID-19. Those directives are consistent with the March 19, 2020, Memorandum on Identification of Essential Critical Infrastructure Workers During COVID-19 Response, found at: https://covid19.ca.gov/. Those directives follow:

ORDER OF THE STATE PUBLIC HEALTH OFFICER
March 19, 2020

To protect public health, I as State Public Health Officer and Director of the California Department of Public Health order all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors, as outlined at https://www.cisa.gov/identifying-critical-infrastructure-during-covid-19. In addition, and in consultation with the Director of the Governor's Office of Emergency Services, I may designate additional sectors as critical in order to protect the health and well-being of all Californians.

Pursuant to the authority under the Health and Safety Code 120125, 120140, 131080, 120130(c), 120135, 120145, 120175 and 120150, this order is to go into effect immediately and shall stay in effect until further notice.

The federal government has identified 16 critical infrastructure sectors whose assets, systems, and networks, whether physical or virtual, are considered so vital to the United States that their incapacitation or

destruction would have a debilitating effect on security, economic security, public health or safety, or any combination thereof. I order that Californians working in these 16 critical infrastructure sectors may continue their work because of the importance of these sectors to Californians' health and well-being.

This Order is being issued to protect the public health of Californians. The California Department of Public Health looks to establish consistency across the state in order to ensure that we mitigate the impact of COVID-19. Our goal is simple, we want to bend the curve, and disrupt the spread of the virus.

The supply chain must continue, and Californians must have access to such necessities as food, prescriptions, and health care. When people need to leave their homes or places of residence, whether to obtain or perform the functions above, or to otherwise facilitate authorized necessary activities, they should at all times practice social distancing.

2) The healthcare delivery system shall prioritize services to serving those who are the sickest and shall prioritize resources, including personal protective equipment, for the providers providing direct care to them.

3) The Office of Emergency Services is directed to take necessary steps to ensure compliance with this Order.

4) This Order shall be enforceable pursuant to California law, including, but not limited to, Government Code section 8665.

**IT IS FURTHER ORDERED** that as soon as hereafter possible, this Order be filed in the Office of the Secretary of State and that widespread publicity and notice be given of this Order.

This Order is not intended to, and does not, create any rights or benefits, substantive or procedural, enforceable at law or in equity, against the State of California, its agencies, departments, entities, officers, employees, or any other person.

**IN WITNESS WHEREOF** I have hereunto set my hand and caused the Great Seal of the State of California to be affixed this 19th day of March 2020.

GAVIN NEWSOM
Governor of California

ATTEST:

ALEX PADILLA
Secretary of State

# Exhibit G



ERIC GARCETTI
MAYOR

## Public Order Under City of Los Angeles Emergency Authority

### Issue Date:   March 19, 2020 (Revised May 27, 2020)

**Subject:**     **SAFER AT HOME**

The novel coronavirus pandemic is a global emergency that is unprecedented in modern history.  Profoundly impacting our daily lives, it has inspired Angelenos to respond with courage, compassion, wisdom and resolve to overcome this crisis and help each other.

In a short period of time and at an unprecedented scale, residents in every community have embraced urgent social distancing best practices and aggressive hygienic precaution, not just to protect themselves, but to protect others. Angelenos understand with exceptional clarity that there is only one way to get through this difficult moment: together.

The City's recent emergency orders — curtailing large public gatherings; temporarily closing many government facilities; closing theaters, bars and entertainment venues; prohibiting restaurants from serving to dine-in customers while permitting take-out, delivery and drive-thru; and a ban on evictions of residential and commercial tenants who cannot pay rent due to financial impacts caused by COVID-19 — have been followed with a willing and generous spirit.

While we have previously taken strong action, now the City must adopt additional emergency measures to further limit the spread of COVID-19.

With this virus, we are safer at home.

Wherever feasible, City residents must isolate themselves in their residences, subject to certain exceptions provided below.  This Order is given because, among other reasons, the COVID-19 virus can spread easily from person to person and it is physically causing property loss or damage due to its tendency to attach to surfaces for prolonged periods of time.




Under the provisions of Section 231(i) of the Los Angeles City Charter and Chapter 3, Section 8.27 of the Los Angeles Administrative Code, I hereby declare the following orders to be necessary for the protection of life and property in the City of Los Angeles, effective on Friday, April, 10, 2020 at 11:59 PM:

1.     Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all persons living within the City of Los Angeles are hereby ordered to remain in their homes. Residents of the City of Los Angeles who are experiencing homelessness are exempt from this requirement. The City is working, along with partner government agencies and non-governmental organizations, to make more emergency shelters available for the unhoused residents of our City. City of Los Angeles officials and contracted partners responsible for homelessness outreach shall make every reasonable effort to persuade such residents to accept, if offered, temporary housing or shelter, as the Health Officer of the County of Los Angeles recommends that sheltering individuals will assist in reducing the spread of the virus and will protect the individual from potential exposure by allowing the individual access to sanitation tools. People at high risk of severe illness from COVID-19 and people who are sick are urged to stay in their residence to the extent possible except as necessary to seek medical care.

2.     Subject only to the exceptions outlined in this Paragraph and Paragraph 5 below, all businesses within the City of Los Angeles are ordered to cease operations that require in-person attendance by workers at a workplace. Indoor Malls and Shopping Centers can open to no more than 50% of overall shopping center capacity. To the extent that business operations may be maintained by telecommuting or other remote means, while allowing all individuals to maintain shelter in their residences, this Order shall not apply to limit such business activities. A business that fails to cease operation despite not meeting an exception in this Paragraph or Paragraph 5 may be subject to having its water and power services shut off by the Department of Water and Power for not being in compliance with the Order. The Deputy Mayor of Public Safety, or his written designee, may, after engagement with and a written warning issued to a noncompliant business, refer that business in writing to the Department of Water and Power to shut off water and power services pursuant to this order. Upon receiving such a written referral, the Department of Water & Power is authorized to shut off water and power services to the noncompliant business operating in violation of the Order

3.     All public and private gatherings of any number of people occurring outside a   . residence are prohibited, except as to those exempted activities described in this Paragraph and Paragraph 5. This provision does not apply to gatherings within a single household or living unit.

4.     All travel, including, without limitation, travel on foot, bicycle, scooter, motorcycle, automobile, or public transit is prohibited, subject to the exceptions in Paragraph 5.

5.     Exceptions. People may lawfully leave their residence while this Order is in effect only to engage in the following activities:

        (i) First 24 hour allowance. This Order shall not apply, for a 24-hour period following the effective date above, to allow employees and business owners to access to their workplaces to gather belongings or address other administrative needs, so long

~~as social distancing requirements are followed. Such workplaces shall remain closed to the public in accordance with this Order.~~

(ii) Essential Activities.  To engage in certain essential activities, including, without limitation, visiting a health or veterinary care professional, obtaining medical supplies or medication, obtaining grocery items (including, without limitation, canned food, dry goods, fresh fruits and vegetables, pet supplies, fresh or frozen meats, fish, and poultry, any other household consumer products and products necessary to maintain the safety and sanitation of residences and other buildings) for their household or to deliver to others, or for legally mandated government purposes.  In addition, any travel related to (a) providing care for minors, the elderly, dependents, persons with disabilities, or other vulnerable persons; (b) returning to one's place of residence from outside the City; (c) travelling to one's place of residence located outside the City; (d) compliance with an order of law enforcement or court shall be exempt from this Order; (e) legally mandated government purposes; (f) attend a funeral with no more than 10 individuals present or manage after-death arrangements and burial; or (g) to participate in a vehicle-based parade or drive-thru events (hosts and participants of such activities must observe and comply with the Vehicle-Based Parade Protocol published by the Los Angeles County Department of Public Health); or (h) to participate in an in-person protests as long as attendance is limited to 25% of the relevant area's maximum occupancy, as defined by the relevant local permitting authority or other relevant authority, or a maximum of 100 attendees, whichever is less, and physical distancing of six feet between persons or groups of persons from different households is maintained at all times.  Persons engaging in these essential activities are required to maintain reasonable social distancing practices.  This includes maintaining a distance of at least six-feet away from others, frequently washing hands with soap and water for at least twenty seconds or using hand sanitizer, covering coughs or sneezes (into the sleeve or elbow, not hands), regularly cleaning high-touch surfaces, not shaking hands and wearing a cloth face covering whenever there is or can be contact with others who are non-household members in both public and private places.  Young children who are at risk of suffocation and people with certain disabilities are not required to wear a face covering.

(iii) Outdoor Activities.  To engage in passive outdoor activity and recreation, provided that the individuals comply with social distancing requirements, including, without limitation, walking, running, cycling; use of scooters, roller skates, skateboards, or other personal mobility devices. All individuals engaging in outdoor activities must wear a cloth face covering whenever there is or can be contact with others who are non-household members. Young children who are at risk of suffocation, people with certain disabilities, and individuals engaging in water activities and certain sports specified in Los Angeles County Department of Public Health Protocols (such as tennis, pickleball and solo horseback riding) are not required to wear a face covering. Golf is permitted; public and private courses may operate upon implementing the Los Angeles County Department of Public Health Reopening Protocol for Golf Courses.  Golf and tennis clubhouses, course restaurants and pro shops remain closed to public entry; pro shops may operate but can only conduct sales outside the storefront, and course restaurants can operate for take-out or delivery and cannot serve dine-in customers. Indoor and outdoor playgrounds for children, except those located within childcare centers, shall be closed for all purposes.  The City of Los Angeles, following the recommendations and

directives of the County Department of Public Health, shall cancel its recreational and cultural programming and close its beaches, public beach parking lots, beach access points, piers, park trails, trail heads, and park facilities. Beaches are open for active recreation, including swimming, surfing, running and walking; however, sunbathing, sitting, gatherings, youth camps, group sports and athletic competitions are not allowed. Visitors to beaches shall follow the Los Angeles County Department of Public Health Reopening Protocol for use of Public Beaches. Pools, hot tubs, and saunas that are in a multi-unit residence or part of a Homeowners' Association may open upon implementing the Los Angeles County Department of Public Health Protocols for Reopening of Swimming Pools in Shared Residential Facilities. Parks shall remain open for recreational activities while practicing social distancing and shall follow the Los Angeles County Department of Public Health Reopening Protocol for Use of Public Trails. "Recreation and cultural programming" refers to recreational and cultural activities, indoor and outdoor sports leagues, aquatics classes, instructional courses, and group sessions on City-owned and operated park land. "Park facilities," which shall be closed to the public, refers to the City's Department of Recreation and Parks facilities, including: skate parks, basketball courts, tennis courts, volleyball courts, baseball fields, Venice Boardwalk (except as necessary to travel to an essential business), Runyon Canyon, Griffith Observatory, Travel Town, Griffith Park train rides and pony rides, the Cabrillo Marine Museum, Sherman Oaks Castle, EXPO Center, and aquatics facilities. Tennis and pickle ball courts, shooting and archery ranges, equestrian centers, model airplane areas, community gardens, and bike parks may operate upon implementing the required Los Angeles County Department of Public Health protocols found on paragraph 6. Census Centers located at Recreation and Parks facilities may remain open, provided strict adherence to social distancing practices. Outdoor Museums, Open Air Galleries, Botanical Gardens and other Outdoor Exhibition Spaces may open upon implementing the Los Angeles County Department of Public Health Protocols for Opening for Outdoor Museums and Galleries.

(iv) Work in Support of Essential Activities. To perform work providing essential products and services or to otherwise carry out activities specifically permitted in this Order.

(v) To care for or support a friend, family member, or pet in another household.

(vi) Emergency Personnel. All first responders, gang and crisis intervention workers, public health workers, emergency management personnel, emergency dispatchers, law enforcement personnel, and related contractors and others working for emergency services providers are categorically exempt from this Order.

(vii) Essential Activities Exempt. Certain business operations and activities are exempt from the provisions of this Order, on the grounds that they provide services that are recognized to be critical to the health and well-being of the City. These include:
(a)    All healthcare operations, including hospitals, clinics, dentists, pharmacies, pharmaceutical and biotechnology companies, medical and scientific research, laboratories, healthcare suppliers, home healthcare services providers, veterinary care and pet day care providers (excluding pet grooming and training), mental and behavioral health providers and support groups, substance use providers and support groups, physical therapists and chiropractors, cannabis dispensaries, or

any related and/or ancillary healthcare services, manufacturers and suppliers. Behavioral health or substance use disorder support group meetings must implement the Los Angeles County Department of Public Health's Reopening Protocol for Substance Use Disorder and Mental Health Support Groups. Healthcare operations does not include fitness and exercise gyms and similar facilities.

(b)     Grocery stores, water retailers, farm and produce stands, supermarkets, convenience stores, warehouse stores, food banks, and other establishments engaged in the retail sale of canned food, dry goods, fresh fruits and vegetables, pet food and medication supply, fresh or frozen meats, fish, and poultry, and other household consumer products necessary to maintain the safety, sanitation and essential operation of residences. This includes stores that sell beer, wine, and liquor. However, the portions of liquor stores, wineries, breweries and tap rooms that provide tastings to the public are closed. Certified farmers markets may operate only if they are able to obtain written approval from the Bureau of Street Services (BSS) and only according to the guidelines and set forth by BSS.

(c)     Agricultural and horticultural cultivation, including farming, livestock, and fishing.

(d)     Organizations and businesses that provide food, shelter, and social services, and other necessities of life for economically disadvantaged or otherwise needy individuals (including gang prevention and intervention, domestic violence, and homeless services agencies).

(e)     Newspapers, television news, radio, magazine, podcast and journalism.

(f)     Gas service stations, auto/motorcycle part supply, mobile auto/motorcycle repair operations, auto/motorcycle repair shops (including, without limitation, auto repair shops that operate adjacent to or otherwise in connection with an used or retail auto dealership), bicycle repair shops and related facilities. Auto dealerships and motorcycle dealerships may open to the public, under the conditions required by and upon implementation of the Los Angeles County Department of Public Health Reopening Protocol for Car Dealerships. Car washes are permitted to operate upon implementing the Los Angeles County Department of Public Health Reopening Protocol for Car Washes.

(g)     Banks, credit unions, financial institutions and insurance companies, and pawn shops.

(h)     Hardware and building supply stores, day labor centers, nurseries and horticulture wholesale distributors.

(i)     Plumbers, electricians, custodial/janitorial workers, handyman services, funeral home workers and morticians, moving services, HVAC installers, carpenters, day laborers, landscapers, gardeners, exterminators, property managers and leasing agents, private security personnel and other service providers who provide services to maintain the safety, sanitation, and essential operation to properties and other essential activities discussed in this subsection.

(j)     Businesses providing mailing and shipping services, boxes and packaging, and post office boxes.

(k)     Educational institutions -- including public and private K-12 schools, colleges, and universities -- for purposes of facilitating distance learning or performing essential functions provided that social distancing of six-feet per person is maintained.

(l)     Laundromats, dry cleaners, and laundry service providers.

(m)     Restaurants and retail food facilities that prepare and offer food to customers, but only via delivery service, to be picked up, or drive-thru. For those establishments offering food pick-up options, proprietors are directed to establish social distancing practices for those patrons in the queue for pick-up. This includes maintaining a distance of at least six-feet away from others. Schools and other entities that typically provide free food services to students or members of the public may continue to do so under this Order on the condition that the food is provided to students or members of the public on a pick-up and carry out basis only. Schools and other entities that provide food services under this exemption shall not permit the food to be eaten at the site where it is provided, or any other gathering site. Cafeterias, commissaries, and restaurants located within hospitals, nursing homes, or similar facilities are also exempt from this Order. Social distancing shall be maintained at a distance of at least six-feet away from others.

(n)     Businesses that supply or provide storage for retail goods and products needed for people to work from home.

(o)     Businesses that supply other essential businesses with the support, services, or supplies necessary to operate, provided that strict social distancing is maintained. This section includes, without limitation, utility companies.

(p)     Individuals and businesses that ship, truck, transport, or provide logistical support to deliver groceries, food, goods, or services directly to residences, or businesses engaged in essential activities or essential infrastructure.

(q)     Airlines, taxis, ride sharing services, car rental companies, and other private transportation services providing transportation services necessary for essential activities and other purposes expressly authorized in this Order.

(r)     Home-based care for disabled persons, seniors, adults, or children.

(s)     Residential facilities and shelters for homeless residents, disabled persons, seniors, adults, children and animals.

(t)     Office-based businesses when teleworking is not possible, including professional services, such as legal, leasing and real estate transactions, payroll or accounting services, when necessary to assist in the permitting, inspection, construction, transfer and recording of ownership of housing, and when necessary to achieve compliance with legally mandated activities. Housing units and real property may be shown, provided that appointments and other residential viewings occur virtually or, if a virtual viewing is not feasible, by appointment with no more than two visitors at a time residing within the same household or living unit and one individual showing the unit. However, such in-person visits are not permitted when a tenant occupant is still residing in the residence, unless the owner first obtains the tenant's written consent.

(u)     Childcare facilities providing services that enable employees exempted in this Order to work as permitted. To the extent possible, childcare facilities must operate under the following mandatory conditions:

> (1) Childcare must be carried out in stable groups of 10 or fewer ("stable" means that the same 12 or fewer children are in the same group each day).
> (2) Children shall not change from one group to another.
> (3) If more than one group of children is cared for at one facility, each group shall be in a separate room. Groups shall not mix with each other.
> (4) Childcare providers shall remain solely with one group of children.

(v)   Hotels, motels, shared rental units and similar facilities.

(w)   Military/Defense Contractors/FFRDC (Federally Funded Research and Development Centers). For purposes of this Order, essential personnel may leave their residence to provide any service or perform any work deemed essential for national security including, without limitation, defense, intelligence, and aerospace development and manufacturing for the Department of Defense, the Intelligence Community, and NASA and other federal government, and or United States Government departments and agencies. Essential personnel include prime, sub-prime, and supplier contractor employees, at both the prime contract level and any supplier level at any tier, working on federal United States Government contracts, such as contracts for national intelligence and national security requirements.

(x)   Businesses that manufacture retail goods. These businesses must also implement the County of Los Angeles Reopening Protocol for Warehousing, Manufacturing and Logistic Establishments.

(y)   Retail stores may operate, after implementing the County of Los Angeles Department of Public Health Protocols for Retail Establishments Opening for In-person Shopping. Indoor malls and shopping centers can open to no more than 50% of overall shopping center capacity and must adopt the County Department of Public Health Protocols for Shopping Center Operators.

(z)   Places of worship, provided that the gathering of congregants is limited to the lower of 25% of the total maximum occupancy (or occupant load) assigned for that building on its Certificate of Occupancy or as determined by Section 1004 of the 2019 California Building Code, or 100 people. Faith-based organizations holding in-person services must follow the Los Angeles County Department of Public Health Places of Worship Protocols, including requiring face coverings during services and celebrations except for young children or others with impaired breathing or other at-risk conditions.

(viii)   Government Employees. This Order does not apply to employees of government agencies working within the course and scope of their public service employment. Employees of the City of Los Angeles shall follow any current or future directives issued by the Mayor.

(ix)   Essential Infrastructure. Individuals may leave their residences to provide any services or goods or perform any work necessary to to build, operate, maintain or manufacture essential infrastructure, including without limitation construction of public health operations, commercial, office and institutional buildings, residential buildings and housing; airport operations, food supply, concessions, and construction; port operations and construction; water, sewer, gas, electrical, oil extraction and refining; roads and highways, public transportation and rail; solid waste collection, removal, and recycling; flood control and watershed protection; internet and telecommunications systems (including the provision of essential global, national, and local infrastructure for computing services, business infrastructure, communications, phone retail sales and servicing, and web-based services); and manufacturing and distribution companies deemed essential to the supply chains of the industries referenced in this Paragraph, provided that they carry out those services and that work in compliance with social distancing practices as prescribed by the Centers for Disease Control and Prevention and the Los Angeles County Department of Public Health, to the extent possible.

(x)   Non-Essential Businesses. Businesses regarded under this Order as "non-essential" may be permitted to conduct minimum basic operations including

inventory, security, custodial services, payroll and employee benefits processing, and any reasonable activity designed to maximize the ability for its employees to work remotely from their homes. Any Non-Essential Businesses conducting minimum basic operations, as allowed for in the paragraph, shall keep its doors closed and locked to the public at all times and shall post a sign on its main entrances stating that the business is closed to the public.

6.      Public Notice of Social Distancing Protocols for Certain Public-Facing Essential Businesses. The City of Los Angeles has adopted all safety protocols developed by the County of Los Angeles Department of Public Health. All individuals, except young children at risk of suffocation and people with certain disabilities, engaging in the permitted activities described below must wear face coverings and adopt social distancing requirements. All businesses described below must require workers and customers to wear face coverings and adopt the County Public Health protocols, which are available for download at https://www.lamayor.org/COVID19Orders. For relevant businesses, (i) the protocols notice must be posted at or near the entrance to the facility so that it is easily viewable by the public and employees; and (ii) copies of the protocols must be provided to each employee performing work at the facility; and (iii) the business must provide evidence of its implementation of the protocols to any authority enforcing this Order upon demand. The required protocols include:

        a)      The owner, manager, or operator of any business described in Paragraph 1 of the April 7, 2020 Worker Protection Order (Revised May 7, 2020), shall prepare and post by no later than 11:59 p.m. on April 15, 2020, a the County's Social Distancing Protocol for each of their facilities within the City of Los Angeles.

        b)      The owner, manager, or operator of any permitted retail business described in Paragraph 5 (vii)(y) of this Order must implement the County's Protocols for Retail Establishments Opening for In-person Shopping.

        c)      The owner, manager, or operator of any permitted auto dealer described in Paragraph 5 (vii)(f) of this Order must implement the County's Car Dealership Protocols.

        d)      The owner, manager, or operator of any permitted public and private golf courses described in Paragraph 5 (iii) of this Order must implement the County's Golf Courses Protocols.

        e)      All hikers and visitors of trails described in Paragraph 5 (iii) of this Order must adopt the County's Trail Use Protocols.

        f)      All visitors to beaches described in Paragraph 5 (iii) of this Order must adopt the County's Beach Protocols.

        g)      All visitors to bike parks described in Paragraph 5 (iii) of this Order must adopt the County's Bike Park Protocols.

        h)      All visitors to community gardens described in Paragraph 5 (iii) of this Order must adopt the County's Community Gardens Protocols.

i)    All visitors to equestrian centers described in Paragraph 5 (iii) of this Order must adopt the County's Equestrian Centers Protocols.

j)    All visitors to model airplane areas described in Paragraph 5 (iii) of this Order must adopt the County's Model Airplane Protocols.

k)    All visitors to tennis and pickleball courts described in Paragraph 5 (iii) of this Order must adopt the County's Tennis Pickleball Courts Protocols.

l)    All operators and participants of substance use disorder and mental health support groups described in Paragraph 5(vii)(a) and (d) must adopt the County's Substance Use Disorder and Mental Health Support Groups Protocols.

m)    All outdoor shooting facilities described in Paragraph 5 (iii) of this Order must adopt the County's Outdoor Shooting Facility Protocols.

n)    The owner, manager, or operator of any permitted warehouse business described in Paragraph 5 (vii)(n), or any permitted logistics business described in Paragraph 5 (vii)(p), or any permitted manufacturing business described in Paragraph 5 (vii)(y) must adopt the County's Reopening Protocol for Warehousing, Manufacturing and Logistic Establishments

o)    The owner, manager, or operator of a car wash described in Paragraph 5(vii)(f) must adopt the County's Reopening Protocol for Car Washes

p)    All hosts and participants of vehicle-based parades or drive thru events must adopt the County's Protocol for Vehicle Based Parades or Drive Thru Events.

q)    The owner, manager, or operator of a place of worship or faith-based organization hosting in-person services must adopt the County's Protocol for Places of Worship Protocols.

r)    The owner, manager, or operator of office-based businesses must adopt the County's Office-Based Worksites Protocol.

s)    The owner, manager, or operator of shopping centers or malls must adopt the County's Shopping Center Operators Protocol.

t)    The operator of pools, hot tubs, and saunas that are in a multi-unit residence or part of a Homeowners' Association must adopt the County's Protocols for Reopening of Swimming Pools in Shared Residential Facilities.

u)    The owner, manager or operator of Outdoor Museums, Open Air Galleries, Botanical Gardens and other Outdoor Exhibition Spaces must adopt the County's Protocols for Opening for Outdoor Museums and Galleries.

7.    To the extent that this Order is in conflict with earlier Orders, this Order shall supersede the others.

8.      Failure to comply with this Order shall constitute a misdemeanor subject to fines and imprisonment.  I hereby urge the Los Angeles Police Department and the City Attorney to vigorously enforce this Order via Sections 8.77 and 8.78 of the Los Angeles Administrative Code.

9.      If any subsection, sentence, clause, phrase, or word of this Order or any application of it to any person, structure, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision shall not affect the validity of the remaining portions or applications of this Order.

This order shall be in place during the local emergency period, and it may be amended or rescinded as warranted according to local public health conditions.

_____
Eric Garcetti, MAYOR

Dated: May 27, 2020 at Los Angeles, California
Time:    4:00 p.m.

Filed with the City Clerk
Date: _____
Time: _____
By: _____

# Exhibit H

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999



Berkshire Hathaway **GUARD**
Insurance Companies

**Berkshire Hathaway GUARD**
**P.O. Box 1368**
**Wilkes-Barre, PA 18703-1368**
**Toll-Free 800-673-2465**
**FAX 570-825-0611**
**www.guard.com**

04/08/2020

### Sent via Regular and Certified Mail

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

Policyholder:   Plan Check Downtown III, LLC
Policy Number: PLBP159547
Policy Period:   02/27/2020 to 02/27/2021
Date of Loss:    03/16/2020
Claim Number: PLBP159547-001-001-001
Carrier:            AmGUARD Insurance Company

Dear Policyholder:

The undersigned represents the interests of  AmGUARD Insurance Company  (hereinafter referred to as "the Company") relative to the above-referenced claim. You have reported that loss of business income due to the SARS-CoV-2 virus outbreak, which is commonly referred to as Coronavirus. The Company understands that in reporting this claim, Plan Check Downtown III, LLC
(hereinafter referred to as "you") is requesting that the Company provide it with coverage for the claim under the policy PLBP159547  ("the Policy").

This letter is to advise you that based upon careful review of the claim submissions to date for this loss, and the terms, conditions, limitations, exclusions and/or endorsements of the Policy, we have concluded that there is no coverage afforded to you under the Policy for the damages asserted. Accordingly, for the reasons set forth in greater detail below, the Company respectfully disclaims any duty to indemnify you for claims related to this loss.

### The Claim

You have reported that on or about 03/16/2020 , your insured property closed down due to an action of civil authority. The order requiring the insured business to close is in response to the Coronavirus outbreak, which caused a loss in business income. You are not claiming that property sustained any direct physical loss or damage.

### The Policy

The Company issued Businessowner's Policy PLBP159547  (the "Policy") to you. The Policy period is from 02/27/2020 to 02/27/2021.  The Policy is an "Occurrence" policy which provides Business Property and Business Liability coverage for covered claims occurring during the Policy Period.  The policy is subject to all terms, conditions, limitations, and exclusions contained therein.  To illustrate the reason for our denial of coverage in this matter we direct your attention to pertinent policy provisions.  The policy must be read in its entirety, but we provide the following relevant sections in whole or part for convenience.



Berkshire Hathaway GUARD
P.O. Box 1368
Wilkes-Barre, PA 18703-1368
Toll-Free 800-673-2465
FAX 570-825-0611
www.guard.com

We first direct your attention to the following policy provisions in the **BP 00 03 01 10** Businessowner's Coverage Form:

## SECTION I – PROPERTY

### A. Coverage
*We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.*

**1. Covered Property**
*Covered Property includes Buildings as described under Paragraph a. below, Business Personal Property as described under Paragraph b. below, or both, depending on whether a Limit of Insurance is shown in the Declarations for that type of property. Regardless of whether coverage is shown in the Declarations for Buildings, Business Personal Property, or both, there is no coverage for property described under Paragraph 2. Property Not Covered.*

### 3.Covered Causes Of Loss
*Risks of direct physical loss unless the loss is:*
***a.** Excluded in Paragraph **B.** Exclusions in Section **I;** or*
***b.** Limited in Paragraph **4.** Limitations in Section **I.***

Please be referred to **Page 5 of 48,** which states:

### 5. Additional Coverages
**f. Business Income**
**(1) Business Income**
*(a) We will pay for the actual loss of Business Income you sustain due to the necessary suspension of your "operations" during the "period of restoration". The suspension must be caused by direct physical loss of or damage to property at the described premises. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.*
**i. Civil Authority**
*When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:*
*(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and*
*(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.*

We also refer you to, **P. 14-17:**

### B. Exclusions
**1.** *We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.*



Berkshire Hathaway GUARD
P.O. Box 1368
Wilkes-Barre, PA 18703-1368
Toll-Free 800-673-2465
FAX 570-825-0611
www.guard.com

**a. Ordinance Or Law**
   **(1)** The enforcement of any ordinance or law:
     **(a)** Regulating the construction, use or repair of any property;
   **(2)** This exclusion, Ordinance Or Law, applies whether the loss results from:
     **(a)** An ordinance or law that is enforced even if the property has not been damaged;

**j. Virus Or Bacteria**
   **(1)** Any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.
   **(2)** However, the exclusion in Paragraph **(1)** does not apply to loss or damage caused by or resulting from "fungi", wet rot or dry rot. Such loss or damage is addressed in Exclusion **i.**;
   **(3)** With respect to any loss or damage subject to the exclusion in Paragraph **(1)**, such exclusion supersedes any exclusion relating to "pollutants".

And...**Page 29 of 48** which states:

**H.  Property Definitions**
  **8.**  "Operations" means your business activities occurring at the described premises.
  **9.**  "Period of restoration":
   **a.**  Means the period of time that:
    **(1)**  Begins:
      **(a)**  72 hours after the time of direct physical loss or damage for Business Income Coverage; or
      **(b)**  Immediately after the time of direct physical loss or damage for Extra Expense Coverage; caused by or resulting from any Covered Cause of Loss at the described premises; and
    **(2)**  Ends on the earlier of:
      **(a)**  The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
      **(b)**  The date when business is resumed at a new permanent location.

The claim submission to date reflects that the business was closed due to an order received by civil authority, causing a loss in income. The above policy provides coverage due to Civil Authority, the order was put in place caused by a Covered Cause of Loss. With regard to the cause of Civil Authority, the order was put in place due to the SARS-CoV-2 virus outbreak, which is commonly referred to as Coronavirus. The policy excludes loss or damage caused directly or indirectly by any virus or bacteria that induces or is capable of inducing physical distress, illness or disease. Thus, we regret to inform you that the claim does not meet the requirement of a covered loss under this policy due to this exclusion.

Due to, but not necessarily limited to the foregoing policy coverage and/or definitions, we must respectfully conclude that the Company's Coverage Form does not provide coverage for the subject claim. This denial decision is by way of illustration rather than limitation. The specificity of this denial is not to be construed as a waiver or modification of the terms, conditions, exclusions or limitations of the insurance contract upon which a claim has been made or a waiver of any defenses, which may be available to AmGUARD, all of which are specifically reserved.



Berkshire Hathaway GUARD
P.O. Box 1368
Wilkes-Barre, PA 18703-1368
Toll-Free 800-673-2465
FAX 570-825-0611
www.guard.com

Please also be referred to page 22 of 48 of the Policy, which states:

4. Legal Action Against Us
No one may bring a legal action against us under this insurance unless:
a. There has been full compliance with all of the terms of this insurance; and
b. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

The Company expressly reserves its right to supplement this letter by raising additional defenses to coverage and asserts all defenses based upon law or policy terms and conditions, exclusions and/or limitations of the Policy either during the course of any inquiry into the facts relating to this claim or in any future litigation or proceeding pertaining to insurance coverage in this matter. No actions heretofore or hereinafter taken by the Company shall be construed as either a waiver of its policy provision or its rights thereunder all of which are hereby reserved.

If you believe our determination was based on information or documentation that is in error, please advise us in writing immediately and we will promptly reconsider our determination. If you still believe our determination is in error, you may have the matter reviewed by the California Department of Insurance, Consumer Services Division, 300 S. Spring Street, South Tower, Los Angeles, CA 90013. Their phone number is 800-927-4357.

Thank you for your cooperation during the course of our investigation. If you have any questions, please feel free to contact the undersigned. Waiving none, but in all other respects, reserving the rights and defenses of the Company, I remain.

Sincerely,

Melinda Champluvier
P&C Claims Adjuster II
1-800-673-2465 Ext. 4656  claims3@guard.com





Berkshire Hathaway GUARD
P.O. Box 1368
Wilkes-Barre, PA 18703-1368
Toll-Free 800-673-2465
FAX 570-825-0611
www.guard.com

April 2, 2020

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

Policyholder:   Plan Check Downtown III, LLC
Claimant:       Plan Check Downtown III, LLC
Claim #:        PLBP159547-001-001-001
Date of Loss:   03/16/2020
Claim Type:     Property

Dear Sir/Madam:

I am a Claims Adjustor with the insurance company handling your claim.  I need to conduct an investigation to evaluate the claim which occurred on the Date of Loss shown above.  I have tried to contact you on Mon, Mar 23 2020, and Thu, Apr 02 2020 0

So that we can give proper consideration to this case, please contact me at the number below.  Be sure to reference the Claim Number and the Date of Loss.

Your anticipated cooperation is appreciated.

Sincerely,

Anthony Bartoli
Property Team Lead
1-800-673-2465     Ext.  4696    claims3@guard.com
cc: Insured; Policyholder; Agency

For your protection California law requires the following to appear on this form:  Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999



**Berkshire Hathaway GUARD**
**P.O. Box 1368**
**Wilkes-Barre, PA 18703-1368**
**Toll-Free 800-673-2465**
**FAX 570-825-0611**
**www.guard.com**

April 2, 2020

Plan Check Downtown III, LLC
DBA/TA Plan Check
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

| | |
|---|---|
| Policyholder: | Plan Check Downtown III, LLC |
| Claimant: | Plan Check Downtown III, LLC |
| Claim #: | PLBP159547-001-001-001 |
| Date of Loss: | 03/16/2020 |
| Claim Type: | Property |

Dear Sir/Madam:

I am a Claims Adjustor with the insurance company handling your claim.  I need to conduct an investigation to evaluate the claim which occurred on the Date of Loss shown above.  I have tried to contact you on Mon, Mar 23 2020, and Thu, Apr 02 2020 0

So that we can give proper consideration to this case, please contact me at the number below.  Be sure to reference the Claim Number and the Date of Loss.

Your anticipated cooperation is appreciated.

Sincerely,

Anthony Bartoli
Property Team Lead
1-800-673-2465   . Ext.  4696   claims3@guard.com

cc: Insured; Policyholder; Agency

For your protection California law requires the following to appear on this form:  Any person who knowingly presents false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

Plan Check Downtown III, LLC
1111 Wilshire Blvd Ste 103
Los Angeles, CA 90017-1999

GDN865053A07AA0.000355.01.02.000000

PLBP159547-001-001-001





**Berkshire Hathaway GUARD**
**P.O. Box 1368**
**Wilkes-Barre, PA 18703-1368**
**570-825-9900 (Toll-Free 800-673-2465)**
**FAX 570-825-0611**
**www.guard.com**

03/19/2020

# Claim Acknowledgment

This memo confirms our receipt on 03/18/2020 of the following Notice of Loss:

| | |
|---|---|
| **POLICYHOLDER:** | Plan Check Downtown III, LLC |
| **CARRIER:** | AmGUARD Insurance Company |
| **POLICY #:** | PLBP159547 |
| **CLAIMANT:** | INSURED |
| **DATE OF LOSS:** | 03/16/2020 |
| **LOSS LOCATION:** | 1111 Wilshire Blvd Ste 103, Los Angeles, CA 90017-1999 (001B) |
| **TYPE OF LOSS:** | Business Income |
| **CLAIM TYPE:** | Property |
| **CLAIM #:** | PLBP159547-001-001-001 |
| **ADJUSTOR:** | Chelsea Jenkins |
| | Extension: 8615        claims3@guard.com |

Please use the claim number shown above in all correspondence and inquiries.  If you receive any notifications from outside parties about damages, be sure to forward them to us immediately.

**For more information, contact our**
**Customer Service staff at  800-673-2465.**

CDN865053A07AA0.000355.02.02.000000

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and subjects such person to criminal and civil penalties