Chet A. Kronenberg (State Bar No. 222335)
ckronenberg@stblaw.com
SIMPSON THACHER & BARTLETT LLP
1999 Avenue of the Stars, 29th Floor
Los Angeles, California 90067
Telephone:  (310) 407-7500
Facsimile:   (310) 407-7502

*Attorney for Defendant AmGUARD Insurance Company*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAN CHECK DOWNTOWN III, LLC, a California limited liability company and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania company, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:20-cv-06954-GW-SK<br><br>**JOINT STATEMENT REGARDING JOINT RULE 26(f) REPORT**<br><br>(Action Removed July 31, 2020)<br><br>Scheduling Conference:<br>September 21, 2020 at 9:30 a.m.<br>Courtroom:  9D–1st Street Courthouse<br><br>Honorable George H. Wu |

The parties, by and through their undersigned counsel, hereby submit the following joint statement regarding the Joint Rule 26(f) report:

In its Order Setting Scheduling Conference (Dkt. 14), the Court ordered the parties to submit a Joint 26(f) Report with the Court no later than September 10, 2020.  Given the Court's statement at today's hearing that it intends to confirm its tentative ruling dismissing this action, the parties do not intend to file a Joint Rule 26(f) report at this time unless the Court instructs otherwise.

| | | |
|---|---|---|
| 1 | Dated: September 10, 2020 | Respectfully Submitted, |
| 2 | | HECHT PARTNERS LLP |
| 3 | | |
| 4 | | By /s/ Kathryn Boyd |
| | | KATHRYN BOYD |
| 5 | | |
| 6 | | 125 Park Ave. 25th Floor |
| | | New York, NY 10017 |
| 7 | | Telephone: (212) 851-6821 |
| 8 | | Facsimile: (646) 492-5111 |
| | | Email: lboyd@hechtpartners.com |
| 9 | | |
| 10 | | *Attorney for Plaintiff Plan Check Downtown* |
| 11 | | *III, LLC, and others similarly situated* |
| 12 | Dated: September 10, 2020 | Respectfully Submitted, |
| 13 | | SIMPSON THACHER & BARTLETT LLP |
| 14 | | |
| | | By /s/ Chet A. Kronenberg |
| 15 | | CHET A. KRONENBERG |
| 16 | | |
| 17 | | 1999 Avenue of the Stars, 29th Floor |
| | | Los Angeles, CA 90067 |
| 18 | | Telephone: (310) 407-7500 |
| 19 | | Facsimile: (310) 407-7502 |
| | | Email: ckronenberg@stblaw.com |
| 20 | | |
| 21 | | *Attorney for Defendant AmGUARD Insurance Company* |

2

Joint Statement Regarding Rule 26(f) Report
Case No. 2:20-cv-06954-GW-SK

## ATTESTATION

I, Chet A. Kronenberg, hereby attest that Kathryn Boyd has concurred in this filing and authorized the filing.

Dated: September 10, 2020          By     /s/ Chet A. Kronenberg
                                          CHET A. KRONENBERG

*Attorney for Defendant AmGUARD Insurance Company*