Kathryn Lee Boyd (SBN 189496)
lboyd@hechtpartners.com
Janine F. Cohen (SBN 203881)
jcohen@hechtpartners.com
Hecht Partners LLP
125 Park Ave. 25th Floor
New York, NY 10017
Telephone: 212-851-6821
Facsimile: 646-492-5111

*Attorneys for Plaintiff Plan Check Downtown III, LLC, and others similarly situated,*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PLAN CHECK DOWNTOWN III, LLC, a California limited liability company and others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania company, and DOES 1 through 20,<br><br>*Defendants*. | Case No: 2:20-cv-06954<br><br>**STATUS REPORT RE: DISMISSAL WITH PREJUDICE** |

1  Pursuant to the Court's decision at the Telephonic Hearing on Defendant's
2  Motion to Dismiss held on September 10, 2020, Plaintiff Plan Check Downtown
3  III, LLC hereby accepts dismissal of this action with prejudice.

5  Dated: September 15, 2020   Hecht Partners LLP

7  By: /s/ K. Lee Boyd
   Kathryn Lee Boyd (SBN 189496)
   lboyd@hechtpartners.com
   125 Park Avenue, 25th Floor
   New York, NY 10017
   Telephone: 212-851-6821
   *Attorneys for Plaintiff Plan Check Downtown III, LLC, and others similarly situated,*