Name  Kathryn Lee Boyd (SBN 189496)`
Address  125 Park Avenue, 25th Floor
City, State, Zip  New York, NY 10017
Phone  212-851-6821
Fax  646-492-5111
E-Mail  lboyd@hechtpartners.com

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plan Check Downtown III, LLC, a California limited liability company and others similarly situated<br><br>PLAINTIFF(S), <br>v.<br>AmGuard Insurance Company, a Pennsylvania company and Does 1 through 20<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:20-cv-06954-GW-SK<br><br>NOTICE OF APPEAL |

NOTICE IS HEREBY GIVEN that _____Plancheck Downtown III, LLC_____ hereby appeals to
*Name of Appellant*

the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☒ Judgment (specify):
    Docket Entry 37

☐ Other (specify):

Imposed or Filed on _____. Entered on the docket in this action on 09/16/2020 .

A copy of said judgment or order is attached hereto.

09/30/2020
Date

Signature  /s/ Lee Boyd

☐ Appellant/ProSe    ☒ Counsel for Appellant    ☐ Deputy Clerk

**Note:**   The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| Plan Check Downtown III, LLC |

Name(s) of counsel (if any):

| |
|---|
| Kathryn Lee Boyd - Hecht Partners LLP<br>Janine F. Cohen - Hecht Partners LLP |

Address: 125 Park Avenue, 25th Floor New York, NY 10017

Telephone number(s): 212-851-6821

Email(s): lboyd@hechtpartners.com, jcohen@hechtpartners.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| AmGuard Insurance Company |

Name(s) of counsel (if any):

| |
|---|
| Chet A. Kroenonberg - Simpson Thacher Bartlett LLP |

Address: 1999 Avenue of the Stars, 29th Floor Los Angeles, CA 90067

Telephone number(s): 310-407-7500

Email(s): ckronenberg@stblaw.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                   1                             *New 12/01/2018*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-6954-GW-SKx | Date | September 16, 2020 |
|---|---|---|---|
| Title | *Plan Check Downtown III, LLC v. AmGuard Insurance Company, et al.* | | |

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None Present                                          None Present

**PROCEEDINGS: IN CHAMBERS - ORDER**

On September 10, 2020, this Court issued a tentative ruling on Defendant's motion to dismiss this lawsuit and entertained oral argument thereon. *See* Docket No. 31. The Court continued the hearing to September 17, 2020. Plaintiff's counsel has now submitted a "Status Report" which indicates that the Plaintiff "accepts dismissal of this action with prejudice." *See* Docket No. 33. Based on that filing, the Court dismisses this action with prejudice.

:

Initials of Preparer   JG